UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RWJ MANAGEMENT CO., INC., et al.[1] | ) | Case No. 11-34845 (ERW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

FIFTH ORDER AMENDING THAT CERTAIN FINAL ORDER AUTHORIZING DEBTOR
TO: (A) USE CASH COLLATERAL; AND (B) GRANT CERTAIN LIENS
AND PROVIDE SECURITY AND OTHER RELIEF TO BMO HARRIS BANK N.A.

This matter came before the Court on hearing on the motion (the "Motion") of RWJ Management Co. Inc. and its debtor affiliates (collectively, "Debtors"), requesting that this Court enter orders authorizing Debtors to (a) use cash collateral on an emergency and final basis, and (b) grant adequate protection and other relief to BMO Harris Bank N.A., a national banking association ("Lender") and the request of the parties for the entry of an order authorizing the Debtors' continued use of cash collateral as set forth herein. The Court granted the Motion, in part, by entering that certain Final Order Authorizing Debtors To: (A) Use Cash Collateral; And (B) Grant Adequate Protection And Other Relief To BMO Harris Bank N.A. on October 24, 2011 [docket number 182], which was subsequently amended by the Orders of November 30, 2011 [docket number 214], of December 1, 2011 [docket number 216] of January 5, 2012 [docket number 246], and of January 9, 2012 [docket number 265] (as so amended, the "Final Cash Collateral Order"). Notice of the continued hearing on the Motion and entry of this Order was sufficient under the circumstances, and, unless otherwise indicated, all capitalized terms

---

[1] The Debtors in these chapter 11 cases are: RWJ Crestwood, LLC, RWJ Downers Grove, LLC, RWJ Elmhurst, LLC, RWJ Forestview, LLC, RWJ Glen Ellyn, LLC, RWJ Management Co., Inc., RWJ Management Co. II, Inc., RWJ Munster, LLC, RWJ Plainfield, LLC, RWJ Romeoville, LLC, RWJ Wauconda, LLC, and RWJ Yorkville, LLC.
93141

used herein have the meanings ascribed thereto in the Final Cash Collateral Order and by this reference are made a part hereof.

Having considered the Motion and the record in this Case, and having heard the statements of counsel in the premises, **IT IS HEREBY ORDERED THAT:**

1. Effective upon entry of this Order, the Final Cash Collateral Order is hereby amended, and Lender and Debtors hereby agree, as follows:

    a) The Budget is hereby supplemented for the period of February 10, 2012 through and including February 23, 2012 as described on Exhibit 1 to this Order.

    b) The date "February 9, 2012" in the definition of Termination Date in Section 33(c) of Exhibit A of the Final Cash Collateral Order is hereby replaced with the date "February 23, 2012".

2. Debtors and their affiliate, RWJ Enterprises, Inc., shall cooperate with the conduct of a field exam or collateral audit by or on behalf of Lender, the reasonable cost of which shall constitute an Allowable 506(b) Amount. In connection therewith, Debtors and their affiliate, RWJ Enterprises, Inc., shall permit such auditor or examiner access to their premises and books and records as may be reasonably requested from time to time during regular business hours. The automatic stay shall be deemed modified if and to the extent necessary to permit such exam or audit to be performed by or on behalf of Lender.

3. Debtors and Lender acknowledge and agree, and the Court finds, that all of Lender's and the Debtors' existing rights under and with respect to the Final Cash Collateral Order (including, without limitation, any such rights which may have arisen as a result of existing Events of Default) are reserved and preserved notwithstanding the entry of this Order.

4. Except as expressly set forth herein, the terms, provisions, and conditions of the Final Cash Collateral Order are not altered and remain in full force and effect.

5. The terms of this Order were negotiated in good faith and at arms' length.

6. If any or all of the provisions of this Order or the Final Cash Collateral Order are hereafter modified, vacated or stayed by subsequent order of this Court or any other court, such subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, adequate protection or other benefit authorized hereby with respect to any Cash Collateral used prior to the effective date of such subsequent order, and all such liens, security interests, priorities, adequate protection and other benefits shall be governed in all respects by the provisions of the Final Cash Collateral Order, as amended hereby.

7. Further status on the Motion shall be held at ~~10:00~~ 10:30 ERS a.m. on February 21, 2012.

DATED: February 8, 2012

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

-3-

## EXHIBIT 1

(See attached)

*Debtor In Possession*
*RWI Management Companies, Inc. Cash Flow Forecast*
*W/E Ended Thursday*

| | 1 Budget 2/10/2012 Total | 2 Budget 2/17/2012 Total | 1-2 Budget 2 Week Total |
|---|---|---|---|
| Projected Beginning Cash, Baytree [3] | $ 954,029.96 | $ 951,779.96 | $ 954,029.96 |
| Total Cash Receipts | $ 540,000.00 | $ 540,000.00 | $ 1,080,000.00 |
| ACH Credits, Rebates/Coupons | $ 20,000.00 | $ 20,000.00 | $ 40,000.00 |
| **Operating Disbursements** | | | |
| Accounting | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 |
| Auto Expense | $ 2,000.00 | $ 2,000.00 | $ 4,000.00 |
| BP/AMPM Advertising and Royalties [1] | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 |
| Bank Fees | $ 500.00 | $ 500.00 | $ 1,000.00 |
| Core Mark BP AMPM Required Food | $ 19,000.00 | $ 19,000.00 | $ 38,000.00 |
| Cost of Goods for Retail Sales | $ 32,000.00 | $ 32,000.00 | $ 64,000.00 |
| Fresh Beer and Wine Postpetition | $ 10,000.00 | $ 10,000.00 | $ 20,000.00 |
| Gift Cards | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 |
| GardaArmored Car Postpetition | | | |
| Insider Health Insurance | $ 13,500.00 | $ 13,500.00 | $ 27,000.00 |
| Insurance | | | |
| License/Permits | $ 500.00 | $ 500.00 | $ 1,000.00 |
| Jobber Fuel | $ 160,000.00 | $ 160,000.00 | $ 320,000.00 |
| Joint Postpetition | $ 34,000.00 | $ 34,000.00 | $ 68,000.00 |
| Lottery Postpetition | $ 29,000.00 | $ 29,000.00 | $ 58,000.00 |
| Lottery Winning Payouts | $ 1,400.00 | $ 1,400.00 | $ 2,800.00 |
| Postage/Office Supplies | | | |
| Rent Expense | | | |
| Repairs and Maintenance | $ 7,750.00 | $ 7,750.00 | $ 15,500.00 |
| Sales Taxes Postpetition | $ 40,000.00 | $ 60,000.00 | $ 100,000.00 |
| SAPP Approved Grocery and Tobacco | $ 115,000.00 | $ 115,000.00 | $ 230,000.00 |
| Store Operating Expense | $ 4,000.00 | $ 4,000.00 | $ 8,000.00 |
| Total Gross Payroll Postpetition | $ 45,000.00 | $ 45,000.00 | $ 90,000.00 |
| Utilities | $ 9,500.00 | $ 9,500.00 | $ 19,000.00 |
| Trust Fees | | | |
| Reserve for Real Estate Taxes - Debtor Owned Properties | $ 1,600.00 | $ 1,600.00 | $ 3,200.00 |
| CATCH ALL EXPENSES | $ - | $ - | $ - |
| **Total Expenses** | $ 552,250.00 | $ 547,250.00 | $ 1,099,500.00 |
| EBITDA | $ 7,750.00 | $ 12,750.00 | $ 20,500.00 |
| **Ending Cash [2]** | $ 961,779.96 | $ 964,529.96 | $ 974,529.96 |
| Legal and Professional Fees | | | |
| Debtor's Counsel | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Debtor's Financial Advisor | | | |
| Creditor's Committee Counsel | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Creditor's Committee Financial Advisor | | | |
| Litigation Counsel | $ - | $ - | $ - |
| Cocord Financial | | | |
| **Ending Cash** | $ 951,779.96 | $ 954,529.96 | $ 954,529.96 |

Cash projections will vary due to prices as much as 10% in each week as well as corresponding jobber net fuel

[1] = All royalty fees subject to disposition resolution in connection with the BP Litigation.
[2] = This line item does not reflect accrued, but unpaid expenses previously approved in prior budget periods, but which may be p
[3] Beginning cash is based on the previous bridge budget through 2/09 updated with the actual cash balance as of January 26, 2012