**FILED**

**FEB 28 2012**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
                                      )    Case No. 11 B 34845
RWJ MANAGEMENT CO., INC.,             )    (Jointly Administered)
et al.,                               )
                                      )
                                      )    Chapter 11
        Debtors.                      )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $114,758.50 | TOTAL COSTS REQUESTED: | $802.23 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $362.35 |
| TOTAL FEES ALLOWED: | $114,758.50 | TOTAL COSTS ALLOWED: | $439.88 |

**TOTAL FEES AND COSTS ALLOWED: $115,198.38**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: February 28, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

Freeborn & Peters LLP

2                                                              February 1, 2012

Statement No: 100055803

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

| Date | Initials | Description | Amount |
|---|---|---|---|
| Sep 8, 2011 | MAB | Telephone Arkadin | 30.10 |
| Sep 15, 2011 | FIRM | Photocopying | 47.20 |
| Sep 15, 2011 | FIRM | Photocopying | 104.00 |
| Sep 23, 2011 | SGF | Telephone Arkadin | 2.43 |
| Sep 27, 2011 | FIRM | Computer Legal Research - Westlaw 09/11 Westlaw Charges - ISENBERG, SHIRA R | 35.64 |
| Sep 27, 2011 | FIRM | Computer Legal Research - LEXIS 09/11 LexisNexis Charges - ISENBERG, SHIRA R | 137.03 |
| Sep 29, 2011 | FIRM | Photocopying | 26.40 |
| Sep 30, 2011 | FIRM | Computer Legal Research - Westlaw 09/11 Westlaw Charges - EGGERT, DEVON J | 54.15 |
| Sep 30, 2011 | PYC | Local Messenger Delivery Aaron Hammer/resd 4559-783 | 16.53 |
| Sep 30, 2011 | DJE | Local Transportation VENDOR: Flash Cab Co; INVOICE#: 2000151516; DATE: 9/30/2011 09/13 Cab fare charge for working late | 36.00 |
| Oct 5, 2011 | FIRM | Photocopying | 100.40 |
| Oct 7, 2011 | FIRM | Computer Legal Research - Westlaw 09/11 Westlaw Charges - ISENBERG, SHIRA R | (35.64) |

**Freeborn & Peters LLP**

                    3                    February 1, 2012

| Date | | Description | Amount |
|---|---|---|---|
| Oct 18, 2011 | FIRM | Computer Legal Research - Westlaw 10/11 Westlaw Charges - BRANDESS,MICHAEL | 23.31 |
| Oct 18, 2011 | FIRM | Computer Legal Research - Westlaw e 10/11 Westlaw Charges - BRANDESS,MICHAEL | 25.92 |
| Oct 19, 2011 | FIRM | Computer Legal Research - Westlaw 10/11 Westlaw Charges - EGGERT,DEVON J | 8.91 |
| Oct 20, 2011 | FIRM | Computer Legal Research - Westlaw 10/11 Westlaw Charges - EGGERT,DEVON J | 113.03 |
| Oct 28, 2011 | FIRM | Photocopying | 7.60 |
| Oct 28, 2011 | | Telephone Arkadin | 12.40 |
| Nov 11, 2011 | DJE | Telephone RollCall | 5.30 |
| Nov 14, 2011 | | Telephone Arkadin calls on 11/4 & 11/14 | 40.32 |
| Nov 21, 2011 | FIRM | Photocopying | 11.20 |

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Photocopying | 296.80 |
| Computer Legal Research - Westlaw | 199.40 |
| Computer Legal Research - Westlaw e | 25.92 |
| Local Messenger Delivery | 16.53 |
| Local Transportation | 36.00 |
| Telephone | 90.55 |
| Computer Legal Research - LEXIS | 137.03 |
| TOTAL DISBURSEMENTS | $802.23 |

**TOTAL FEES AND DISBURSEMENTS**      $802.23

2532804v1