**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RWJ MANAGEMENT CO., INC., et al.[1] | ) | Case No. 11-34845 (ERW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SEVENTH ORDER AMENDING THAT CERTAIN FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; AND (B) GRANT CERTAIN LIENS AND PROVIDE SECURITY AND OTHER RELIEF TO BMO HARRIS BANK N.A.**

This matter came before the Court on hearing on the motion (the "Motion") of RWJ Management Co. Inc. and its debtor affiliates (collectively, "Debtors"), requesting that this Court enter orders authorizing Debtors to (a) use cash collateral on an emergency and final basis, and (b) grant adequate protection and other relief to BMO Harris Bank N.A., a national banking association ("Lender") and the request of the parties for the entry of an order authorizing the Debtors' continued use of cash collateral as set forth herein. The Court granted the Motion, in part, by entering that certain Final Order Authorizing Debtors To: (A) Use Cash Collateral; And (B) Grant Adequate Protection And Other Relief To BMO Harris Bank N.A. on October 24, 2011 [docket number 182], which has been previously amended from time to time (as so amended, the "Final Cash Collateral Order"). Notice of the continued hearing on the Motion and entry of this Order was sufficient under the circumstances, and, unless otherwise indicated, all capitalized terms used herein have the meanings ascribed thereto in the Final Cash Collateral Order and by this reference are made a part hereof.

---

[1] The Debtors in these chapter 11 cases are: RWJ Crestwood, LLC, RWJ Downers Grove, LLC, RWJ Elmhurst, LLC, RWJ Forestview, LLC, RWJ Glen Ellyn, LLC, RWJ Management Co., Inc., RWJ Management Co. II, Inc., RWJ Munster, LLC, RWJ Plainfield, LLC, RWJ Romeoville, LLC, RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

93141

Having considered the Motion and the record in this Case, and having heard the statements of counsel in the premises, **IT IS HEREBY ORDERED THAT:**

1. Effective upon entry of this Order, the Final Cash Collateral Order is hereby amended, and Lender and Debtors hereby agree, as follows:

    a) The Budget is hereby supplemented for the period of March 9, 2012 through and including March 23, 2012 as described on Exhibit 1 to this Order.

    b) The date "March 8, 2012" in the definition of Termination Date in Section 33(c) of Exhibit A of the Final Cash Collateral Order is hereby replaced with the date "March 23, 2012".

2. On or before the end of business on March 9, 2012, Debtors and RWJ Enterprises, Inc. ("Enterprises"), as applicable, shall deliver the following to Lender, in form and substance acceptable to Lender:

    (a) consolidated and consolidating monthly financial statements (including, without limitation, balance sheet, profit and loss statement, and statements of cash flows) for each of the Debtors and Enterprises for the months ending January 31, 2012, December 31, 2011, and November 30, 2011, certified as being accurate and complete to the best knowledge of an officer of each such company;

    (b) consolidated and consolidating financial statements (including, without limitation, balance sheet, profit and loss statement, and statements of cash flows) for each of the Debtors and Enterprises for the year ended December 31, 2011, certified as accurate and complete to the best knowledge of an officer of each such company;

    (c) updated weekly financial performance projections for the Debtors and Enterprises for the remainder of the year ending December 31, 2012;

    (d) a written explanation, to the best of the Debtors knowledge, (and, if appropriate and if requested by Lender, further information) regarding the varying format of the monthly Franchise Statements previously provided to Lender for years 2010 and 2011; and

    (e) a written summary of additional cost-saving strategies for the Debtors.

3. Debtors and Lender acknowledge and agree, and the Court finds, that all of Lender's and the Debtors' existing rights under and with respect to the Final Cash Collateral

-3-

Order (including, without limitation, any such rights which may have arisen as a result of existing Events of Default) are reserved and preserved notwithstanding the entry of this Order.

4. Except as expressly set forth herein, the terms, provisions, and conditions of the Final Cash Collateral Order are not altered and remain in full force and effect.

5. The terms of this Order were negotiated in good faith and at arms' length.

6. If any or all of the provisions of this Order or the Final Cash Collateral Order are hereafter modified, vacated or stayed by subsequent order of this Court or any other court, such subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, adequate protection or other benefit authorized hereby with respect to any Cash Collateral used prior to the effective date of such subsequent order, and all such liens, security interests, priorities, adequate protection and other benefits shall be governed in all respects by the provisions of the Final Cash Collateral Order, as amended hereby.

7. Further status on the Motion shall be held at 10:00 a.m. on March 21, 2012.

DATED: March 7, 2012

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

## **EXHIBIT 1**

(See attached)

*Debtor In Possession*
*RWJ Management Companies, Inc. Cash Flow Forecast*

| Week Ended Friday | 3/9/2012 3/16/2012 | 3/17/2012 3/23/2012 | Budget 2 Week Total Total |
|---|---:|---:|---:|
| Projected Beginning Cash, Baytree | $871,005.96 | $790,255.96 | $ 1,661,261.92 |
| Total Cash Receipts | $ 617,143.00 | $ 540,000.00 | $ 1,157,143.00 |
| ACH Credits, Rebates/Coupons | $ 13,715.00 | $ 12,000.00 | $ 25,715.00 |
| **Operating Disbursements** | | | |
| Accounting | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 |
| Auto Expense | $ 2,000.00 | $ 2,000.00 | $ 4,000.00 |
| BP AMPM Advertising and Royalties [1] | $ - | $ - | $ - |
| Bank Fees | $ 500.00 | $ 500.00 | $ 1,000.00 |
| CoreMark BP AMPM Required Food | $ 19,000.00 | $ 19,000.00 | $ 38,000.00 |
| Cost of Goods for Retail Sales | $ 32,000.00 | $ 32,000.00 | $ 64,000.00 |
| Fintech Beer and Wine Postpetition | $ 10,000.00 | $ 10,000.00 | $ 20,000.00 |
| Gift Cards | $ - | $ - | $ - |
| Guarda Armored Car Postpetition | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 |
| Insider Health Insurance | | $ - | $ - |
| Insider Gross Payroll | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Insurance | $ - | | $ - |
| License/Permits | $ 500.00 | $ 500.00 | $ 1,000.00 |
| Jobber Net Fuel | $ 182,858.00 | $ 160,000.00 | $ 342,858.00 |
| Lottery Postpetition | $ 34,000.00 | $ 34,000.00 | $ 68,000.00 |
| Lottery Winning Payouts | $ 29,000.00 | $ 29,000.00 | $ 58,000.00 |
| Postage/Office Supplies | $ 1,400.00 | $ 1,400.00 | $ 2,800.00 |
| Rent Expense | | $ - | $ - |
| Repairs and Maintenance | $ 7,750.00 | $ 7,750.00 | $ 15,500.00 |
| Sales Taxes Postpetiton | $ 40,000.00 | $ 40,000.00 | $ 80,000.00 |
| SAS BP Approved Grocery and Tobacco | $ 230,000.00 | $ 115,000.00 | $ 345,000.00 |
| Store Operating Expense | $ 4,000.00 | $ 4,000.00 | $ 8,000.00 |
| Trash Waste Management | | | $ - |
| Total Gross Payroll Postpetition | $ 90,000.00 | $ 45,000.00 | $ 135,000.00 |
| Utilities | $ 9,500.00 | $ 9,500.00 | $ 19,000.00 |
| Trustee Fees | | $ - | $ - |
| Reserve for Real Estate Taxes - Debtor Owned Properties | | | $ - |
| CATCH ALL EXPENSES | $ 1,600.00 | $ 1,600.00 | $ 3,200.00 |
| Total Expenses | $ 701,608.00 | $ 518,750.00 | $ 1,220,358.00 |
| EBITDA | $ (70,750.00) | $ 33,250.00 | $ (37,500.00) |
| Ending Cash [2] | $ 800,255.96 | $ 823,505.96 | $ 689,514.96 |
| **Legal and Professional Fees** | | | |
| Debtor's Counsel | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Debtor's Financial Advisor | $ - | $ - | $ - |
| Creditor's Committee Counsel | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Creditor's Committee Financial Advisor | $ - | $ - | $ - |
| Litigation Counsel | $ - | $ - | $ - |
| Ending Cash | $ 790,255.96 | $ 813,505.96 | $ 649,514.96 |

Cash projections will vary due to prices as much as 10% in each week as well as corresponding jobber net fuel

[1] = All royalty fees subject to disposition resolution in connection with the BP Litigation.

[2] = This Line Item does not reflect accrued, but unpaid expenses previously approved in prior budget periods, but which may be paid as applicable during this budget period.

1