## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RWJ MANAGEMENT CO., INC., et al.[1] | ) | Case No. 11-34845 (ERW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### TWENTY-THIRD ORDER AMENDING THAT CERTAIN FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; AND (B) GRANT CERTAIN LIENS AND PROVIDE SECURITY AND OTHER RELIEF TO BMO HARRIS BANK N.A.

This matter came before the Court on hearing on the motion (the "Motion") of RWJ Management Co. Inc. and its debtor affiliates (collectively, "Debtors"), requesting that this Court enter orders authorizing Debtors to (a) use cash collateral on an emergency and final basis, and (b) grant adequate protection and other relief to BMO Harris Bank N.A., a national banking association ("Lender") and the request of the parties for the entry of an order authorizing the Debtors' continued use of cash collateral as set forth herein. The Court granted the Motion, in part, by entering that certain Final Order Authorizing Debtors To: (A) Use Cash Collateral; And (B) Grant Adequate Protection And Other Relief To BMO Harris Bank N.A. on October 24, 2011 [docket number 182], which has been previously amended from time to time (as so amended, the "Final Cash Collateral Order"). Notice of the continued hearing on the Motion and entry of this Order was sufficient under the circumstances, and, unless otherwise indicated, all capitalized terms used herein have the meanings ascribed thereto in the Final Cash Collateral Order and by this reference are made a part hereof.

---

[1] The Debtors in these chapter 11 cases are: RWJ Crestwood, LLC, RWJ Downers Grove, LLC, RWJ Elmhurst, LLC, RWJ Forestview, LLC, RWJ Glen Ellyn, LLC, RWJ Management Co., Inc., RWJ Management Co. II, Inc., RWJ Munster, LLC, RWJ Plainfield, LLC, RWJ Romeoville, LLC, RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

93141

Having considered the Motion and the record in this Case, and having heard the statements of counsel in the premises, **IT IS HEREBY ORDERED THAT:**

1.      The Budget for the period of November 10, 2012, through and including November 23, 2012, shall be as described on Exhibit 1 to this Order.

2.      The date "November 9, 2012" in the definition of Termination Date in Section 33(c) of Exhibit A of the Final Cash Collateral Order is hereby replaced with the date "November 23, 2012".

3.      Unless the Debtors file, on or before noon on Monday, November 12, 2012, a motion (in form and substance acceptable to Lender) to approve an order (in form and substance acceptable to Lender) authorizing Debtors to incur postpetition financing and continue using Cash Collateral, all amounts in the Budget for "Insider Gross Payroll" and all Carveout Professionals during the period commencing on November 10, 2012 and ending on November 23, 2010 shall be deemed to be $0.00 without further order of court.

4.      Debtors acknowledge and agree, and the Court finds, that Events of Default have occurred and continue, and all of Lender's rights and remedies on account thereof are reserved and preserved notwithstanding the entry of this Order.

5.      Except as expressly set forth herein, the terms, provisions and conditions of, and relief granted by, the Final Cash Collateral Order and all other orders of this Court in this Case are not altered and remain in full force and effect.

6.      The terms of this Order were negotiated in good faith and at arms' length.

7.      If any or all of the provisions of this Order or the Final Cash Collateral Order are hereafter modified, vacated or stayed by subsequent order of this Court or any other court, such subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, adequate protection or other benefit authorized hereby with

respect to any Cash Collateral used prior to the effective date of such subsequent order, and all

such liens, security interests, priorities, adequate protection and other benefits shall be governed

in all respects by the provisions of the Final Cash Collateral Order, as amended hereby.

       8.     Further status on the Motion shall be held at 10:00 a.m. on November 13,

2012.

DATED: November 9, 2012

                               Honorable Eugene R. Wedoff
                               United States Bankruptcy Judge

## EXHIBIT 1

(See attached)

| *Debtor In Possession* | | |
|---|---|---|
| *RWJ Management Companies, Inc. Cash Flow Forecast* | | |
| | | |
| | | |
| | | |
| | 11/10/2012 | 11/17/2012 |
| *Week Ended Friday* | 11/16/2012 | 11/23/2012 |
| | | |
| | | |
| Projected Beginning Cash, Baytree (1) | $347,300.00 | $384,998.00 |
| Total Cash Receipts | $ 575,000.00 | $ 575,000.00 |
| ACH Credits, | $ 10,000.00 | $ 10,000.00 |
| Rebates/Coupons | | |
| | | |
| Total Cash Receipts | $ 932,300.00 | $ 969,998.00 |
| | | |
| Operating Disbursements | | |
| Accounting | $ 4,000.00 | $ 4,000.00 |
| Auto Expense | $ 2,000.00 | $ 2,000.00 |
| BP AMPM Advertising and Royalties | $ - | $ - |
| Bank Fees | $ 500.00 | $ 500.00 |
| Food for Café | $ 15,000.00 | $ 15,000.00 |
| Cost of Goods for Retail Sales | $ 32,000.00 | $ 32,000.00 |
| Fintech Beer and Wine Postpetition | $ 10,000.00 | $ 10,000.00 |
| Gift Cards | $ - | $ - |
| Guarda Armored Car Postpetition | $ 1,000.00 | $ 1,000.00 |
| Insider Health Insurance | $ 1,651.00 | $ - |
| Insider Gross Payroll | $ 7,000.00 | $ 7,000.00 |
| Insurance | $ - | |
| License/Permits | $ 500.00 | $ 500.00 |
| Jobber Net Fuel | $ 150,000.00 | $ 150,000.00 |
| Lottery | $ 34,000.00 | $ 34,000.00 |
| Lottery Winning Payouts | $ 35,000.00 | $ 35,000.00 |
| Postage/Office Supplies | $ 1,400.00 | $ 1,400.00 |
| Rent Expense | | |
| Repairs and Maintenance | $ 7,750.00 | $ 7,750.00 |
| Sales Taxes Postpetiton | $ 50,000.00 | $ 50,000.00 |
| SAS BP Approved Grocery and Tobacco | $ 110,000.00 | $ 110,000.00 |
| Store Operating Expense | $ 4,000.00 | $ 4,000.00 |
| Trash Waste Management | $ 1,750.00 | $ 1,750.00 |
| Total Gross Payroll Postpetition | $ 50,000.00 | $ 50,000.00 |
| Utilities | $ 11,000.00 | $ 11,000.00 |
| Trustee Fees | | |
| BP Litigation Counsel | | |
| Lease Cure Cost - Real Estate Taxes | $ 6,000.00 | |
| Severance Pay | | |

| | | |
|---|---|---|
| Landscaping (1) | $ 1,000.00 | $ 1,000.00 |
| Real Estate Taxes - Debtor Owned Properties | $ 29,000.00 | |
| Catch All | $ 1,600.00 | $ 1,600.00 |
| ampm De Branding Cost | | $ 60,000.00 |
| Total Expenses | $ 566,151.00 | $ 589,500.00 |
| EBITDA | $ 18,849.00 | $ (4,500.00) |
| Ending Cash | $ 384,998.00 | $ 375,998.00 |
| | | |
| | | |
| Matrix | | |
| Debtor's Counsel | $ 40,000.00 | $ 40,000.00 |
| Debtor's Financial Advisor | $ 500.00 | $ 500.00 |
| Creditor's Committee Counsel | | |
| Creditor's Committee Financial Advisor | | |
| Litigation Counsel | | |
| Litigation Expert Fees | | |
| | | |
| Ending Cash | $ 384,998.00 | $ 375,998.00 |
| | | |
| | | |
| (1) In the event of snow, landscaping will be higher due to snow plowing. Each snow occurrence could cost as much at $10,000. | | |