UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff       Hearing Date: 3/27/13

Bankruptcy Case No.: 11 B 34845    Adversary No.:

Title of Case:

Brief Statement of Motion: Debtors' motion for postpetition financing

Names and Addresses of moving counsel:

Representing:

## ORDER

The date of April 12, 2013 in the definition of "Termination Date" in the Court's order approving postpetition financing as amended (Docket No 604) is replaced with the date April 19, 2013. Further status will be heard on April 17, 2013 at 10:00 A.M.

/s/ Eugene R. Wedoff
27 MAR 2013