**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Honorable | Eugene R. Wedoff | Hearing Date | May 15, 2013 |
| Bankruptcy Case No. | 11-34845 | Adversary No. | |
| Title of Case | In re RJW Management Co., Inc., *et al.* | | |
| Brief Statement of Motion | Motion for Entry of an Order: (1) Authorizing the Debtors to (A) Incur Post-Petition Secured Indebtedness, on an Interim and Final Basis; (2) Granting Adequate Protection in Favor of BMO Harris Bank; and (3) Amending the Final Order Authorizing Debtors to Use Cash Collateral and Grant Certain Liens and Provide Security and Other Relief to BMO Harris Bank, N.A. **[Docket No. 572,** *continued to this date by* **Docket No. 781]** | | |
| Names and Addresses of moving counsel | Christopher Combest<br>Quarles & Brady LLP<br>300 N. LaSalle St., Suite 4000<br>Chicago, IL 60654 | | |
| Representing | Philip V. Martino, Chapter 11 Trustee | | |

**ORDER**

This matter coming before the Court on a status hearing on the above-referenced Motion, it is hereby ordered that the date of "May 17, 2013" set forth in clause (e) of the definition of "Maturity Date" in the Court's *Order (I) Authorizing Debtors to (A) Incur Postpetition Debt and (B) Grant Adequate Protection and Provide Security and Other Relief to BMO Harris Bank N.A. after Final Hearing, and (II) Amending Final Order Authorizing Debtor to: (A) Use Cash Collateral; and (B) Grant Certain Liens and Provide Security and Other Relief to BMO Harris Bank N.A.* [Docket No. 604, *as subsequently amended by* Docket Nos. 628, 653, 663, 675, 727, and 764] is hereby replaced with the date of "June 21, 2013" and a continued status hearing on the Motion is hereby set for June 19, 2013, at 10:00 a.m. Central time.

*/s/ Eugene R. Wedoff*
15 MAY 2013

QB\21175478.1