**FILED**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AUG 2 0 2013

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

In re:                                )
                                       )
                                       )          Case No. 11 B 34845
RWJ MANAGEMENT CO., INC., *et. al.*    )
                                       )
                                       )
                                       )          Chapter 11
        Debtor.                        )
                                       )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $78,207.50 | TOTAL COSTS REQUESTED: | $26.65 |
| TOTAL FEES REDUCED: | $2,887.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $75,320.50 | TOTAL COSTS ALLOWED: | $26.65 |

### TOTAL FEES AND COSTS ALLOWED: $75347.15

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)     Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  August 20, 2013

Eugene R. Wedoff
United States Bankruptcy Judge

# EXHIBIT A

1                                  July 15, 2013

Statement No: 100101858

For professional services rendered with regard to:

Re: <u>General</u>

| Apr 1, 2013 | ELJ | Telephone conference with Richard Lauter regarding chapter 11 trustee transition issues (0.1); draft summary of transition issues and next steps (1.1). | 1.20 |
| Apr 1, 2013 | DJE | Telephone conference with Philip Martino regarding status of transition into operations by chapter 11 trustee (0.4); conferences with Richard Lauter regarding same (0.3); telephone conference with Jeremy Downs and Richard Lauter regarding status of transition, sale and plan issues (0.4). | 1.10 |
| Apr 1, 2013 | RSL | Telephone conference with Jeremy Downs and Devon Eggert regarding chapter 11 Trustee transition and sale and plan issues (0.4); review status of plan and sale efforts (0.7); multiple e-mail correspondence with working group regarding chapter 11 trustee appointment (0.4); review summary of transition issues (0.6); telephone conference with Devon Eggert regarding status of transition, sale, and plan issues (0.3); telephone conference with Barry Chatz regarding liquidating trustee (0.5); telephone conference with Elizabeth Janczak regarding Chapter 11 trustee transition issues (0.1). | 3.00 |
| Apr 2, 2013 | DJE | Review and prepare for working group telephone conference regarding status of transition for chapter 11 trustee and open items going forward (0.2); attend same (0.7). | 0.90 |
| Apr 2, 2013 | RSL | Telephone conference with working group regarding chapter 11 trustee and action steps (0.7); prepare for same (0.3). | 1.00 |

2899177v1/28279-0001

2            July 15, 2013

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Apr 3, 2013 | DJE | Multiple e-mail correspondence with working group regarding employee termination issues, payment of Matrix compensation and BP litigation issues (0.3); review draft agreement with CMSI (0.4); multiple e-mail correspondence with working group regarding same (0.1); telephone conference with Jeremy Downs regarding same (0.1); telephone conference with Nathan Mathews (counsel for chapter 11 trustee) regarding same (0.1). | 1.00 |
| Apr 9, 2013 | DJE | Telephone conference with Jeremy Downs regarding budget, plan and litigation issues (0.3); telephone conference with Richard Lauter and Jeremy Downs regarding same (0.2); review correspondence from Phil Martino regarding same (0.1). | 0.60 |
| Apr 9, 2013 | RSL | Multiple e-mail correspondence with working group regarding cash collateral, budget, and litigation issues (0.3); telephone conferences with Devon Eggert and Jeremy Downs regarding same (0.2). | 0.50 |
| Apr 10, 2013 | DJE | Multiple e-mail correspondence from Phil Martino (chapter 11 trustee) regarding initial operational issues (0.2); review final draft of CMSI management agreement (0.1). | 0.30 |
| Apr 11, 2013 | DJE | Review trustee's proposed revised interim compensation procedures order (0.2); telephone conference with Christopher Combest (counsel for trustee) regarding same (0.1). | 0.30 |
| Apr 11, 2013 | RSL | Review proposed interim compensation procedures order (0.2); multiple e-mail correspondence with working group regarding cash collateral, budget and litigation issues (0.5); review status of same (0.3). | 1.00 |
| Apr 15, 2013 | RSL | Review of motions to employ, alter or amend judgment, and assume or reject leases (1.0). | 1.00 |
| Apr 16, 2013 | DJE | Multiple e-mail correspondence with working group regarding permit and tax issues (0.2). | 0.20 |

3                                    July 15, 2013

| Apr 16, 2013 | RSL | E-mail correspondence to Devon Eggert regarding April 17th court hearing (0.2); review correspondence from working group regarding permit issues (0.3). | 0.50 |
|---|---|---|---|
| Apr 17, 2013 | DJE | Review and prepare for hearing on several motions, including continued post-petition financing, fee application, rejection of fuel supply agreements; authority to enter into new fuel supply agreements, and retention of chapter 11 trustee's counsel (0.3); attend hearing on same (1.2); telephone conference with Richard Lauter regarding same (0.4). | 1.90 |
| Apr 17, 2013 | RSL | Telephone conference with Devon Eggert regarding April 17th hearing and status of bidding on fuel supply agreement (0.4); review of notice regarding opportunity to submit proposed fuel supply agreement (0.6). | 1.00 |
| Apr 18, 2013 | DJE | Telephone conference with Jeremy Downs (counsel for BMO) regarding sale and plan options and status of fuel supply bidding issues (0.1). | 0.10 |
| Apr 18, 2013 | RSL | Review of order denying motion to alter or amend, and orders granting application to employ and related pleadings (0.8). | 0.80 |
| Apr 22, 2013 | RSL | Court appearance before Judge Wedoff regarding hearing on motion to approve fuel supply agreement (1.0); conference with Chris Combest and Jeremy Downs regarding same (0.5). | 1.50 |
| Apr 23, 2013 | DJE | E-mail correspondence to Richard Lauter regarding fuel supply issues, plan and sale discussions (0.4). | 0.40 |
| Apr 24, 2013 | DJE | Telephone conference with Jeremy Downs (counsel for BMO) regarding plan, sale and cash collateral issues (0.2); telephone conference with Phil Martino regarding same (0.1). | 0.30 |
| Apr 25, 2013 | DJE | Multiple e-mail correspondence with working group regarding transition issues and sale items (0.3). | 0.30 |
| Apr 29, 2013 | DJE | Telephone conference with Jeremy Downs regarding Garda and store operation issues (0.2); conference with working group regarding same (1.9). | 2.10 |

4                                    July 15, 2013

| | | | |
|---|---|---|---|
| May 1, 2013 | DJE | E-mail correspondence to Richard Lauter regarding plan issues and potential sale of assets in connection with same (0.2); review and prepare for hearing on adversary cases, post-petition financing, motion to compel turnover of cash held by Garda and status on cases (0.3); attend hearing on same (0.9); conferences with working group regarding same (0.6); multiple e-mail correspondence with working group regarding operational issues, including licenses, utilities and replacement of armored car service (0.2). | 2.20 |
| May 2, 2013 | DJE | Multiple e-mail correspondence with working group regarding estate expenses and reconciliation of amounts from Garda (0.2). | 0.20 |
| May 3, 2013 | RSL | Multiple e-mail correspondence with working group regarding plan and sale issues (0.3). | 0.30 |
| May 6, 2013 | DJE | Telephone conference with Jeremy Downs regarding sale and plan considerations (0.2). | 0.20 |
| May 8, 2013 | DJE | Review summary of armored car replacement services (0.1); review summary of store operations and revised forecasts going forward based upon same (0.3). | 0.40 |
| May 9, 2013 | DJE | Multiple e-mail correspondence with working group regarding operational issues, including sale of diesel fuel, capital expenditures, vacation pay dispute and new armored car service (0.6); review debtors' schedules, first day motion and declaration in support of same in connection with vacation pay dispute (0.3). | 0.90 |
| May 10, 2013 | DJE | Multiple e-mail correspondence with working group regarding operational issues, including licenses, armored car service contracts and financial reporting information (0.6). | 0.60 |
| May 13, 2013 | DJE | Review and prepare for working group telephone conference regarding status of case and strategy moving forward (0.7); attend telephone conference regarding same (0.8); conference with Richard Lauter regarding same (0.3). | 1.80 |

*Handwritten annotations: "(H) − 187.5", "(4) − 740⁰", "− 261.50"*

5                         July 15, 2013

| Date | Initials | Description | | Hours |
|---|---|---|---|---|
| May 13, 2013 | RSL | Conference with Devon Eggert regarding status of case and strategy going forward (0.3); multiple e-mail correspondence with working group regarding same (0.3); review open issues regarding plan and sale (0.4). | ④ -437.5 | 1.00 |
| May 15, 2013 | DJE | Conference with Richard Lauter regarding May 15 hearing and plan and sale issues based upon same (0.3). | | 0.30 |
| May 15, 2013 | RSL | Court appearance before Judge Wedoff regarding continued hearing on post-petition financing and plan and sale issues (0.7); conference with Devon Eggert regarding same (0.3). | | 1.00 |
| Jun 6, 2013 | DJE | E-mail correspondence from Jeremy Downs regarding budgetary, sale and plan issues (0.1); review budget in connection with same (0.1); telephone conferences with Jeremy Downs regarding same (0.3); review internal memorandum regarding summary of claims in connection with same (0.3); review summary from Phil Martino regarding store operations after fuel supply transition (0.1). | ④ -37.00 | 0.90 |
| Jun 11, 2013 | DJE | Conference with Richard Lauter regarding status of sale and plan process and issues with same (0.4); review plan and sale documents in connection with same (0.8); e-mail correspondence to Richard Lauter regarding same (0.1). | | 1.30 |
| Jun 11, 2013 | RSL | Telephone conference with Trustee regarding plan and sale of assets (0.1); conference with Devon Eggert regarding plan and sale issues (0.4); review sale documentation in connection with same (0.5). | | 1.00 |
| Jun 17, 2013 | DJE | Telephone conference with Jeremy Downs regarding sale, plan and budgeting issues (0.2). | | 0.20 |
| Jun 27, 2013 | RSL | E-mail correspondence with Phil Martino regarding employee issues (0.3). | | 0.30 |

-474.5

6                                July 15, 2013

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Lauter, Richard S. | 13.90 | 625.00 | $8687.50 |
| Eggert, Devon J. | 18.50 | 370.00 | $6,845.00 |
| Janczak, Elizabeth L. | 1.20 | 265.00 | $318.00 |
| TOTAL HOURS | 33.60 | | |
| TOTAL FEES | | | $15,850.50 |

**TOTAL FEES AND DISBURSEMENTS**           **$15,850.50**

c:\bills\612728.bil

1,572.35

14,278.15

-1,572.35

# EXHIBIT B

1                                July 15, 2013

Statement No: 100101859

For professional services rendered with regard to:

Re:  Secured Creditor Issues

| | | | |
|---|---|---|---|
| Apr 11, 2013 | ELJ | Review amended DIP financing order to analyze carveout and budget issues (0.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 |
| Apr 11, 2013 | DJE | Telephone conference with Jeremy Downs and Chris Combest regarding amending post-petition financing order and budget for same (0.2); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.30 |
| Apr 11, 2013 | RSL | Review of amendment to final DIP financing order (0.5). | 0.50 |
| Apr 12, 2013 | DJE | Review amendment to post-petition financing order and compare same against original order for proposed revisions (0.3); telephone conference with Jeremy Downs regarding same (0.3); review trustee's proposed amendments to post-petition financing order and compare same against original order (0.2). | 0.80 |
| Apr 15, 2013 | DJE | Review revised amendment to post-petition financing order (0.2); multiple e-mail correspondence with working group regarding same (0.1). | 0.30 |
| Apr 24, 2013 | DJE | Multiple e-mail correspondence with working group regarding budget for operations going forward (0.2). | 0.20 |
| May 13, 2013 | DJE | E-mail correspondence from Phil Martino regarding status of updated budget (0.1). | 0.10 |
| May 14, 2013 | DJE | Review revised proposed budget (0.3); multiple e-mail correspondence with working group regarding forecast of certain expenses for same (0.2); review prior budgetary information for same (0.4); telephone conference with Jeremy Downs regarding same (0.1). | 1.00 |

2899260v1/28279-0004

2                                    July 15, 2013

| Date | | Description | Hours |
|------|--|-------------|-------|
| May 16, 2013 | DJE | Review amended budget and reconciliation reports from Roy Strassburger (0.3). | 0.30 |
| Jun 6, 2013 | ELJ | Review April-May cash collateral forecast and compare to actual liabilities (0.3). | 0.30 |
| Jun 7, 2013 | RSL | Review of cash collateral budget and projections (0.5). | 0.50 |
| Jun 17, 2013 | ELJ | Review and revise spreadsheet tracking debtor's cash collateral sources and uses (0.1). | 0.10 |
| Jun 18, 2013 | ELJ | Additional updates to spreadsheet tracking debtor's cash collateral sources and uses (0.3). | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Lauter, Richard S. | 1.00 | 625.00 | $625.00 |
| Janczak, Elizabeth L. | 0.90 | 265.00 | $238.50 |
| Eggert, Devon J. | 3.00 | 370.00 | $1,110.00 |
| TOTAL HOURS | 4.90 | | |
| TOTAL FEES | | | $1,973.50 |

**TOTAL FEES AND DISBURSEMENTS**          $1,973.50

c:\bills\612729.bil

1,973.5

2899260v1/28279-0004

# EXHIBIT C

1                                                                July 15, 2013


Statement No: 100101860

For professional services rendered with regard to:

Re:  F&P Retention and Fee Applications

| | | | |
|---|---|---|---|
| Apr 3, 2013 | ELJ | E-mail correspondence to Devon Eggert regarding sixth interim fee application (0.1). | 0.10 |
| Apr 5, 2013 | ELJ | Review March 2013 fee exhibits to ensure compliance with time detail requirements (1.6); begin drafting sixth interim fee application (0.4). | 2.00 |
| Apr 8, 2013 | ELJ | Multiple e-mail correspondence with Devon Eggert regarding filing of sixth interim fee application (0.1). | 0.10 |
| Apr 8, 2013 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding filing sixth fee application (0.1); review monthly statement exhibits for same to ensure compliance with time detail requirements (0.4); multiple e-mail correspondence with Sarah Baker (counsel for chapter 11 trustee) regarding status of committee fee applications (0.2). | 0.70 |
| Apr 10, 2013 | ELJ | Review and revise fee application (0.2); e-mail correspondence to Devon Eggert regarding same (0.1); draft order for same (0.1). | 0.40 |
| Apr 10, 2013 | JEH | Prepare notices and other pleadings for sixth interim fee application (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.30 |
| Apr 15, 2013 | ELJ | Additional review of sixth interim fee application exhibits to ensure compliance with time detail requirements (0.9). | 0.90 |
| Apr 16, 2013 | DJE | Review fee application exhibits for March 2013 to ensure compliance with time detail requirements (0.3); review and revise sixth interim fee application (0.3); multiple e-mail correspondence with Elizabeth Janczak regarding finalizing and filing same (0.1). | 0.70 |

2                                    July 15, 2013

| | | | |
|---|---|---|---|
| Apr 16, 2013 | ELJ | Finalize sixth interim fee application (1.0); multiple e-mail correspondence with Devon Eggert regarding same (0.1); multiple e-mail correspondence with Jacqueline Hazdra regarding same (0.1). | 1.20 |
| Apr 16, 2013 | JEH | Revise notice of motion and certificate of service for sixth interim fee application (0.3); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.1); prepare exhibits for same (0.5); review and revise sixth interim fee application (0.4); file same (0.2). | 1.50 |
| Apr 24, 2013 | ELJ | Review fee application orders in connection with Trustee's request for totals regarding same (0.3); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.40 |
| May 7, 2013 | ELJ | Review amended order establishing interim compensation procedures (0.1); review exhibits to April 2013 monthly fee statement to ensure compliance with time detail requirements (0.9). | 1.00 |
| May 8, 2013 | DJE | Attend hearing on sixth interim fee application (0.9). | 0.90 |
| May 10, 2013 | ELJ | Review exhibits to April 2013 fee statement to ensure compliance with time detail requirements (0.4). | 0.40 |
| May 13, 2013 | ELJ | Review exhibits to April 2013 fee statement to ensure compliance with time detail requirements (0.1). | 0.10 |
| May 14, 2013 | DJE | Review April monthly fee statement exhibits to ensure compliance with time detail requirements (0.4); conference with Elizabeth Janczak regarding same and open items for preparing fee statement for filing (0.1); review and revise monthly statement (0.2). | 0.70 |
| May 14, 2013 | ELJ | Draft April 2013 monthly fee statement (0.2); conference with Devon Eggert regarding same (0.1). | 0.30 |
| May 15, 2013 | ELJ | Review and revise April 2013 fee statement and exhibit to same (0.4). | 0.40 |

3                                                      July 15, 2013

| May 17, 2013 | JEH | Draft notice of filing and certificate of service for April 2013 monthly fee statement (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1); review April 2013 monthly fee statement (0.1); file same (0.2). | 0.60 |
| Jun 6, 2013 | ELJ | Review exhibits to May 2013 fee statement to ensure compliance with time detail requirements (0.6). | 0.60 |
| Jun 7, 2013 | ELJ | E-mail correspondence to Devon Eggert regarding April monthly statement details and objection deadline (0.1); review exhibits to May 2013 fee statement to ensure compliance with time detail requirements (0.3). | 0.40 |
| Jun 7, 2013 | DJE | E-mail correspondence to Roy Strasburger regarding Freeborn April monthly fee statement (0.1). | 0.10 |
| Jun 17, 2013 | DJE | Review May fee statement exhibits to ensure compliance with time detail requirements (0.3). | 0.30 |
| Jun 17, 2013 | ELJ | Draft May 2013 monthly fee statement (0.1). | 0.10 |
| Jun 18, 2013 | ELJ | Finalize May 2013 monthly fee statement for filing (0.2). | 0.20 |
| Jun 19, 2013 | DJE | Review of May monthly fee statement (0.1); telephone conference with Elizabeth Janczak regarding finalizing same for filing (0.1). | 0.20 |
| Jun 19, 2013 | ELJ | Telephone conference with Devon Eggert regarding May 2013 fee statement (0.1). | 0.10 |
| Jun 20, 2013 | JEH | Draft notice of filing and certificate of service for May 2013 monthly fee statement (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.1). | 0.40 |

*(handwritten annotations: "4 -36.00", "4 -26.50", "-62.50")*

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 3.60 | 370.00 | $1,332.00 |
| Janczak, Elizabeth L. | 8.70 | 265.00 | $2,305.50 |

4                              July 15, 2013

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hazdra, Jacqueline E. | 2.80 | 215.00 | $602.00 |
| TOTAL HOURS | 15.10 | | |
| TOTAL FEES | | | $4,239.50 |

**TOTAL FEES AND DISBURSEMENTS**          $4,239.50

− 89.00

4150.50

c:\bills\612730.bil

2899275v1/28279-0005

− 89.00

# EXHIBIT D

1                                            July 15, 2013

Statement No: 100101861

For professional services rendered with regard to:

Re:  Other Professional Retention

| | | | |
|---|---|---|---|
| Apr 10, 2013 | RSL | Review of application to employ operations manager and related pleadings (0.5). | 0.50 |
| Jun 19, 2013 | ELJ | Review McGladrey's first and final application for reimbursement of fees and expenses and compare to cash collateral carveouts (0.6). | 0.60 |
| Jun 20, 2013 | DJE | Preliminary review of McGladrey final fee application and exhibits thereto (0.3). | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 370.00 | $111.00 |
| Janczak, Elizabeth L. | 0.60 | 265.00 | $159.00 |
| Lauter, Richard S. | 0.50 | 625.00 | $312.50 |
| TOTAL HOURS | 1.40 | | |
| TOTAL FEES | | | $582.50 |

**TOTAL FEES AND DISBURSEMENTS**                    $582.50

c:\bills\612731.bil

2899283v1/28279-0006



# EXHIBIT E

1                              July 15, 2013

Statement No: 100101862

For professional services rendered with regard to:

Re: <u>Plan and Disclosure Statement</u>

| | | | |
|---|---|---|---|
| Apr 8, 2013 | DJE | Telephone conference with Jason Crockett (committee financial advisor) regarding open items for liquidation analysis (0.2); e-mail correspondence to Jeremy Downs (counsel for BMO) regarding same (0.1). | 0.30 |
| Apr 8, 2013 | SRI | E-mail correspondence to Devon Eggert regarding status of disclosure statement (0.1). | 0.10 |
| Apr 17, 2013 | SRI | E-mail correspondence to Devon Eggert regarding status of disclosure statement (0.1). | 0.10 |
| Jun 4, 2013 | RSL | Telephone conference with Barry Chatz regarding liquidating trustee credentials and background information for same (0.5); Research regarding tax issues in connection with plan and liquidating trust (2.7). | 0.50 |
| Jun 10, 2013 | DJE | Telephone conference with Jeremy Downs regarding plan issues (0.1); telephone conference with Shira Isenberg regarding revising plan and finalizing disclosure statement (0.1); telephone conference with Richard Lauter regarding same (0.2). | 0.40 |
| Jun 10, 2013 | SRI | Telephone conference with Devon Eggert regarding RWJ plan and disclosure statement (0.1). | 0.10 |
| Jun 10, 2013 | RSL | Telephone conference with Devon Eggert regarding amended plan and disclosure statement (0.2); multiple e-mail correspondence with working group regarding same (0.3). | 0.50 |
| Jun 11, 2013 | DJE | Conference with Shira Isenberg regarding revisions to plan and disclosure statement (0.1); e-mail correspondence to Shira Isenberg regarding details for same (0.3); review prior plan based upon same (0.3). | 0.70 |

2                                    July 15, 2013

| | | | |
|---|---|---|---|
| Jun 11, 2013 | SRI | Conference with Devon Eggert regarding plan process (0.1); revise plan based upon additional information provided by Devon Eggert (1.7). | 1.80 |
| Jun 12, 2013 | SRI | Revise plan (2.7); revise disclosure statement (2.0). | 4.70 |
| Jun 13, 2013 | SRI | Revise disclosure statement (1.5). | 1.50 |
| Jun 14, 2013 | SRI | Revise disclosure statement (2.0); revise plan (0.6). | 2.60 |
| Jun 14, 2013 | DJE | Telephone conference with Jason Adams (counsel for BP) regarding plan treatment and potential global resolution in connection with same (0.2). | 0.20 |
| Jun 17, 2013 | DJE | Review and revise draft plan (0.9); conference with Richard Lauter regarding status and open issues for finalizing same (0.8); review claims analysis and prior plan based upon same (0.6). | 2.30 |
| Jun 17, 2013 | SRI | Revise creditor trust agreement (1.3). | 1.30 |
| Jun 17, 2013 | RSL | Conference with Devon Eggert regarding plan issues (0.8); multiple e-mail correspondence with working group regarding same (0.2). | 1.00 |
| Jun 18, 2013 | DJE | Conference with Richard Lauter regarding open plan issues (0.6); multiple e-mail correspondence with working group regarding same, including potential BP settlement issues (0.2); telephone conference with Jeremy Downs regarding same (0.2); telephone conference with Jeremy Downs and Phil Martino regarding same (0.1); multiple e-mail correspondence with Shira Isenberg regarding same and incorporation of BP separate classification (0.3); review BP claims in connection with same (0.3); review and revise analysis of other claims in connection with plan and disclosure statement preparation (1.1); review summary of administrative claims analysis for same (0.4); review docket for same (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 3.50 |
| Jun 18, 2013 | ELJ | E-mail correspondence to Devon Eggert regarding document review in connection with plan preparation (0.1); internal conferences regarding obtaining Quickbooks information related to same (0.2). | 0.30 |

2899301v1/28279-0007

3                                    July 15, 2013

| | | | |
|---|---|---|---|
| Jun 18, 2013 | SRI | Revise plan (1.2); revise disclosure statement (1.2); review BP claims for purposes of determining class 4 amount (0.4); multiple e-mail correspondence with Devon Eggert regarding plan and disclosure statement and classification issues (0.3); revise creditor trust agreement (0.6). | 3.70 |
| Jun 18, 2013 | RSL | Conference with Devon Eggert regarding open plan issues (0.6); multiple e-mail correspondence with working group regarding same (0.2). | 0.80 |
| Jun 18, 2013 | JEH | Review proofs of claim filed in main case and all affiliate cases for preparation of plan materials (1.1); e-mail correspondence to Shira Isenberg regarding same (0.1) | 1.20 |
| Jun 19, 2013 | SRI | Calculate distribution percentages under first amended plan (0.9). | 0.90 |
| Jun 20, 2013 | DJE | Telephone conference with Andrew Frisvold of Protiviti (financial advisor for committee) regarding liquidation analysis preparation (0.3); review information for preparation of same (0.2); multiple e-mail correspondence with Andrew Frisvold regarding same (0.2); preliminary review of draft liquidation analysis (0.3); conference with Richard Lauter regarding open plan issues (0.3). | 1.30 |
| Jun 20, 2013 | RSL | Conference with Devon Eggert regarding liquidating plan (0.3); review amended proposed plan and distribution details (0.7). | 1.00 |
| Jun 20, 2013 | SRI | E-mail correspondence to Devon Eggert regarding calculation of "Net Trust Proceeds" in connection with plan (0.1). | 0.10 |
| Jun 21, 2013 | DJE | Telephone conference with Curt Johnson of SAS regarding potential alternative treatment of administrative claim in plan (0.6); review and prepare for same (0.3); conference with Shira Isenberg regarding open plan issues (0.6); review plan based upon same (0.2); telephone conference with Elizabeth Janczak regarding professional fee claims (0.1). | 1.80 |

*Handwritten annotations: (+) — 375.00 ; (4) — 111.00 ; — 486.00*

4                                    July 15, 2013

| | | | |
|---|---|---|---|
| Jun 21, 2013 | ELJ | Multiple e-mail correspondence with Roy Strasburger regarding access to debtors Quickbooks in connection with preparation of plan documents (0.1); initial review of Quickbooks information relating to same (0.2); telephone conference with Devon Eggert regarding reconciliation of professional fees and budget in connection with plan issues (0.1); initial review of documents relating to same (0.2). | 0.60 |
| Jun 21, 2013 | SRI | Conference with Devon Eggert regarding disclosure statement and remaining information needed to finalize (0.6); revise disclosure statement (1.5); revise solicitation procedures motion, procedures and order (0.9). | 3.00 |
| Jun 23, 2013 | ELJ | Review documents relating to reconciliation of professional fees and budget in connection with plan issues (1.5); draft chart summarizing same (0.8); e-mail correspondence to Devon Eggert regarding same (0.1). | 2.40 |
| Jun 24, 2013 | DJE | Review and revise plan and disclosure statement (0.9); review and revise background documents from case and analyses relating to liquidation, claims and causes of action for same (1.2); multiple e-mail correspondence with Shira Isenberg and Elizabeth Janczak regarding same (0.1); conference with Shira Isenberg and Elizabeth Janczak regarding open plan and disclosure statement issues (0.9). | 3.10 |
| Jun 24, 2013 | ELJ | Conference with Shira Isenberg and Devon Eggert regarding disclosure statement issues  plan issues and claim reconciliation (0.9); multiple e-mail correspondence with Shira Isenberg and Devon Eggert regarding same (0.1); review QuickBooks data provided by trustee in connection with preparation of plan documents (2.8); review and revise chart summarizing reconciliation of professional fees and budget in connection with plan issues (0.3). | 4.10 |

2899301v1/28279-0007

5                                    July 15, 2013

| Jun 24, 2013 | SRI | Conference with Devon Eggert and Elizabeth Janczak regarding plan confirmation strategy (0.9); draft solicitation documents (2.0); multiple e-mail correspondence with Devon Eggert and Elizabeth Janczak regarding same (0.1). | 3.00 |
|---|---|---|---|
| Jun 24, 2013 | JEH | Review claims analysis and solicitation procedures in preparation for solicitation mailing (0.6); e-mail correspondence to Shira Isenberg regarding same (0.1). | 0.70 |
| Jun 25, 2013 | ELJ | Review QuickBooks data and other documents provided by trustee in connection with preparation of plan documents (0.8); multiple e-mail correspondence with Shira Isenberg regarding professional fee claims (0.1); telephone conference with Shira Isenberg regarding same in relation to plan treatment of insider claims (0.3); conference with Devon Eggert regarding same (0.1). | 1.30 |
| Jun 25, 2013 | DJE | Conference with Elizabeth Janczak regarding potential insider actions for purposes of plan and disclosure statement (0.1); review background information for same (0.2); revise disclosure statement and related documents for same (0.5). | 0.80 |
| Jun 25, 2013 | SRI | Telephone conference with Elizabeth Janczak regarding insider claims (0.3); conference with Jacqueline Hazdra regarding solicitation packages (0.2); review liquidation analysis (0.3); review figures for estimated professional fee claims (0.2); draft confirmation order (2.3). | 3.30 |
| Jun 25, 2013 | JEH | Conference with Shira Isenberg regarding claim solicitation packages and preparation of mailing matrix chart (0.2); draft solicitation chart (3.2). | 3.40 |
| Jun 26, 2013 | DJE | Additional revisions to draft plan of liquidation and disclosure statement (1.5); telephone conferences with Shira Isenberg regarding same (0.2). | 1.70 |
| Jun 26, 2013 | SRI | Telephone conferences with Devon Eggert regarding revisions to plan and disclosure statement (0.2); draft confirmation notice (0.5); revise plan and disclosure statement (0.8). | 1.50 |

6                                                         July 15, 2013

| Date | TK | Description | Hours |
|------|-----|-------------|-------|
| Jun 26, 2013 | JEH | Continue drafting claim solicitation packages and mailing matrix chart (2.4); research confirmation order issues (0.8); e-mail correspondence to Shira Isenberg regarding same (0.1). | 3.30 |
| Jun 27, 2013 | DJE | Conference with Richard Lauter regarding status of plan and disclosure statement documents (0.2). | 0.20 |
| Jun 27, 2013 | SRI | Review disclosure statement and plan (0.4); multiple e-mail correspondence with Thomas Fawkes regarding solicitation for same (0.2). | 0.60 |
| Jun 27, 2013 | JEH | Continue drafting claim solicitation packages mailing matrix chart (1.2); e-mail correspondence to Shira Isenberg regarding same (0.1). | 1.30 |
| Jun 27, 2013 | RSL | Review and revision of amended plan and disclosure statement (1.6); conference with Devon Eggert regarding status of same (0.2). | 1.80 |
| Jun 27, 2013 | TRF | Multiple e-mail correspondence with Shira Isenberg regarding issues concerning issued ballots to claimants filing duplicate claims against multiple debtors (0.2). | 0.20 |
| Jun 28, 2013 | SRI | Multiple e-mail correspondence with Jacqueline Hazdra regarding plan filing and solicitation issues (0.3). | 0.30 |
| Jun 28, 2013 | RSL | Review and revision of amended plan and disclosure statement (1.7). | 1.70 |
| Jun 28, 2013 | JEH | Multiple e-mail correspondence with Shira Isenberg regarding status of filing plan, disclosure statement and solicitation procedures motion (0.3); e-mail correspondence to Shira Isenberg regarding solicitation mailing chart (0.3). | 0.60 |
| Jun 28, 2013 | DJE | Multiple e-mail correspondence with Jeremy Downs regarding plan issues (0.1). | 0.10 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Fawkes, Thomas R. | 0.20 | 535.00 | $107.00 |
| Lauter, Richard S. | 10.00 | 625.00 | $6,250.00 |
| Isenberg, Shira R. | 28.60 | 415.00 | $11,869.00 |
| Eggert, Devon J. | 16.40 | 370.00 | $6,068.00 |
| Janczak, Elizabeth L. | 8.70 | 265.00 | $2,305.50 |

7                              July 15, 2013

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hazdra, Jacqueline E. | 10.50 | 215.00 | $2257.50 |

TOTAL HOURS                    74.40

TOTAL FEES                                              $28,857.00

**TOTAL FEES AND DISBURSEMENTS**                        **$28,857.00**

*-731.00*

*258,125.5*

c:\bills\612732.bil

2899301v1/28279-0007

*-731.00*

# EXHIBIT F

1                               May 15, 2013

Statement No: 100096395

For professional services rendered with regard to:

Re:  Executory Contracts and Unexpired Leases

| | | | |
|---|---|---|---|
| Apr 9, 2013 | DJE | Review revised draft of fuel supply agreement (0.3); multiple e-mail correspondence with working group regarding same (0.2); telephone conference with working group regarding same (0.6). | 1.10 |
| Apr 12, 2013 | DJE | Telephone conference with working group regarding provisions of potential new fuel supply agreement (0.8); review draft motion and order to reject current fuel supply agreements (0.9). | 1.70 |
| Apr 13, 2013 | DJE | Review revised draft fuel supply contract (0.2); multiple e-mail correspondence with working group regarding same, motion to enter into new fuel supply contract and reject former fuel supply contracts (0.3); review draft motion to enter into new fuel supply contracts and order for same (0.2). | 0.70 |
| Apr 17, 2013 | DJE | Review Atlas' proposed terms for fuel supply (0.1); review trustee notice of opportunity to bid on fuel supply to debtors (0.1). | 0.20 |
| Apr 19, 2013 | DJE | Review trustee's motion to amend fuel supply rejection order (0.1); review competing fuel supply bids from Graham and Atlas (0.4); telephone conferences with working group regarding same (0.5); review e-mail correspondence from Chris Combest (counsel for trustee) regarding same (0.1). | 1.10 |
| Apr 20, 2013 | DJE | Review revised Graham fuel supply agreement and notice for same (0.3); multiple e-mail correspondence with working group regarding same (0.1). | 0.40 |
| Apr 21, 2013 | DJE | Multiple e-mail correspondence with working group regarding additional issues concerning revised Graham fuel supply agreement (0.2). | 0.20 |

-74.00

-74.00

2899332v1/28279-0008

2                              May 15, 2013

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 5.40 | 370.00 | $1,998.00 |
| TOTAL HOURS | 5.40 | | |
| TOTAL FEES | | | $1,998.00 |

**TOTAL FEES AND DISBURSEMENTS**          **$1,998.00**

_-74.00_

c:\bills\607265.bil

_1,924.00_

2899332v1/28279-0008                                                   _74.00_

# EXHIBIT G

1                              July 15, 2013

Statement No: 100101864

For professional services rendered with regard to:

Re: Committee Meetings and Governance

| | | | | |
|---|---|---|---|---|
| Jun 19, 2013 | DJE | E-mail correspondence to committee members regarding status of sale and plan issues (0.2); review background documents for same (0.1). | — 74.00 | 0.30 |
| Jun 19, 2013 | RSL | E-mail correspondence with committee members regarding sale and plan update (0.3). | | 0.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Lauter, Richard S. | 0.30 | 625.00 | $187.50 |
| Eggert, Devon J. | 0.30 | 370.00 | $111.00 |
| TOTAL HOURS | 0.60 | | |
| TOTAL FEES | | | $298.50 |

**TOTAL FEES AND DISBURSEMENTS**                    **$298.50**

                                                    — 74.00
c:\bills\612734.bil                                 224.50



# EXHIBIT H

1                              June 18, 2013

Statement No: 100099668

For professional services rendered with regard to:

Re: Investigation of Operations

| | | | |
|---|---|---|---|
| May 22, 2013 | ELJ | Review documents provided by trustee in connection with investigation of possible litigation claims and preparation of plan documents (3.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 3.20 |
| May 23, 2013 | ELJ | Continue review of documents provided by trustee in connection with investigation of possible litigation claims and preparation of plan documents (3.9). | 3.90 |
| May 30, 2013 | ELJ | Continue review of documents provided by trustee in connection with investigation of possible litigation claims and preparation of plan documents (4.7). | 4.70 |
| May 31, 2013 | ELJ | Continue review of documents provided by trustee in connection with investigation of possible litigation claims and preparation of plan documents (5.9); draft summary of same (0.6). | 6.50 |

*Flag for 2*

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 18.30 | 265.00 | $4,849.50 |
| TOTAL HOURS | 18.30 | | |
| TOTAL FEES | | | $4,849.50 |

**TOTAL FEES AND DISBURSEMENTS**                    **$4,849.50**

c:\bills\610538.bil

2899356v1/28279-0010

# EXHIBIT I

1                                                July 15, 2013

Statement No: 100101866

For professional services rendered with regard to:

Re: <u>Asset Sales</u>

| | | | |
|---|---|---|---|
| Apr 8, 2013 | RSL | Multiple e-mail correspondence with working group regarding sale strategy and discussions with BMO (0.7); review correspondence regarding potential offers for same (0.3). | 1.00 |
| Apr 25, 2013 | RSL | Multiple e-mail correspondence with working group regarding Dearfield Ventures purchase offer (0.4); telephone conference with working group regarding same (0.5); review of offer to purchase assets by Dearfield Ventures and SSG statement of finances (1.1). | 2.00 |
| May 6, 2013 | DJE | Multiple e-mail correspondence with working group regarding documentation in connection with potential sale (0.3). | 0.30 |
| May 7, 2013 | DJE | Review revised draft asset purchase agreement (0.6); multiple e-mail correspondence with working group regarding proposed deadlines for auction process (0.2). | 0.80 |
| May 8, 2013 | DJE | Multiple e-mail correspondence with working group regarding draft asset purchase agreement and potential issues with same in connection with post-petition financing order provisions (0.4); review post-petition financing order in connection with same (0.2); telephone call to Jeremy Downs regarding same (0.1). | 0.70 |
| May 11, 2013 | DJE | Review draft sale notice for potential stalking horse offers (0.6); multiple e-mail correspondence with working group regarding same (0.1). | 0.70 |
| May 12, 2013 | DJE | Multiple e-mail correspondence with working group regarding revisions to draft stalking horse notice (0.2). | 0.20 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                     |      |
|------------|-----|---------------------------------------------------------|------|
| | | 2 | July 15, 2013 |

| May 13, 2013 | DJE | Review proposed bid procedures order and correspondence from Chris Combest (counsel for trustee) regarding issues for same (0.9); telephone conference with Chris Combest regarding same (0.1); multiple e-mail correspondence with working group regarding Phase I's in connection with sale process (0.2). | 1.20 |
| May 13, 2013 | RSL | Review of notice of solicitation of proposals to become initial stalking horse bidder for assets (0.5). | 0.50 |
| May 14, 2013 | RSL | Review proposed bid procedures and stalking horse proposal (1.0). | 1.00 |
| May 15, 2013 | RSL | Telephone conference with Phil Martino and Jeremy Downs regarding sale of assets (0.5). | 0.50 |
| May 16, 2013 | DJE | Preliminary review of stalking horse offer from Graham (0.2); review of Atlas offer (0.2); multiple e-mail correspondence with Richard Lauter regarding same (0.1). | 0.50 |
| May 16, 2013 | RSL | Review of bid proposals (1.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1). | 1.20 |
| May 17, 2013 | DJE | Review Sassafrasnet offer for stalking horse bid and compare same against Graham and Atlas offers (1.1); multiple e-mail correspondence with working group regarding timeline moving forward on stalking horse selection, bid procedures motion and discussions with BP in connection with sale process (0.3); conference with Richard Lauter regarding same (0.5); telephone call to Dunstin Deneal (counsel for Circle K) regarding sale process (0.1). | 2.00 |
| May 17, 2013 | RSL | Research regarding comparative analysis of bid proposals (1.2); conference with Devon Eggert regarding bid proposals and selection of stalking horse (0.5); multiple e-mail correspondence with working group regarding same (0.3). | 2.00 |
| May 18, 2013 | DJE | Multiple e-mail correspondence with working group regarding status of discussions with potential stalking horse bidders and status of negotiations with parties in connection with same (0.2). | 0.20 |

3                              July 15, 2013

| | | | |
|---|---|---|---|
| May 21, 2013 | DJE | E-mail correspondence from Nathan Mathews (counsel for trustee) regarding open items for Graham asset purchase agreement issues (0.1); telephone conference with Jeremy Downs regarding stalking horse and other bidder issues (0.2). | 0.30 |
| May 23, 2013 | DJE | Multiple e-mail correspondence with working group regarding status of sale efforts and open issues for same (0.4); review prior correspondence for potential additional open items (0.1); telephone conference with Chris Combest (counsel for trustee) regarding same (0.2). | 0.70 |
| May 29, 2013 | DJE | Multiple e-mail correspondence with working group regarding status of sale issues and potential stalking horse (0.2). | 0.20 |
| May 30, 2013 | RSL | Review of signed Graham Acquisition commitment letter (0.6); multiple e-mail correspondence with working group regarding same (0.2). | 0.80 |
| May 30, 2013 | DJE | Telephone conference with Curt Johnson of SAS (committee member) regarding status of sale process (0.2). | 0.20 |
| Jun 3, 2013 | RSL | E-mail correspondence to Devon Eggert regarding sale process (0.2); multiple e-mail correspondence with working group regarding same (0.4); review motion and procedures for same (0.4). | 1.00 |
| Jun 5, 2013 | RSL | Review of revised bidding procedures and bidding procedures order (0.8). | 0.80 |
| Jun 5, 2013 | DJE | Review revised asset purchase agreement (two versions) and sale procedures order (0.3); multiple e-mail correspondence with working group regarding same (0.1). | 0.40 |
| Jun 7, 2013 | DJE | E-mail correspondence to Phil Martino and Chris Combest regarding post-sale matters (0.1). | 0.10 |
| June 7, 2013 | RSL | Multiple e-mail correspondence with working group regarding plan and sale strategy (0.4); review revised asset purchase agreement and correspondence relating to same (0.6). | 1.00 |
| Jun 10, 2013 | DJE | Multiple e-mail correspondence with working group regarding open items for sale process, including status of Phase Is, open items for CMSI and status of discussions with BP (0.1). | 0.10 |

_(handwritten notations)_ (4) -148.00   (4) -125.00   _273.00

4                                    July 15, 2013

| | | | |
|---|---|---|---|
| Jun 11, 2013 | DJE | Multiple e-mail correspondence with working group regarding sale process and auction (0.1); review Matrix summary of interested bidders in connection with same (0.1); review revised sale order (0.3); telephone conference with Jeremy Downs regarding same (0.1). | 0.60 |
| Jun 12, 2013 | DJE | Review and prepare for June 12 hearing on sale procedures motion (0.2); attend hearing on same (0.8); conference with Richard Lauter regarding same and other sale issues (0.5). | 1.50 |
| Jun 12, 2013 | RSL | Conference with Devon Eggert regarding June 12th court hearing on sale motion (0.5); review of revised sale order, final bid procedures order, update on sale process, matrix summary of buyer activity in data room (1.0). | 1.50 |
| Jun 17, 2013 | DJE | Multiple e-mail correspondence with working group regarding bid deadline and related issues (0.2); conference with Richard Lauter regarding same (0.2); initial review of Bob Juckniess objection to sale order (0.2). | 0.60 |
| Jun 18, 2013 | RSL | Review of Juckniess objection to approval of sale (0.7). | 0.70 |
| Jun 21, 2013 | DJE | E-mail correspondence from Phil Martino regarding open sale issues (0.2). | 0.20 |
| Jun 23, 2013 | RSL | Prepare for June 24th auction sale, including review of asset purchase agreements (2.8). | 2.80 |
| Jun 24, 2013 | RSL | Multiple e-mail correspondence with working group regarding June 24th auction sale (0.5). | 0.50 |
| Jun 25, 2013 | RSL | E-mail correspondence to Devon Eggert regarding June 26th hearing on approval of sale order and sale of BMO Harris note (0.3); multiple e-mail correspondence with working group regarding same (0.5); review of sale order and preparation for June 26th hearing (1.2). | 2.00 |
| Jun 26, 2013 | DJE | Conferences with working group regarding sale issues prior to June 26 hearing on sale of assets (0.5); conferences with Richard Lauter regarding same (0.3). | 0.80 |

④
- 74.00

- 74.00

5                          July 15, 2013

Jun 26, 2013   RSL   Court appearance before Judge Wedoff regarding          2.00
                     hearing on approval of sale (1.2); conferences with
                     Devon Eggert regarding same (0.3); conferences
                     with working group regarding same (0.5).

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Lauter, Richard S. | 21.30 | 625.00 | $13,312.50 |
| Eggert, Devon J. | 12.30 | 370.00 | $4,551.00 |
| TOTAL HOURS | 33.60 | | |
| TOTAL FEES | | | $17,863.50 |

**TOTAL FEES AND DISBURSEMENTS**          **$17,863.50**

                                           − 347.00

                                           $ 17,516.50

c:\bills\612736.bil

347.00

2899316v1/28279-0011

# EXHIBIT J

1                                    July 15, 2013

Statement No: 100101869

For professional services rendered with regard to:

Re:  Claims Analysis

| | | | |
|---|---|---|---|
| Jun 6, 2013 | DJE | Review B&R Oil proof of claim for rejection damages and calculation detail for same (0.2). | 0.20 |
| Jun 24, 2013 | ELJ | Review B&R Oil Company claims in connection with possible objections to same (0.5); e-mail correspondence to Devon Eggert regarding same and Juckniess claims (0.1); review debtors' dockets relating to same (0.2). | 0.90 |
| Jun 25, 2013 | ELJ | Review BP Dealer Supply Agreement and B&R proofs of claim in connection with potential objection to same (1.3); e-mail correspondence to Devon Eggert summarizing details of same (0.1). | 1.40 |
| Jun 26, 2013 | DJE | Multiple e-mail correspondence to Elizabeth Janczak regarding potential issues with B&R claim (0.2). | 0.20 |
| Jun 26, 2013 | RSL | Conference with Jeremy Downs and Phil Martino regarding litigation claims (0.6); conference with Mark Carter regarding administrative claims (0.4); e-mail correspondence with Jeremy Downs regarding administrative claims (0.3). | 1.30 |
| Jun 27, 2013 | RSL | Multiple e-mail correspondence with Jeremy Downs regarding administrative claims (0.2). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Lauter, Richard S. | 1.50 | 625.00 | $937.50 |
| Eggert, Devon J. | 0.40 | 370.00 | $148.00 |
| Janczak, Elizabeth L. | 2.30 | 265.00 | $609.50 |
| TOTAL HOURS | 4.20 | | |
| TOTAL FEES | | | $1,695.00 |

2899319v1/28279-0015

2                                        July 15, 2013


**TOTAL FEES AND DISBURSEMENTS**                    **$1,695.00**


c:\bills\612739.bil

# EXHIBIT K

1                                    June 18, 2013

Statement No: 100099670

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

Apr 29, 2013      DJE        Telephone                                    26.65
                                    Conference Call 2242546

## DISBURSEMENT SUMMARY

Telephone                                                    26.65
                        TOTAL DISBURSEMENTS                   <u>$26.65</u>

**TOTAL FEES AND DISBURSEMENTS**                 **$26.65**

c:\bills\610540.bil

