**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) | Case No. 11-34845 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |

**FINAL REPORT OF CHAPTER 11 TRUSTEE**
**FILED PURSUANT TO FED. R. BANKR. P. 1019(5)(A)(ii)**

Philip V. Martino, the duly appointed and serving chapter 7 trustee and former chapter 11 trustee (the **"Trustee"**) for the estates of the above-captioned debtors (collectively, the "**Debtors**"), hereby submits the following final report regarding the chapter 11 proceedings in the captioned cases.

1. On August 26, 2011 (the **"Petition Date"**), Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

2. Pursuant to Code §§1107(a) and 1108, Debtors initially operated their businesses and managed their financial affairs as debtors in possession.

3. On September 7, 2011, the United States Trustee appointed a committee of unsecured creditors (the "**Committee**"); the United States Trustee appointed additional members to the Committee on November 10, 2011.

---

[1] The Debtors in these chapter 7 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC; and RWJ Yorkville, LLC.

QB\27311028.1

4. On March 27, 2013, upon motion of the United States Trustee, the Court appointed Philip V. Martino to be chapter 11 Trustee for the Debtors, thereby taking Debtors out of possession and placing their assets and businesses under the control of Trustee.

5. On May 27, 2014 (the **"Conversion Date"**), an order converting the chapter 11 cases to cases under chapter 7 was entered on the docket (Docket No. 1070).

6. The United States Trustee has appointed Mr. Martino to continue as chapter 7 trustee in the converted cases.

7. As of the Conversion Date, the estates collectively held cash in the sum of $285,927.61.

8. As of the Conversion Date, all assets of the estates (other than the cash described above) had been sold or assigned, with the following exceptions:

    (a) causes of action asserted against Parent Petroleum, Graham Enterprise, Inc., and B&R Oil Company, Inc., an affiliate of Atlas Oil Company, in Adversary Proceeding No. 11-02358; and

    (b) causes of action asserted in Adversary Proceeding Nos. 14-00216 though 14-00224, all commenced on March 27, 2014, in the captioned cases.

9. The order authorizing the sale of Debtors' assets is the *Order (A) Approving Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105(a) and 363 to Graham Enterprise, Inc., and (B) Authorizing Trustee to Assume and Assign Executory Contracts and Unexpired Leases to Graham Enterprise, Inc., and Fixing Cure Amounts Pursuant to 11 U.S.C. §365* (Docket No. 849).

10. On the date hereof, Trustee filed a schedule of unpaid postpetition debts (Docket No. 1080), as required by Fed. R. Bank. P. 1019(5)(A)(i), which is incorporated herein by this reference. Briefly, the only such debts of which Trustee is aware are (a) amounts alleged by

Commonwealth Edison Co. to be owed for electric service at various of Debtors' former locations; (b) obligations for unpaid compensation and related reimbursable expenses owed to professionals retained by Court orders in the chapter 11 proceedings, and (c) quarterly fees owed to the Office of the United States Trustee for the second quarter of 2014, which fees will not be due until July 30, 2014.

Dated:  June 13, 2014                    PHILIP V. MARTINO, not individually, but solely
                                            as chapter 7 Trustee for the captioned estates

                                         By:    /s/  Christopher Combest
                                                One of his attorneys

Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
FAX: (312) 632-1727
christopher.combest@quarles.com