**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) | Case No. 11-34845 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: Tuesday** |
| | ) | **July 15, 2014** |
| | ) | **Hearing Time: 9:30 a.m.** |

**NOTICE OF MOTION**

Please take notice that on **Tuesday, July 15, 2014, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Second and Final Application of Chapter 11 Trustee for Entry of an Order Authorizing Compensation of Lois West and Popowcer Katten, Ltd., Trustee's Accountants*, at which time and place you may appear as you see fit.

Dated: June 18, 2014                               PHILIP V. MARTINO, as Trustee

                                                   By:___/s/ Philip V. Martino___

Philip V. Martino
Sarah K. Baker
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
christopher.combest@quarles.com
sarah.baker@quarles.com

---

[1] The Debtors in these Chapter 11 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

QB\27679187.1

## CERTIFICATE OF SERVICE

   I, Philip V. Martino, an attorney, hereby certify that on June ____, 2014, I caused the ***Second and Final Application of Chapter 7 Trustee for Entry of an Order Authorizing Compensation of Lois West and Popowcer Katten, Ltd., Trustee's Accountants***, along with the preceding Notice and a proposed Order granting the Application, to be filed electronically, via the Court's CM/ECF System, and thereby to be served upon the parties listed below, to whom the System automatically delivered an electronic copy of each such filing at the following electronic mail addresses:

- Richard A Bixter richard.bixter@hklaw.com
- Alexander F Brougham abrougham@ag-ltd.com
- Christopher M Cahill ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Kurt M Carlson kcarlson@carlsondash.com, knoonan@carlsondash.com
- Mark A Carter mac@ag-ltd.com, lhope@ag-ltd.com
- Carmen D Caruso cdc@cdcaruso.com, sms@cdcaruso.com
- Steven B Chaiken schaiken@ag-ltd.com, lhope@ag-ltd.com
- Rosanne Ciambrone rciambrone@duanemorris.com, jkahane@duanemorris.com
- Faith Dolgin faith.dolgin@illinois.gov
- Jeremy M Downs jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- David R Doyle ddoyle@shawfishman.com
- Devon J Eggert deggert@freeborn.com, bkdocketing@freeborn.com
- Chester H. Foster chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Arlene N Gelman agelman@vedderprice.com
- E. Philip Groben pgroben@cohenandkrol.com, trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
- Aaron L. Hammer ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- Stephanie K. Hor-Chen schen@vedderprice.com, ecfdocket@vedderprice.com
- Danielle Juhle danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Jeremy C Kleinman jkleinman@fgllp.com, ccarpenter@fgllp.com
- Gina B Krol gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
- Richard S Lauter rlauter@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- L Katie Mason kmason@reinhartlaw.com, kmason@reinhartlaw.com
- William J McKenna wmckenna@foley.com, thardy@foley.com;khall@foley.com
- Phillip W. Nelson pnelson@edwardswildman.com, ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
- Mark Page mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
- Lars A Peterson lapeterson@foley.com, khall@foley.com
- Rebecca D. Rosenthal rdr@ag-ltd.com
- Nathan Q. Rugg nrugg@ag-ltd.com, lhope@ag-ltd.com

QB\27679187.1

- Brian L Shaw bshaw100@shawfishman.com, bharrington@shawfishman.com
- David J Simmons ds@greensfelder.com, dmh@greensfelder.com; meg@greensfelder.com; jep@greensfelder.com
- Roman Sukley USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov; cameron.g.gulden@usdoj.gov
- John R Weiss jrweiss@duanemorris.com

Dated:  June 18, 2014                           PHILIP V. MARTINO, as Trustee

                                                By:___/s/ Philip V. Martino__

Philip V. Martino
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

3

QB\27679187.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) | Case No. 11-34845 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: Tuesday** |
| | ) | **July 15, 2014** |
| | ) | **Hearing Time: 9:30 a.m.** |

SECOND AND FINAL APPLICATION OF CHAPTER 11 TRUSTEE FOR
ENTRY OF AN ORDER AUTHORIZING COMPENSATION OF
LOIS WEST AND POPOWCER KATTEN, LTD., TRUSTEE'S ACCOUNTANTS

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $13,650.44 in compensation to Popowcer Katten, Ltd. ("**Popowcer**") for 56.5 hours of accounting services rendered, plus $46.94 in costs, during this Chapter 11. This includes $6,817.00 in compensation already paid for 28.6 hours of services provided. Thus, the additional request is for $6,786.50 for 27.9 hours of services rendered, plus $46.94 in costs.

In support of this Second and Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.  On August 26, 2011, Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

2.  Pursuant to Code §§1107(a) and 1108, the Debtors initially operated their businesses and managed their financial affairs as debtors in possession.

---

[1] The Debtors in these Chapter 11 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC, and RWJ Yorkville, LLC

QB\27679187.1

3. On September 7, 2011, the United States Trustee appointed a committee of unsecured creditors (the "**Committee**"); the United States Trustee appointed additional Committee members on November 10, 2011.

4. On March 27, 2013, upon the motion of the United States Trustee, the Court appointed Philip V. Martino to be the Trustee for the Debtors, thereby taking the Debtors out of possession and placing their assets and businesses under the control of the Trustee.

5. The Debtors owned ten BP-branded retail motor fuel stations and convenience stores, nine located in Illinois in Cook, Du Page, Kendall, Lake, and Will Counties and one located in Lake County, Indiana.

6. On April 17, 2013, retroactive to April 9, 2013, this Court entered an order allowing Trustee to retain Lois West and Popowcer Katten, Ltd. as his accountants (Dkt. No. 760).

7. On July 17, 2013, Trustee sold substantially all of Debtors' assets. *See* Report of Sale (Docket No. 873).

8. Pursuant to agreement with Debtors' secured creditor, $25,000.00 was withheld from the asset sales proceeds to pay Popowcer's fees.

9. This is Popowcer's Second and Final Chapter 11 Fee Application. In the first, it requested, was awarded and has received $6,817.00 in compensation for 28.6 hours of accounting services provided.

10. All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Specifically, Popowcer prepared the Federal and Illinois corporate income tax returns for the year ended December 31, 2013 for RWJ Management Co., Inc. and RWJ

Management Co. II, Inc. An itemized breakdown of services rendered and costs incurred is attached as **Exhibit A**.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A.  Allowing Popowcer total Chapter 11 compensation of $13,650.44 for 56.5 hours of services rendered, plus $46.94 in costs, which includes interim compensation of $6,817.00 for 28.6 hours of services rendered, already awarded and paid. Thus, the new request is for $6,786.50 for 27.9 hours of accounting services rendered in connection with the 2013 federal and state tax returns, plus $46.94 in costs.

B.  Authorizing Trustee to remit payment to Popowcer in the amount requested above; and

C.  For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

**PHILIP V. MARTINO, as Trustee**

By: /s/ Philip V. Martino
Philip V. Martino, Trustee

Philip V. Martino
Sarah K. Baker
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\27679187.1