# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) Case No. 11-34845 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Eugene R. Wedoff |
| | ) Hearing Date: Tuesday |
| | ) July 15, 2014, at 9:30 am |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 15, 2014, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, or any Judge sitting in his place and stead, United States Bankruptcy Judge, in Room 744 of the United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present *Second and Final Fee Application of Quarles & Brady LLP, as Counsel for Philip V. Martino, Chapter 11 Trustee*, a copy of which is herewith served upon you, and at which time and place you may appear as you see fit.

Dated: June 23, 2014                                    PHILIP V. MARTINO, as Trustee


                                                        By:    /s/ Philip V. Martino
                                                               One of his attorneys

Philip V. Martino
Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

---

[1] Debtors in these Chapter 11 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

QB\27563078.1

## CERTIFICATE OF SERVICE

I, Philip V. Martino, an attorney, hereby certify that, on June 23, 2014, I filed, via the Court's CM/ECF System, the following papers:

COVER SHEET FOR APPLICATION FOR QUARLES & BRADY LLP'S SECOND AND FINAL CHAPTER 11 REQUEST FOR PROFESSIONAL COMPENSATION; and

NOTICE OF MOTION AND SECOND AND FINAL FEE APPLICATION OF QUARLES & BRADY LLP, AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 11 TRUSTEE.

The foregoing were served on June 23, 2014, via the Court's CM/ECF System, upon the parties listed below, to whom the System automatically delivered an electronic copy of the foregoing at the following electronic mail addresses:

- Steven A Andersson saa@mickeywilson.com
- Debra Devassy Babu ddevassy@askounisdarcy.com
- Richard A Bixter richard.bixter@hklaw.com
- Ronald J Broida lawyers@broida-law.com, lawyers@broida-law.com
- Alexander F Brougham abrougham@ag-ltd.com
- Christopher M Cahill ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Kurt M Carlson kcarlson@carlsondash.com, knoonan@carlsondash.com
- Mark A Carter mac@ag-ltd.com, lhope@ag-ltd.com
- Carmen D Caruso cdc@cdcaruso.com, sms@cdcaruso.com
- Steven B Chaiken schaiken@ag-ltd.com, lhope@ag-ltd.com
- Rosanne Ciambrone rciambrone@duanemorris.com, jkahane@duanemorris.com
- Alex Darcy adarcy@askounisdarcy.com
- Michael W Debre mdebre@askounisdarcy.com
- Faith Dolgin faith.dolgin@illinois.gov
- Jeremy M Downs jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- David R Doyle ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Devon J Eggert deggert@freeborn.com, bkdocketing@freeborn.com

2

- Chester H. Foster chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Arlene N Gelman agelman@vedderprice.com
- E. Philip Groben pgroben@cohenandkrol.com, trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
- Aaron L. Hammer ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- Roger J. Higgins rhiggins@rogerhigginslaw.com
- Stephanie K. Hor-Chen schen@vedderprice.com, ecfdocket@vedderprice.com
- Danielle Juhle danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Jeremy C Kleinman jkleinman@fgllp.com, ccarpenter@fgllp.com
- Gina B Krol gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
- Richard S Lauter rlauter@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- L Katie Mason kmason@reinhartlaw.com, kmason@reinhartlaw.com
- William J McKenna wmckenna@foley.com, thardy@foley.com;khall@foley.com
- Phillip W. Nelson pnelson@edwardswildman.com, ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
- Mark Page mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
- Lars A Peterson lapeterson@foley.com, khall@foley.com
- Rebecca D. Rosenthal rdr@ag-ltd.com
- Nathan Q. Rugg nrugg@ag-ltd.com, lhope@ag-ltd.com
- Brian L Shaw bshaw100@shawfishman.com, bharrington@shawfishman.com
- David J Simmons ds@greensfelder.com, dmh@greensfelder.com;meg@greensfelder.com;jep@greensfelder.com;tmf@greensfelder.com
- Roman Sukley USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov

3

QB\27563078.1

- John R Weiss jrweiss@duanemorris.com

DATED:  June 23, 2014                QUARLES & BRADY LLP


/s/  Philip V. Martino

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) | Case No. 11-34845 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Tuesday |
| | ) | July 15, 2014, at 9:30 am |

**SECOND AND FINAL FEE APPLICATION OF QUARLES & BRADY LLP,
AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 11 TRUSTEE**

Quarles & Brady LLP, as counsel for Philip V. Martino, Chapter 11 trustee ("**Q&B**"), pursuant to Bankruptcy Code Section 330, hereby submits this Second and Final Fee Application (the "**Final Application**"), relating to services rendered and expenses incurred from July 1, 2013 through May 26, 2014. In this Final Application, Q&B requests total Chapter 11 compensation of $642,428.50 for 1,475.40 hours of services rendered, plus $8,011.95 in costs. These amounts include $411,119.00 in interim compensation for 931.5 hours of services rendered, plus $5,453.65 for costs incurred, during the period covered by the First Interim Application Period, both of which have been paid. During the Application Period, (as defined below) Q&B performed 543.9 hours of services for which it seeks compensation of $231,309.50.

1.      On August 26, 2011, Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

2.      Pursuant to Code §§1107(a) and 1108, the Debtors initially operated their businesses and managed their financial affairs as debtors in possession.

---

[1] Debtors in these Chapter 11 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

QB\27563078.1

3.   On September 7, 2011, the United States Trustee appointed a committee of unsecured creditors (the "**Committee**"); the United States Trustee appointed additional Committee members on November 10, 2011.

4.   On March 27, 2013, upon the motion of the United States Trustee, the Court appointed Philip V. Martino to be Debtors' Chapter 11 Trustee, thereby taking the Debtors out of possession and placing their assets and businesses under the control of Trustee.

5.   On May 27, 2014, this Court entered its order converting theses cases to Chapter 7 (Docket No. 1070), Trustee has been appointed chapter 7 trustee. Currently pending is Trustee's motion to extend the retention of most Chapter 11 professionals (including Q&B) to the Chapter 7 period.

6.   On April 17, 2013, the Court entered an Order allowing the retention of Quarles & Brady LLP as attorneys for Trustee, retroactive to March 25, 2013.

7.   Consistent with this Court's Amended Order Establishing Procedure (Dkt. No. 759), Trustee filed the following monthly fee statements (each a "**Monthly Statement**"):

| Period | Dkt. No. | Hours | Fees Requested | Expenses |
|---|---|---|---|---|
| March/April 2013 | 792 | 395.3 | $186,166.50 | $227.22 |
| May 2013 | 830 | 293.4 | $123,473.50 | $169.06 |
| June 2013 | 858 | 242.6 | $101,410.50 | $5,057.37 |
| July 2013 | 896 | 221.9 | $89,442.00 | $648.87 |
| August 2013 | 941 | 39.7 | $19,83.00 | $150.44 |
| September 2013 | 958 | 15.2 | $7,695.00 | $0.00 |
| October 2013 | 965 | 7.9 | $4,134.50 | $14.75 |

2

QB\27563078.1

8. Q&B hereby submits this Final Chapter 11 Interim Fee Application for services rendered and reimbursement of expenses incurred during the period from July 1, 2013 through May 26, 2014 (the "**Application Period**").

9. During this Chapter 11, Q&B performed the following professional services for Trustee:

1. **PROFESSIONAL RETENTION**

During the First Interim Application Period, Q&B expended 47.4 hours in connection with retaining Trustee's Chapter 11 professionals, (Convenience Management Services; Popowcer Katten, Ltd. as accountants for Trustee; and Q&B as counsel), and continuing the retention of Chapter 11 estate professionals (Campbell, Matrix). In connection therewith, it requested interim compensation of $19,226.00. Copies of the time detail were attached to each Monthly Statement as Exhibit A-1. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 15.2 |
| Philip V. Martino[2] | 1.7 |
| Sarah K. Baker | 30.0 |
| Colleen A. Greer | .5 |

**During the instant Application Period**, Q&B expended .9 hours in connection with these matters, for which it requests additional compensation of $400.50. Copies of the time detail are attached as **Composite Exhibit (A)(1)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | .5 |
| Sarah K. Baker | .4 |

2. **CLAIMS**

During the Application Period, Q&B expended 7.3 hours in connection with tax and related claims issues. In connection therewith, Q&B requested interim compensation of $2,518.50. Copies of the time detail were attached to each Monthly Statement as **Exhibit A-2**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 7.3 |

---

[2] Excludes Mr. Martino's work as Trustee.

3

QB\27563078.1

**During the instant Application Period**, Q&B expended 7.0 hours in connection with these matters, for which it requests additional compensation of $3,435.00. Copies of the time detail are attached as **Composite Exhibit (A)(2)**. A summary is as follows:

| NAME | HOURS |
| --- | --- |
| Christopher Combest | 6.0 |
| Sara A. Cooper | 1.0 |

3. ASSETS

During the First Interim Application Period, Q&B expended 347.7 hours in connection with the auction and sale of substantially all of Debtors' assets (the sale closed on July 17, 2013). In connection therewith, Q&B requested interim compensation of $143,826.50. Copies of the time detail were attached to each Monthly Statement as Exhibit A-3. A summary is as follows:

| NAME | HOURS |
| --- | --- |
| Christopher Combest | 152.3 |
| Theodore I. Yi | 16.1 |
| Sarah K. Baker | .8 |
| Lauren Nachinson Beslow | 3.8 |
| Sara A. Cooper | 38.6 |
| Eric J. Fuglsang | 3.9 |
| Nathan R. Mathews | 97.8 |
| Melissa A. McCord | 34.4 |

During the instant Application Period, Q&B expended 195.9 hours in connection with closing and post closing matters, for which it requests additional compensation of $74,824.50. Copies of the time detail are attached as **Composite Exhibit (A)(3)**. A summary is as follows:

| NAME | HOURS |
| --- | --- |
| John T. Barry | .6 |
| Theodore I. Yi | 8.9 |
| Nathan R. Mathews | 45.4 |
| Christopher Combest | 67.9 |
| Melissa A. McCord | 16 |
| Sara A. Cooper | 57.1 |

4. GENERAL

During the First Interim Application Period, Q&B expended 71.0 hours in connection with numerous small matters related to the overall administration of these twelve estates including an IDOT settlement, court agendas, hearing on multiple matters, resolving US Trustee fee issues, and attending to monthly operating reports. In connection therewith, Q&B requested interim

4

compensation of $35,750.00. Copies of the time detail were attached to each Monthly Statement as Exhibit A-4. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 66.7 |
| Sarah K. Baker | 2.3 |
| Tina M. Budzisz | .8 |
| Nathan R. Mathews | 1.2 |

**During the instant Application Period**, Q&B expended 37.0 hours in connection with these matters, for which it requests additional compensation of $18,714.00. Copies of the time detail are attached as **Composite Exhibit (A)(4)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 33.2 |
| Sarah K. Baker | 3.5 |

5.  BUSINESS ADMINISTRATION

During the First Interim Application Period, Q&B expended 0.0 hours in connection with these issues.

**During the instant Application Period**, Q&B expended 1.4 hours in connection with these matters, for which it requests interim compensation of $721.00. Copies of the time detail are attached **Exhibit A(5)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 1.4 |

6.  EMPLOYEE MATTERS

During the First Interim Application Period, Q&B expended 18.8 hours in connection with employee matters, including WARN Act, severance, priority/unsecured issues, and retention bonuses. In connection therewith, Q&B requested interim compensation of $9,216.00. Copies of the time detail were attached to each Monthly Statement as Exhibit A-6. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 12.0 |
| Tracy L. Bradford Farley | 6.0 |
| Sarah K. Baker | .8 |

7.  ENVIRONMENTAL ISSUES

During the First Interim Application Period, Q&B expended 77.1 hours in connection with numerous environmental issues integral to Trustee's sale of Debtors' assets. In connection

5

QB\27563078.1

therewith, Q&B requested interim compensation of $37,137.50. Copies of the time detail were attached to each Monthly Statement as Exhibit A-7. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 8.1 |
| Janine M. Landow-Esser | 44.6 |
| Adam T. Margolin | 12.6 |
| Michael S. Mostow | 11.8 |

**During the instant Application Period**, Q&B expended 9.5 hours in connection with these matters, for which it requests additional compensation of $2,995.50. Copies of the time detail are attached as **Composite Exhibit (A)(6)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Janine Landow-Esser | 4.2 |
| Michael S. Mostow | 1.5 |

### 8. EXECUTORY CONTRACTS AND LEASES

During the First Interim Application Period, Q&B expended 58.3 hours to address issues related to the estates' executory contracts and real estate leases, primarily in connection with the asset sale process. In connection therewith, Q&B requested interim compensation of $24,941.50. Copies of the time detail were attached to each Monthly Statement as Exhibit A-8. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 28.4 |
| Lauren Nachinson Beslow | 29.9 |

**During the instant Application Period**, Q&B expended 8.4 hours in connection with these matters, for which it requests additional compensation of $4,326.00. Copies of the time detail are attached as **Composite Exhibit (A)(7)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 8.4 |

### 9. PROFESSIONAL COMPENSATION

During the First Interim Application Period, Q&B expended 19.8 hours in connection with the payment of estate professionals, including Trustee, Committee counsel, Q&B, Matrix and Campbell. In connection therewith, Q&B requested interim compensation of $9,877.00. Copies of the time detail were attached as to each Monthly Statement Exhibit A-9. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 7.1 |
| Philip V. Martino | 8.9 |
| Sarah K. Baker | 3.1 |
| Colleen A. Greer | .7 |

**During the instant Application Period**, Q&B expended 218.2 hours in connection with these matters, for which it requests additional compensation of $90,537.50. **Almost all of this time was incurred in connection with the Committee's motion to disgorge certain compensation paid to CMSI (Dkt. No. 969).** Copies of the time detail are attached as **Composite Exhibit (A)(8)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 14.6 |
| Christopher Combest | 89.1 |
| Sarah K. Baker | .5 |
| Colleen A. Greer | .5 |
| Lauren N. Beslow | 70.8 |
| Daniel Kemper | 21.4 |
| Susan A. Malone | 21.3 |

**10.    FUEL SUPPLY**

During the First Interim Application Period, Q&B expended 121.0 hours in connection with negotiating, drafting and obtaining Court approval of a new fuel supply agreement that saved hundreds of thousands of dollars in fuel costs, and laid the groundwork for the sale of Debtors' assets to the new fuel supply company. In connection therewith, Q&B requested interim compensation of $58,690.00. Copies of the time detail were attached to each Monthly Statement as Exhibit A-10. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 51.2 |
| Christopher T. DeMent | 16.9 |
| Daniel L. Muchow | 44.8 |
| Lauren Nachinson Beslow | 8.1 |

**11.    ILLINOIS STATE COURT APPEAL (NO. 13-719)**

During the First Interim Application Period, Q&B expended 14.9 hours to evaluate Debtors' pending appeal of an adverse state court decision and requested interim compensation of $8,863.50. Copies of the time detail were attached to each Monthly Statement as Exhibit A-11. A summary is as follows:

7

QB\27563078.1

| NAME | HOURS |
|---|---|
| Faye B. Feinstein | 11.9 |
| Christopher Combest | 3.0 |

## 12. DISTRICT COURT APPEAL (NO. 13-cv-1638)

During the First Interim Application Period, Q&B expended 7.9 hours to evaluate Debtors' pending appeal of this Court's refusal to allow Debtors to separate use restrictions from leases and deeds and requested interim compensation of $4,558.50. Copies of the time detail were attached to each Monthly Statement as Exhibit A-12. A summary is as follows:

| NAME | HOURS |
|---|---|
| Faye B. Feinstein | 4.9 |
| Christopher Combest | 3.0 |

## 13. JOBBERS ADVERSARY NO. 11-02358

During the First Interim Application Period, Q&B expended 14.4 hours to evaluate Debtors' pending adversary proceeding against its fuel supplies and BP regarding alleged overcharges during the bankruptcy and violations of the automatic stay by applying post-petition sales proceeds to pre-petition amounts due. In connection therewith, Q&B requested interim compensation of $8,636.00. Copies of the time detail were attached to each Monthly Statement as Exhibit A-13. A summary is as follows:

| NAME | HOURS |
|---|---|
| Faye B. Feinstein | 12.2 |
| Christopher Combest | 2.2 |

**During the instant Application Period,** Q&B expended 6.6 hours in connection with these matters, for which it requests additional compensation of $3,869.00. Copies of the time detail are attached as **Composite Exhibit (A)(9)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Faye B. Feinsten | 4.7 |
| Christopher Combest | 1.9 |

## 14. FINANCING/CASH COLLATERAL

During the First Interim Application Period, Q&B expended 13.0 hours in connection with cash collateral budgets and orders, and draws on the estates' post-petition line of credit. In connection therewith, Q&B requested interim compensation of $6,695.00. Copies of the time detail were attached as to each Monthly Statement Exhibit A-14. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 13.0 |

**During the instant Application Period**, Q&B expended 50.3 hours in connection with these matters, for which it requests additional compensation of $26,374.50. Copies of the time detail are attached as **Composite Exhibit (A)(10)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 50.3 |

15.  **GOVERNANCE**

During the First Interim Application Period, Q&B expended 61.8 hours attending to details necessitated by having twelve debtors operating ten heavily regulated business locations in two states. In connection therewith, Q&B requested interim compensation of $16,832.00. Copies of the time detail were attached as to each Monthly Statement Exhibit A-15. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 2.5 |
| Debra A. Millinowisch | 13.3 |
| Elizabeth A. Orelup | 3.0 |
| Susan T. Lapinski | 2.3 |
| Tonya Vachirasomboon | 40.7 |

**During the instant Application Period**, Q&B expended 2.3 hours in connection with these matters, for which it requests additional compensation of $680.50. Copies of the time detail are attached as **Composite Exhibit (A)(110)**. A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | .5 |
| Debra A. Millinowisch | 1.8 |

16.  **PLANS/DISCLOSURE STATEMENTS**

During the First Interim Application Period, Q&B expended 0.0 hours in connection with these issues.

**During the instant Application Period**, Q&B expended 8.6 hours in connection with these matters, for which it requests additional compensation of $4,431.00. Copies of the time detail are attached as **Composite Exhibit (A)(12)**. A summary is as follows:

9

| NAME | HOURS |
|---|---|
| Christopher Combest | 8.6 |

## 17.  COSTS

During the First Interim Application Period, Q&B advanced costs of $5,435.65 for copy charges (at 10¢ per page), messengers, car rental fees, conference calls, Pacer charges, and filing fees. Details regarding these costs were attached to each Monthly Statement as Exhibit A-16.

**During the Application Period**, Q&B advanced additional costs of $2,558.30 primarily for copy charges (at 10¢ per page), deposition transcripts, overnight delivery, and Pacer charges. Details regarding these costs are attached as **Composite Exhibit (A)(13)**.

10.    In summary, the following Q&B personnel worked the following hours during the entire Chapter 11 Period.

| NAME | HOURS | TOTAL FEES |
|---|---|---|
| Adam T. Margolin | 12.6 | $3,339.00 |
| Christopher Combest | 661.4 | 342,072.00 |
| Colleen A. Greer | 1.7 | 297.50 |
| Christopher T. DeMent | 16.9 | 7,351.50 |
| Daniel W. Kemper | 21.8 | 4,708.00 |
| Daniel L. Muchow | 44.8 | 22,176.00 |
| Debra A. Millinowisch | 15.1 | 3,548.50 |
| Elizabeth A. Orelup | 3.0 | 1,500.00 |
| Eric J. Fuglsang | 3.9 | 1,696.50 |
| Faye B. Feinstein | 33.7 | 20,725.50 |
| John T. Barry | .6 | 240.00 |
| Janine M. Landow-Esser | 57.0 | 30,780.00 |
| Lauren N. Beslow | 112.6 | 40,263.00 |
| Michael S. Mostow | 13.3 | 6,450.50 |
| Melissa A. McCord | 50.4 | 12,852.00 |
| Nathan R. Mathews | 157.6 | 55,948.00 |
| Paula A. Fedor | .7 | 147.00 |
| Philip V. Martino | 25.2 | 14,446.00 |
| Rob Gamrath | .3 | 147.00 |
| Sarah K. Baker | 49.7 | 16,876.00 |
| Sara A. Cooper | 96.7 | 24,694.50 |
| Susan A. Malone | 21.3 | 4,686.00 |
| Susan T. Lapinski | 2.3 | 540.50 |
| Tracy L. Brandford Farley | 6.0 | 2,760.00 |

10

QB\27563078.1

| | | |
|---|---|---|
| Tina M. Budzisz | .8 | 180.00 |
| Tonya Vachirasomboon | 40.7 | 10,378.50 |
| Theodore I. Yi | 25.0 | 13,625.00 |

11. Brief biographies of the Q&B personnel (including billing rates) who have performed services in connection with this estate are attached as **Exhibit B**. Trustee's Affidavit in Support of this Application is attached as **Exhibit C**.

12. As of May 27, 2014, (the date the case converted to Chapter 7) Trustee held $285,927.61 attributable to carve outs from the secured creditor from the sale of substantially all of Debtors' assets. This amount is after paying all known Chapter 11 trade debt and all Chapter 11 professional compensation allowed through conversion.

13. As no Chapter 11 professionals of these estates have allocated time among the twelve estates, Q&B has attempted no such allocation. To be sure, any allocation would be artificial given that almost all of the services rendered were essentially equally divided between the two operating debtors.

14. Debtors' secured creditor was grossly undersecured. Nonetheless, pursuant to its agreement with the Committee and Trustee, substantial sums were remitted to Trustee to pay administrative expenses and, if and when they are satisfied, unsecured creditors. Much of the background for that arrangement is included in Motion to Enforce Final DIP Financing Order (Docket No. 1036) and embodied in this Court's (Docket No. 1062) resolving same.

15. Trustee, Q&B ("**Q&B**") and Committee counsel (Freeborn & Peters) have agreed to subordinate payment of a substantial amount of the unpaid balance due them to all Chapter 11 trade debt. Specifically, Trustee has agreed to subordinate $35,380.80 for 46.8 hours of services rendered since November 1, 2013. Q&B has agreed to subordinate $110,454.50 for 258.1 hours

QB\27563078.1

of services rendered since November 1, 2013. Freeborn has agreed to subordinate $114,663.50 for all 270.9 hours of services rendered as counsel to the Committee since November 1, 2013.

16.   As stated above, Trustee currently holds $285,927.61 after paying all known Chapter 11 trade debt except disputed amounts asserted by Commonwealth Edison and fees owed, but not yet due, to the Office of the United States Trustee. Assuming the final Chapter 11 fee applications of Trustee, Q&B and Freeborn (as Committee counsel) are allowed in the requested amounts, they request the following additional payments (total Chapter 11 fees; less interim fees already paid; subordinated Chapter 11 fees):

| | | | | |
|---|---|---|---|---|
| Trustee: | $8,154.60 | ($306,114.60 | - $262,578.10 | - $35,380.80) |
| Q&B: | $15,806.50 | ($642,428.50 | - $516,167.50 | - $110,454.50) |
| Freeborn | $10,857.41 | ($741,248.50 | - $615,727.59 | - $114,663.50) |

17.   Q&B reserves the right to correct, amend or supplement this Final Application in response to objections or the posting of late entered time or expense data.

**WHEREFORE**, Q&B requests that this Court enter an order allowing it Final Chapter 11 compensation of $642,428.50 in fees plus $8,011.95 in costs, which includes $411,119.00 in fees and $5,453.65 in costs already paid for the period covered by the First Interim Application, and for such further relief as is reasonable and just. Q&B has agreed to

[Balance of page intentionally left blank]

voluntarily subordinate payment of $110,454.50 in fees for 258.1 hours of services rendered from November 1, 2013, to May 26, 2014, to assure payment in full to Chapter 11 trade debt.

Dated: June 23, 2014                                  PHILIP V. MARTINO, as Trustee

                                                      By:    /s/ Philip V. Martino
                                                             One of his attorneys

Philip V. Martino
Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

13

QB\27563078.1