# FILED

MAR 3 1 2015

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    )
                                                          )
                                                          )
                                                          )        Case No. 11 B 34845
RWJ MANAGEMENT CO., INC., et al,                          )
                                                          )
                                                          )
                                                          )        Chapter 7
                                                          )
           Debtors.                                       )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING
APPLICATION OF FREEBORN & PETERS, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $109,127.50 | TOTAL COSTS REQUESTED: | $3,132.49 |
| TOTAL FEES REDUCED: | $2,390.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $106,737.50 | TOTAL COSTS ALLOWED: | $3,132.49 |

**TOTAL FEES AND COSTS ALLOWED: $109,869.99**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)     Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(5)     Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i).  Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services.  If found in the record, such duplication shall be disallowed by the court as unnecessary.").  It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(12)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing.  Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated:  March 31, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

3                                    March 10, 2015

| | | | |
|---|---|---|---|
| Jun 3, 2014 | ELJ | Draft notices of dismissal of adversary proceedings for City Beverage and Euclid (0.2); telephone conference with and e-mail correspondence to Chrissy Chappel of Baytree Bank regarding statement and check request (0.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1). | 0.40 |
| Jun 10, 2014 | DJE | Telephone conference with Stephanie Hor-Chen regarding information for transfers listed in Berezny complaint (0.1); conferences with Jackie Hazdra regarding same (0.2); review transfer information for same (0.4); e-mail correspondence to Chrissy Chapel at Baytree Bank regarding missing information that was requested based upon same (0.1); e-mail correspondence to Stephanie Hor-Chen regarding requested transfer information (0.2). | 1.00 |
| Jun 10, 2014 | JEH | Sort and review account statements and checks for RWJ Management Co., Inc. and RWJ Management Co., Inc. II for checks paid to Louise Berezny (3.1); conferences with Devon Eggert regarding same (0.2). | 3.30 _–. 2 hrs_ |
| Jun 11, 2014 | ELJ | Review Baytree bank statements for RWJ I, RWJ II, and RWJ Downers Grove in connection with Berezny avoidance action (0.5); telephone conference with Chrissy Chappel regarding additional requests for bank statements and proof of certain ACH transfer (0.2); e-mail correspondence to Chrissy Chappel regarding same (0.1). | 0.80 |
| Jun 11, 2014 | JEH | Review account statements and checks for RWJ Management Co., Inc. II for November 2010 - January 2011 statements (0.3); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.40 |
| Jun 16, 2014 | ELJ | Review Baytree bank statements in connection with back-up documentation for preference action against Louise Berezny (0.1). | 0.10 |
| Jun 16, 2014 | DJE | Telephone conference with Arlene Gelman (counsel for Berezny) regarding potential settlement (0.2). | 0.20 |

_–40.00_

6                                    March 10, 2015

| Jul 7, 2014 | ELJ | Revise affidavit in support of motion for default judgment against Hayes (0.1); finalize motion for default judgment (0.2); review RWJ Enterprises motion to dismiss and complaint relating to same (0.8); conferences with Devon Eggert to discuss ⑤ strategy for response to same (0.9); begin reviewing cases cited by RWJ Enterprises in motion to dismiss (1.2); research definition of an "asset" under UFTA in connection with same (0.6). | 3.80 *−.9 hrs* |
| Jul 7, 2014 | KCS | Draft notice of motion for motion for default and default judgment (0.2); file same (0.1); file summons service executed (0.1); (.2) | 0.40 *−.20 hrs* |
| Jul 7, 2014 | RSL | Telephone conference with Jeremy Kleinman regarding Frito Lay preference action (0.2). | 0.20 |
| Jul 8, 2014 | DJE | Telephone conference with Arlene Gelman (counsel for Berezny) regarding potential settlement (0.1); e-mail correspondence to Phil Martino regarding same (0.1); telephone conference with Phil Martino regarding same (0.1); conferences with Richard Lauter regarding preference statuses (0.2). | 0.50 |
| Jul 8, 2014 | RSL | Conference with Devon Eggert regarding settlement of Berezny complaint (0.2); review open items relating to same (0.3). | 0.50 |
| Jul 9, 2014 | DJE | Review and prepare for hearing on presentment of RWJ Enterprises motion to dismiss complaint (0.3); conference with Elizabeth Janczak regarding same (0.1); attend same (0.8); telephone conference with Phil Martino regarding potential Berezny settlement (0.2); telephone conferences with Arlene Gelman regarding same (0.3); multiple e-mail correspondence with Phil Martino regarding same (0.1); review initial research for preparing response to RWJ Enterprises motion to dismiss (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 2.10 |

*−220.00*

7                              March 10, 2015

| Jul 9, 2014 | ELJ | Conference with Devon Eggert regarding RWJ Enterprises motion to dismiss and response deadlines (0.1); review case law cited in RWJ Enterprises motion to dismiss (0.4); research case law relating to same including Rule 9(b) standard as applicable to actual and constructive fraud and pleading standard for trustee relating to unknown information including transfers (2.9); draft summary of research findings (0.5). | 3.90 −.10 |
| Jul 10, 2014 | ELJ | Research case law regarding standard for pleading insolvency in fraudulent transfer context (0.4); e-mail correspondence to Devon Eggert summarizing same (0.1). | 0.50 |
| Jul 10, 2014 | DJE | Conference with Richard Lauter regarding status of all avoidance actions (0.3); telephone conference with Herman Bodewes regarding proof of service of complaint on Hayes Beer (0.1). | 0.40 |
| Jul 10, 2014 | RSL | Multiple e-mail correspondence with Roger Higgins regarding Coremark preference action (0.3); telephone conference with Roger Higgins regarding same (0.4); conference with Devon Eggert regarding status of preference action (0.3).] | 1.00 −.3 hrs |
| Jul 11, 2014 | ELJ | Telephone conference with Devon Eggert regarding Core-Mark preference analysis and possible settlement (0.1); review Debtors' QuickBooks information in connection with settlement evaluation (1.3). | 1.40 |
| Jul 11, 2014 | DJE | Review Core-Mark ordinary course of business analysis in connection with potential settlement discussions (0.3); telephone conference with Elizabeth Janczak regarding same (0.1); review Superior Beverage defense analysis information (0.4); e-mail correspondence to Bernard Weiler (counsel for Superior Beverage) regarding same (0.1). | 0.90 −.1 hrs |
| Jul 14, 2014 | ELJ | Telephone conferences with Devon Eggert regarding Core-Mark preference defenses (0.3); review QuickBooks information relating to same (0.9); e-mail correspondence to Devon Eggert summarizing objectionable post-petition transfers (0.3). | 1.50 |

−100.00

8                                    March 10, 2015

| | | | |
|---|---|---|---|
| Jul 14, 2014 | DJE | Prepare status chart for July 15 hearing on avoidance actions (0.4); conference with Richard Lauter regarding same (0.2); review additional information for Core-Mark settlement discussions (0.4); telephone conferences with Elizabeth Janczak regarding same (0.3); e-mail correspondence to Richard Lauter regarding same (0.2). | 1.50 <br> − .3 |
| Jul 14, 2014 | JEH | Draft adversary action status chart (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 |
| Jul 14, 2014 | RSL | Conference with Devon Eggert regarding July 15th hearing (0.2); e-mail correspondence with Roger Higgins regarding Coremark preference action (0.6). | 0.80 <br> −.20 |
| Jul 15, 2014 | DJE | Conference with Richard Lauter regarding July 15 hearing on avoidance actions (0.2); review and revise draft dismissal orders for Euclid Beverage and City Beverage (0.1). | 0.30 |
| Jul 15, 2014 | JEH | Conference with Richard Lauter regarding submission of voluntary orders of dismissal for adversary proceedings against Euclid Beverage LLC and City Beverage LLC (0.1); draft same (0.5); e-mail correspondence to Devon Eggert regarding same (0.1); telephone conference with Judge Wedoff's chambers regarding same (0.1): submit same to Judge Wedoff's chambers via e-mail correspondence (0.1). | 0.90 |
| Jul 15, 2014 | RSL | Conference with Roger Higgins regarding Coremark preference action (0.3); court appearance before Judge Wedoff regarding status on adversaries (0.8); preparation for July 15th court hearing regarding status of adversaries and conference with Phil Martino regarding same (0.6); conference with Jacqueline Hazdra regarding submission of adversary orders (0.1); conference with Devon Eggert regarding July 15th hearing (0.2). | 2.00 <br> −.20 |
| Jul 16, 2014 | DJE | Multiple e-mail correspondence with Phil Martino regarding status of avoidance actions (0.2). | 0.20 |

−140.00

9                                    March 10, 2015

| | | | |
|---|---|---|---|
| Jul 17, 2014 | ELJ | Review final fee application and correspondence from Trustee to reconcile Trustee's records versus F&P's in connection with final payment on fee application (0.3). | 0.30 |
| Jul 18, 2014 | RSL | Review of Coremark settlement proposal (0.2); multiple e-mail correspondence and telephone conference with Roger Higgins regarding the same (0.3). | 0.50 |
| Jul 21, 2014 | DJE | Begin drafting response to Enterprises motion to dismiss complaint (0.4); additional research for same (0.9); review and revise draft Berezny settlement agreement (0.3); telephone conferences with Elizabeth Janczak regarding preference settlements (0.1); telephone conferences with Elizabeth Janczak regarding RWJ Enterprises' motion to dismiss (0.1). | 1.80 |
| Jul 21, 2014 | ELJ | Telephone conferences with Devon Eggert regarding Core-Mark and Berezny settlement agreements and motions to approve same (0.1); draft Core-Mark and Louise Berezny settlement agreements (0.2); draft omnibus motion to approve Berezny, Core-Mark, and Kozol settlements (1.5); draft proposed order for same (0.1); telephone conference with Devon Eggert regarding response to RWJ Enterprises' motion to dismiss and evidence of insolvency for same (0.1). | 2.00 |
| Jul 22, 2014 | DJE | Continue drafting response to Enterprises motion to dismiss (1.2); additional factual and legal research for same (3.3); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.4). | 4.90 |
| Jul 22, 2014 | ELJ | Review debtors' QuickBooks data in connection with insolvency analysis relating to RWJ Enterprises' motion to dismiss (2.1); multiple e-mail correspondence with Devon Eggert regarding same (0.4); review and revise Rule 9019 motion to settle avoidance actions (1.3); review agreed order with lenders in connection with same (0.1); revise proposed order for same (0.1); revise Berezny settlement agreement (0.1). | 4.10 |

— .2

(5)

−46.00

10                                      March 10, 2015

| Jul 22, 2014 | RSL | Multiple e-mail correspondence with Roger Higgins regarding settlement of Coremark preference action (0.5). | 0.50 |
| Jul 23, 2014 | ELJ | Telephone conferences with Devon Eggert regarding additional research for response to motion to dismiss RWJ Enterprises complaint (0.2); research case law for same, including rebates as property of the estate and third party transfer concerns (1.9); review financial documents provided by BMO in connection with open items in RWJ Enterprises adversary (0.9). | 3.00 |
| Jul 23, 2014 | DJE | Telephone conferences with Elizabeth Janczak regarding open items for response to RWJ Enterprises motion to dismiss (0.2); review additional research on same (0.1); additional research for same (1.3). | 1.60 |
| Jul 23, 2014 | RSL | Multiple e-mail correspondence with Roger Higgins regarding settlement of Core Mark preference action (0.3). | 0.30 |
| Jul 24, 2014 | ELJ | Review documents produced by lender relating to RWJ Enterprises complaint and motion to dismiss, including information regarding transfers and financial condition (3.3); conferences with Devon Eggert regarding same (0.6); draft and revise spreadsheet combining RWJ entities' balance sheets for same (0.7). | 4.70 |
| Jul 24, 2014 | DJE | Review additional RWJ records in possession of lender for purposes of responding to Enterprises motion to dismiss (2.1); conferences with Elizabeth Janczak regarding same (0.6); finalize draft of response to Enterprises motion to dismiss (4.6); additional legal research for same (4.1). | 11.40 ⟲ -.6 |
| Jul 28, 2014 | ELJ | Review RWJ Enterprises bank statements obtained in informal discovery (0.3); conference with Jacqueline Hazdra regarding same (0.2); review spreadsheet of fraudulent transfers to RWJ Enterprises (0.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1). | 0.70 |

-120.00

11                                        March 10, 2015

| Date | Initials | Description | Hours |
|---|---|---|---|
| Jul 28, 2014 | JEH | Conference with Elizabeth Janczak regarding review of RWJ Enterprises bank statements and preparation of chart regarding deposits (0.2); prepare chart (3.9). | 4.10 _-·20_ |
| Jul 28, 2014 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding debtors' financial documents (0.1); preliminary review of same (0.2). | 0.30 |
| Jul 29, 2014 | ELJ | Telephone conference with Devon Eggert regarding transfers from RWJ Enterprises to insiders and motion to dismiss RWJ Enterprises complaint (0.2); review and revise response to motion to dismiss and prepare group exhibit to same (0.7). | 0.90 |
| Jul 29, 2014 | DJE | Finalize draft response to Enterprises motion to dismiss (0.3); telephone conference with Elizabeth Janczak regarding same (0.2); review draft exhibit for same (0.1). | 0.60 |
| Jul 29, 2014 | JEH | E-mail correspondence to Elizabeth Janczak regarding RWJ Enterprises bank statements and preparation of chart regarding cancelled checks (0.1); prepare chart for same (3.5). | 3.60 |
| Jul 30, 2014 | ELJ | Finalize response to RWJ Enterprises motion to dismiss and exhibit to same (0.2); review RWJ Enterprises payment history in connection with fraudulent transfer analysis (0.5); multiple e-mail correspondence with Devon Eggert regarding adversary chart (0.2). | 0.90 |
| Jul 30, 2014 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding status chart of all open avoidance actions (0.2); preliminary review of same (0.1); review and revise draft Berezny settlement agreement in response to Berezny comments to same (0.3); e-mail correspondence to Arlene Gelman and Stephanie Hor-Chen regarding same (0.1). | 0.70 |

_-40.00_

12                                    March 10, 2015

| | | | |
|---|---|---|---|
| Jul 30, 2014 | JEH | Redact account numbers from exhibit to response to motion to dismiss (0.5); e-mail correspondence to Elizabeth Janczak regarding same (0.1); draft notice of filing and certificate of service regarding same (0.2); file same (0.1); continue review of RWJ Enterprises bank statements and preparation of chart regarding cancelled checks (1.3); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 2.30  −.10 |
| Jul 31, 2014 | ELJ | Draft status chart of adversary cases filed by Trustee (0.1). | 0.10 |
| Jul 31, 2014 | DJE | Multiple e-mail correspondence with Stephanie Hor-Chen (counsel for Berezny) regarding terms of settlement agreement and motion to approve same (0.2); update avoidance action status chart (0.2); multiple e-mail correspondence to Elizabeth Janczak regarding same (0.2); e-mail correspondence to Bernard Weiler (counsel for Superior Beverage) regarding defense analysis and potential settlement (0.1). | 0.70 |
| Aug 1, 2014 | ELJ | Telephone conference with Jeremy Kleinman regarding Frito-Lay's preference defense analysis (0.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 |
| Aug 1, 2014 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding Frito-Lay action and asserted defenses (0.1); prepare summary of avoidance actions for Phil Martino (0.4); review pleadings and correspondence for same (0.3); multiple e-mail correspondence with Phil Martino regarding same (0.1). | 0.90 |
| Aug 1, 2014 | JEH | Pull check copies from RWJ Management I to Frito Lay for June 1, 2011 and July 31, 2011 (0.3); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.40 |
| Aug 1, 2014 | RSL | Review open items regarding Hayes Beer adversary complaint (0.3); review of chart regarding status of avoidance actions (0.5). | 0.80 |
| Aug 4, 2014 | DJE | Review and revise draft Coremark settlement agreement (0.2); e-mail correspondence to Phil Martino regarding same (0.1). | 0.30 |

−20.00

13                              March 10, 2015

| | | | |
|---|---|---|---|
| Aug 4, 2014 | TRF | Review and analyze issues concerning RWJ avoidance actions and RWJ Enterprises motion to dismiss (0.4). | 0.40 |
| Aug 5, 2014 | DJE | Revise draft motion to approve avoidance action compromises (1.4); review Hayes Beer settlement offer and defense analysis (0.3); multiple e-mail correspondence with Phil Martino regarding same (0.1); revise draft Kozol Brothers settlement agreement per comments of Ronald Broida (counsel for Kozol Brothers) (0.2); multiple e-mail correspondence with Ronald Broida regarding same (0.1). | 2.10 |
| Aug 6, 2014 | ELJ | Review and finalize motion to approve compromise with certain avoidance action defendants, exhibits and revise proposed order for same (0.5); conference with Devon Eggert regarding same (0.1). | 0.60 |
| Aug 6, 2014 | DJE | Telephone conference with Jacqueline Hazdra regarding motion to approve settlements (0.1); finalize motion to approve Berezny, Core-mark and Kozol Brothers settlements (0.4); multiple e-mail correspondence with Roger Higgins (counsel for Core-mark) regarding status of executed settlement agreement (0.2); multiple e-mail correspondence with Ronald Broida (counsel for Kozol Brothers) regarding executed settlement agreement (0.1); telephone conference with Christopher Combest regarding jobber adversary settlement (0.1); multiple e-mail correspondence with Christopher Combest and Phil Nelson (counsel for Graham) regarding same (0.1); multiple e-mail correspondence with Phil Martino and Christopher Combest regarding same (0.2); multiple e-mail correspondence with Thomas Leinenweber (counsel for Hayes Beer) regarding settlement discussions (0.1); conferences with Elizabeth Janczak regarding motion to approve settlements (0.1). | 1.40 |

*Handwritten: - .25 hrs*

*Handwritten: -50.00*

14                              March 10, 2015

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Aug 6, 2014 | JEH | Draft notice of motion and certificate of service regarding motion to approve settlements (0.3); e-mail correspondence with Elizabeth Janczak regarding same (0.1); telephone conference with Devon Eggert regarding same (0.1); file same (0.2); serve same (0.2). | 0.90 |
| Aug 13, 2014 | DJE | Multiple e-mail correspondence with Roger Higgins (counsel for Core-Mark) regarding settlement execution and hearing on approval of settlement (0.1); draft Hayes Beer settlement agreement (0.2); e-mail correspondence to Tom Leinenweber (counsel for Hayes Beer) regarding same (0.1). | 0.40 |
| Aug 18, 2014 | ELJ | Review Enterprises' reply in support of motion to dismiss (0.2); multiple e-mail correspondence with Devon Eggert regarding same (0.2); telephone conference with Devon Eggert regarding same (0.1). | 0.50 |
| Aug 18, 2014 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding RWJ Enterprises' reply in support of motion to dismiss (0.2); telephone conference with Elizabeth Janczak regarding same (0.1); review same (0.2); e-mail correspondence to Phil Martino regarding same (0.1). | 0.60 |
| Aug 20, 2014 | DJE | Review and prepare for hearing on RWJ Enterprises' motion to dismiss (0.4); attend same (0.8); multiple e-mail correspondence with Phil Martino regarding same and status of other avoidance actions (0.2); multiple e-mail correspondence with Thomas Leinenweber (counsel for Hayes Beer) regarding finalizing settlement (0.2); review and revise draft motion to approve Hayes Beer compromise (0.2). | 1.80 |
| Aug 20, 2014 | ELJ | Draft 9019 motion to compromise Hayes preference action and proposed order for same (0.7). | 0.70 |
| Aug 20, 2014 | KCS | E-mail correspondence to Devon Eggert regarding transcript request (0.2); multiple e-mail correspondence with Jackie DeFini regarding same (0.1). | 0.30 |

15                         March 10, 2015

| Date | | | Description | Hours |
|------|---|---|-------------|-------|
| Aug 21, 2014 | KCS | | Draft notice of motion to approve settlement with Hayes (0.2); file same (0.1); e-mail correspondence with Devon Eggert regarding transcript from hearing on August 20th (0.2). | 0.50 |
| Aug 21, 2014 | DJE | | Multiple e-mail correspondence with Katie Sheldon regarding RWJ Enterprises order on motion to dismiss (0.2). | 0.20 |
| Aug 22, 2014 | KCS | | E-mail correspondence with Devon Eggert regarding transcript (0.1); e-mail correspondence with Jackie DeFini regarding same (0.4); re-file motion for rule 9019 and for limited notice (per clerk's request to be filed as a two-part motion) (0.1). | 0.60 |
| Aug 22, 2014 | DJE | | Multiple e-mail correspondence with Katie Sheldon regarding RWJ Enterprises August 20 hearing transcript (0.1). | 0.10 |
| Aug 25, 2014 | DJE | | Multiple e-mail correspondence with Christopher Combest regarding settlement of avoidance actions (0.3). | 0.30 |
| Aug 26, 2014 | ELJ | | Draft amended complaint against RWJ Enterprises (1.0); research Illinois law on conversion for same (0.3); revise transfer exhibit for same (0.1). | 1.40 |
| Aug 27, 2014 | ELJ | | E-mail correspondence and telephone conference with Jeremy Kleinman (Frito Lay) regarding status of preference defense analysis (0.1); telephone conferences with Devon Eggert regarding same (0.1); multiple e-mail correspondence with Jacqueline Hazdra regarding re-notice of Hayes settlement motion (0.1). | 0.30 |
| Aug 27, 2014 | DJE | | Review and prepare for hearing on settlement of several avoidance actions (0.3); multiple e-mail correspondence with Stephanie Hor-Chen (counsel for Berezny) regarding same (0.2); attend hearing regarding settlements (1.1); conference with Catherine Lenart (counsel for Superior Beverage) regarding potential settlement (0.1); multiple e-mail correspondence with Phil Martino and Christopher Combest regarding August 27 hearing on avoidance action settlements (0.3); telephone conferences with Elizabeth Janczak regarding status of Frito Lay action (0.1). | 2.10 |

-40.00

16                                    March 10, 2015

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Aug 27, 2014 | JEH | Draft amended notice of motion to approve settlement with Hayes Beer (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.1); serve same (0.1). | 0.40 |
| Aug 28, 2014 | DJE | Review settlement agreements for open items (0.3); e-mail correspondence to Roger Higgins (counsel for CoreMark) regarding same (0.1); e-mail correspondence to Elizabeth Janczak regarding preparation of stipulations to dismiss settled actions (0.1); e-mail correspondence to Ronald Broida (counsel for Kozol Bros) regarding finalizing settlement (0.1); multiple e-mail correspondence with Phil Martino regarding same (0.1). | 0.70 |
| Aug 28, 2014 | ELJ | Draft stipulations to dismiss Kozol, Berezny, and Core-Mark adversary proceedings (0.3). | 0.30 |
| Aug 29, 2014 | DJE | Review and revise draft stipulations to dismiss settled actions (0.2); e-mail correspondence to counsel for Core-Mark, Berezny and Kozol Brothers regarding same (0.1). | 0.30 |
| Sep 1, 2014 | DJE | Review and revise draft amended complaint against RWJ Enterprises (0.7); research for same (0.4); review transcript from hearing on RWJ Enterprises' motion to dismiss for same (0.2); e-mail correspondence to Elizabeth Janczak regarding open items for finalizing amended complaint (0.3). | 1.60 |
| Sep 2, 2014 | DJE | Additional revisions to RWJ Enterprises amended complaint (1.1); additional research for same (0.3); telephone conferences with Elizabeth Janczak regarding same (0.6); e-mail correspondence to Phil Martino regarding same (0.1); telephone conference with Phil Martino regarding additional revisions to amended RWJ Enterprises complaint (0.2); additional revisions to RWJ Enterprises amended complaint based upon same (0.3). | 2.60 |
| Sep 2, 2014 | ELJ | Review and revise amended complaint and exhibits to amended complaint (1.5); review Illinois UCC on conversion of negotiable instruments (0.4); conferences with Devon Eggert regarding same (0.6). | 2.50 |

17                                          March 10, 2015

| Sep 2, 2014 | JEH | Review stipulation to dismiss adversary proceeding against Louise Berezny (0.1); e-mail correspondence with Devon Eggert regarding same (0.1); revise same (0.1); file same (0.1). | 0.40 |
| Sep 3, 2014 | ELJ | Review and revise amended complaint against RWJ Enterprises (0.3); telephone conferences with Devon Eggert regarding same (0.1). | 0.40 |
| Sep 3, 2014 | DJE | Final revisions to amended RWJ Enterprises complaint (0.4); telephone conferences with Elizabeth Janczak regarding same (0.1); multiple e-mail correspondence with Roger Higgins (counsel for Core-Mark) regarding stipulation to dismiss adversary (0.1). | 0.70 |
| Sep 9, 2014 | DJE | Multiple e-mail correspondence with Roger Higgins (counsel for Core-Mark) regarding settlement (0.1). | 0.10 |
| Sep 11, 2014 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.7). | 0.70 |
| Sep 15, 2014 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.8). | 0.80 |
| Sep 23, 2014 | ELJ | Attend hearing on motion to approve settlement with Hayes Beer (0.8); telephone conference with Devon Eggert regarding same (0.2); e-mail correspondence with Devon Eggert regarding same (0.2); revise motion to approve settlement with Hayes Beer based on Judge Wedoff's comments (0.1). | 1.30 |
| Sep 23, 2014 | DJE | Telephone conference with Elizabeth Janczak regarding hearing on motion to approve settlement with Hayes Beverage (0.2); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.2). | 0.40 |
| Sep 25, 2014 | ELJ | E-mail correspondence to Jeremy Kleinman (counsel for Frito Lay) regarding status of settlement and preference defenses (0.1). | 0.10 |
| Sep 25, 2014 | DJE | E-mail correspondence to Phil Martino regarding proposed settlement in Superior Beverage and status of Frito-Lay case (0.1); e-mail correspondence to Elizabeth Janczak regarding Frito-Lay case (0.1). | 0.20 |

18                                      March 10, 2015

| Sep 29, 2014 | DJE | Review RWJ Enterprises' answer and affirmative defenses (0.3); e-mail correspondence to Elizabeth Janczak regarding research for same (0.1); telephone call to Catherine Lennert (counsel for Superior Beverage) regarding potential settlement (0.1); review and revise amended Hayes Beer settlement motion (0.6); telephone conference with Elizabeth Janczak regarding same (0.1); multiple e-mail correspondence with Katie Lenert (counsel for Superior Beverage) regarding settlement (0.2); telephone conferences with Elizabeth Janczak regarding Frito-Lay discovery and settlement issues (0.1). | 1.50 |
| Sep 29, 2014 | ELJ | Research Seventh Circuit case law regarding applicable standard for motion to strike affirmative defenses (0.1); multiple e-mail correspondence with Devon Eggert regarding same (0.1); telephone conference with Devon Eggert regarding amended Hayes settlement motion (0.1); review background documents, including daily reports from stations (0.3); telephone conference with Devon Eggert regarding adversary settlement open items, including amended motion to approve Hayes settlement (0.1); review same (0.1); telephone conference with Jeremy Kleinman regarding preference defense analysis and possible settlement (0.1); telephone conference with Devon Eggert regarding same (0.1). | 1.00  − .2 |
| Sep 29, 2014 | JEH | E-mail correspondence to Elizabeth Janczak regarding Baytree Bank statements (0.1); draft notice of motion regarding amended motion to approve settlement with Hayes Distributing (0.3); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file amended motion (0.1). | 0.60  − .1 |

−60.00

19                                    March 10, 2015

| | | | |
|---|---|---|---|
| Sep 30, 2014 | ELJ | Draft settlement agreement for Superior Beverage adversary (0.1); reviewed preference defenses asserted by Superior in connection with same (0.3); draft motion to approve settlement and proposed order for same (0.2); review correspondence from Jeremy Kleinman regarding Frito Lay's preference defenses and potential settlement (0.1); analyze defenses asserted in same (0.3). | 1.00 |
| Oct 1, 2014 | ELJ | E-mail correspondence to Richard Lauter regarding hearing on Hayes settlement motion and revisions to Superior settlement motion (0.2); revise proposed order granting Hayes settlement motion and draft notice of dismissal of Hayes adversary (0.1); revise Superior settlement motion (0.1). | 0.40 |
| Oct 1, 2014 | JEH | Pull transfers from RWJ Management II to Frito Lay (0.4); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.50 |
| Oct 3, 2014 | DJE | E-mail correspondence to Phil Martino (chapter 7 trustee) regarding RWJ Enterprises discovery and trial dates (0.1). | 0.10 |
| Oct 7, 2014 | ELJ | Telephone conference with Devon Eggert regarding revision to Hayes notice of dismissal and revise same (0.1). | 0.10  — .1 |
| Oct 7, 2014 | DJE | Multiple e-mail correspondence with Phil Martino regarding Enterprises trial details (0.1); e-mail correspondence to Richard Lauter regarding same and status of case (0.3); review and revise Hayes Beer dismissal order and notice (0.2); multiple e-mail correspondence with Tom Leinenweber (counsel for Hayes Beer) regarding same (0.1); telephone conference with Elizabeth Janczak regarding same (0.1). | 0.80 |
| Oct 8, 2014 | JEH | Submit proposed order regarding motion to approve settlement with Hayes Distributing to Judge Wedoff's clerk (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.20 |
| Oct 9, 2014 | DJE | Preliminary review of motion to withdraw the reference (0.4); e-mail correspondence to Phil Martino regarding same (0.1). | 0.50 |

(5)

-20.00

20                                    March 10, 2015

| | | | |
|---|---|---|---|
| Oct 13, 2014 | DJE | Multiple e-mail correspondence with Jackie Hazdra regarding status of approval of Hayes Beer settlement and dismissal of adversary (0.1); revise draft RWJ Enterprises trial order (0.1); e-mail correspondence to Rosanne Ciambrone (counsel for RWJ Enterprises) regarding same (0.1). | 0.30 |
| Oct 13, 2014 | JEH | E-mail correspondence with Devon Eggert regarding status of order approving settlement with Hayes Beer Distributing Company (0.1). | 0.10 |
| Oct 14, 2014 | ELJ | Review RWJ Enterprises' motion to withdraw reference (0.4); research case law and relevant statutes in connection with possible response to same, including jury demand rights and core versus non-core proceedings (3.3); telephone conference with Devon Eggert regarding same (0.3); e-mail correspondence to Devon Eggert summarizing research findings (0.3). | 4.30 |
| Oct 14, 2014 | DJE | Telephone conference with Elizabeth Janczak regarding RWJ Enterprises' motion to withdraw the reference and other open items in Enterprises case (0.3). | 0.30 _.30 |
| Oct 14, 2014 | JEH | E-mail correspondence with Judge Wedoff's clerk regarding draft order for 9019 motion (0.1); telephone message to Judge Wedoff's clerk regarding same (0.1); telephone conference with chambers regarding same (0.1); telephone conference with Judge Wedoff's clerk regarding same (0.1); e-mail correspondence to Devon Eggert and Elizabeth Janczak regarding same (0.2). | 0.60 |
| Oct 15, 2014 | ELJ | Review affirmative defenses asserted by RWJ Enterprises (0.1); draft reply to affirmative defenses, denying same (0.2); research case law regarding timeliness of motion to withdraw reference (0.2); multiple e-mail correspondence to Devon Eggert regarding same (0.1). | 0.60 |
| Oct 15, 2014 | JEH | E-mail correspondence to Devon Eggert regarding draft pretrial order (0.1); telephone conference with Judge Wedoff's clerk regarding same (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 |

-60.00

21                                    March 10, 2015

| Oct 16, 2014 | JEH | Confirm hearing date and time with Judge Wedoff's clerk regarding draft pretrial order (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.20 |
|---|---|---|---|
| Oct 17, 2014 | ELJ | Draft requests for production directed to RWJ Enterprises (0.9); e-mail correspondence with Devon Eggert regarding reply to affirmative defenses (0.2). | 1.10 |
| Oct 17, 2014 | JEH | Draft notice of filing and certificate of service regarding reply to affirmative defenses to RWJ Enterprises, Inc. (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1) file same (0.1). | 0.40 |
| Oct 17, 2014 | DJE | Review draft reply to affirmative defenses (0.1); multiple e-mail correspondence with Elizabeth Janczak regarding revisions to same (0.2). | 0.30 |
| Oct 22, 2014 | DJE | Revise draft order based upon October 22 hearing on pre-trial order (0.2); multiple e-mail correspondence with Richard Darke regarding same (0.1). | 0.30 |
| Oct 23, 2014 | JEH | Submit draft trial order to chambers (0.1); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 |
| Oct 27, 2014 | JEH | Draft appearances for Richard Lauter, Devon Eggert and Terrence J. Sheahan for district court case (0.5); e-mail correspondence to Devon Eggert regarding same (0.1); revise same (0.2) file same (0.3). | 1.10 |
| Oct 28, 2014 | JEH | E-mail correspondence to Devon Eggert regarding filed appearances (0.1) pull filed copies of same (0.1). | 0.20 |
| Nov 3, 2014 | DJE | Telephone conference with Elizabeth Janczak regarding responding to RWJ Enterprises discovery (0.1). | 0.10 |
| Nov 6, 2014 | ELJ | Continue drafting discovery requests directed to RWJ Enterprises, including revising requests for production and drafting interrogatories and requests to admit (3.2); telephone conference with Devon Eggert regarding responses to discovery (0.1). | 3.30 |
| Nov 6, 2014 | JEH | Review RWJ Enterprises check deposits chart (0.3). | 0.30 |

22                                              March 10, 2015

| Nov 7, 2014 | ELJ | Review subpoena from Enterprises directed to Monty Titling (0.2); continue drafting discovery directed to RWJ Enterprises (0.8); draft third party discovery directed to rebate vendors (1.2); initial review of discovery issued by RWJ Enterprises (0.2). | 2.40 |
|---|---|---|---|
| Nov 7, 2014 | DJE | Preliminary review of Enterprises discovery requests (0.2); e-mail correspondence to Phil Martino in connection with same (0.1). | 0.30 |
| Nov 10, 2014 | DJE | Telephone conference with Jeremy Downs regarding subpoena to Capital Crossing (0.1); telephone conference with Steve Chaiken regarding obtaining debtors' records (0.2). | 0.30 |
| Nov 10, 2014 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.1). | 0.10 |
| Nov 11, 2014 | DJE | Conferences with Elizabeth Janczak regarding open discovery issues (1.4); review and revise draft discovery and subpoenas in connection with same (1.1). | 2.50 |
| Nov 11, 2014 | ELJ | Conferences with Devon Eggert regarding open items for discovery upon defendant and third parties and trial preparation (1.4); revise discovery to issue to Enterprises and third parties (0.7); draft correspondence to debtors' former counsel and accountants requesting turnover of property of the estate (0.4); review discovery propounded by Enterprises and outline responses to same (0.8). | 3.30 |
| Nov 11, 2014 | JEH | Multiple e-mail correspondence to Elizabeth Janczak regarding pulling various check copies regarding the RWJ Enterprises, Inc. adversary complaint (0.2); pull same (1.0). | 1.20 |
| Nov 12, 2014 | DJE | Review and revise draft interrogatories to RWJ Enterprises (0.7); review and revise draft requests to admit to Enterprises (0.5); revise turnover letters to Adelman & Gettleman and Campbell accounting (0.3); conferences with Elizabeth Janczak regarding open discovery issues for Enterprises (0.2); review subpoenas (0.2). | 1.90 |

⑤  -1.4

-280.00

23                                    March 10, 2015

| | | | |
|---|---|---|---|
| Nov 12, 2014 | ELJ | Draft notice of subpoenas and certificate of service for discovery (0.5); finalize group exhibit 1 to requests to admit (1.1); finalize discovery requests directed to RWJ Enterprises and third party defendants (0.9); review collateral analysis of debtors' property in connection with Enterprises fraudulent transfer analysis (0.2); conferences with Devon Eggert regarding discovery issues (0.2). | 2.90 |
| Nov 13, 2014 | ELJ | Review preference defenses asserted by Frito Lay (0.2); e-mail correspondence to Devon Eggert summarizing same (0.1). | 0.30 |
| Nov 13, 2014 | SRI | Locate and send loan documents to Elizabeth Janczak relating to collateral analysis for enterprises case (0.2). | 0.20 |
| Nov 14, 2014 | DJE | Multiple e-mail correspondence to Elizabeth Janczak regarding subpoenas and other discovery issues (0.2). | 0.20 |
| Nov 14, 2014 | ELJ | Review UCC-1s filed against the debtors and RWJ Enterprises (0.1). | 0.10 |
| Nov 17, 2014 | ELJ | Telephone conference with Jeremy Kleinman, counsel for Frito Lay, regarding potential settlement (0.1); review prior settlement letter from Frito Lay in connection with same (0.1); begin drafting response to Enterprises' discovery requests (1.9); review collateral documents in connection with insolvency issues (0.8); conference with Devon Eggert regarding responding to discovery requests and motion to withdraw reference (0.6). | 3.50 |
| Nov 17, 2014 | DJE | Telephone conference with T.J. Sheahan regarding motion to withdraw the reference (0.1); conference with Elizabeth Janczak regarding response to same and open discovery issues (0.6); review draft discovery responses (0.2). | 0.90 |

*(handwritten annotations: "-.2", "7", "(5)" near Nov 12 entry; "(5)" circled and "-.6" near Nov 17 DJE entry)*

*(handwritten: -160.00)*

24                                    March 10, 2015

| | | | |
|---|---|---|---|
| Nov 18, 2014 | ELJ | Review debtors' loan documentation and balance sheets in connection with asset analysis (0.3); e-mail correspondence to Devon Eggert summarizing same (0.1); review RWJ I collateral issues in connection with same (0.2); telephone conference with Amy Swano regarding coordinating document production (0.1); conference with Richard Lauter and Devon Eggert regarding motion to withdraw reference and potential mediation (0.1); continue drafting responses to Enterprises' discovery requests (1.0); conference with Devon Eggert and Amy Swano regarding coordinating Adelman & Gettleman production and document production to Enterprises (0.4); e-mail correspondence with Devon Eggert and Amy Swano regarding same (0.2). | 2.40 |
| Nov 18, 2014 | DJE | Conference with Elizabeth Janczak and Amy Swano regarding obtaining estate records from third party sources (0.4); multiple e-mail correspondence with Elizabeth Janczak and Amy Swano regarding same (0.2); e-mail correspondence with Steve Chaiken of Adelman & Gettleman regarding same (0.1). | 0.70 -.40 |
| Nov 19, 2014 | DJE | E-mail correspondence to Rosanne Ciambrone (counsel for RWJ Enterprises) regarding submitting to mediation (0.1); telephone conference with Rosanne Ciambrone and Richard Darke regarding same (0.2). | 0.30 |
| Nov 19, 2014 | ELJ | Review documents processed for protection for privilege and work product (0.1); multiple e-mail correspondence to Devon Eggert regarding same (0.1). | 0.20 |
| Nov 19, 2014 | EHS | Process e-data in connection with discovery responses (1.0). | 1.00 |
| Nov 20, 2014 | DJE | E-mail correspondence to Richard Lauter regarding mediation and motion to withdraw the reference (0.1); multiple e-mail correspondence with Phil Martino regarding responding to motion to withdraw the reference (0.2). | 0.30 |

-80.00

25                                             March 10, 2015

| | | | |
|---|---|---|---|
| Nov 20, 2014 | ELJ | Draft motion and proposed order referring Enterprises case for mediation (0.4); review local rules in connection with same (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.60 |
| Nov 21, 2014 | DJE | Review and revise draft motion for mediation (0.3); e-mail correspondence to Rosanne Ciambrone (counsel for RWJ Enterprises) regarding same (0.1); telephone conference with Steve Chaiken regarding request for turnover of records in possession of Adelman & Gettleman (0.4); multiple e-mail correspondence with David Campbell regarding same (0.2). | 1.00 |
| Nov 21, 2014 | ELJ | E-mail correspondence to Amy Swano regarding production of e-mails in response to document requests (0.1). | 0.10 |
| Nov 24, 2014 | ELJ | Draft response and consent to Enterprises' motion to withdraw the reference (0.2); draft letter directed to Alda Braccia of Nestle regarding third party subpoena (0.2). | 0.40 |
| Nov 24, 2014 | JEH | Draft notice of filing regarding response and consent to withdraw reference in RWJ Enterprises, Inc. adversary proceeding (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1) file same (0.1). (12) | 0.40  ‒ .1 |
| Nov 24, 2014 | DJE | Finalize consent to motion to withdraw the reference (0.1); multiple e-mail correspondence to Elizabeth Janczak regarding open items for reviewing documents for production to Enterprises (0.2). | 0.30 |
| Nov 25, 2014 | ELJ | Attend hearing on motion for mediation (0.6). | 0.60 |
| Nov 25, 2014 | AKS | Process e-data in connection with response to discovery requests (3.3). | 3.30 |
| Nov 25, 2014 | DJE | Multiple e-mail correspondence to Elizabeth Janczak regarding motion for mediation (0.2). | 0.20 |
| Nov 26, 2014 | ELJ | Review of responsive correspondence to discovery requests (0.3); review subpoena response from Nestle and e-mail correspondence to Alda Braccia regarding same (0.2). | 0.50 |
| Nov 26, 2014 | AKS | Process e-data in connection with response to discovery requests (0.2). | 0.20 |

-20.00

26                                    March 10, 2015

| | | | |
|---|---|---|---|
| Nov 26, 2014 | DJE | Review and prepare for status hearing before Judge Kennelly on motion for withdrawal of the reference in RWJ Enterprises adversary (0.1); conference with Rosanne Ciambrone and Richard Darke (counsel for Enterprises) regarding same (0.1); attend same (0.7); multiple e-mail correspondence to Phil Martino regarding same (0.1); multiple e-mail correspondence with Rosanne Ciambrone regarding same (0.2); conference with Richard Lauter regarding same (0.5). | 1.70 |
| Nov 26, 2014 | RSL ⑤ | Conference with Devon Eggert regarding November 26th court hearing on motion to withdraw reference (0.5). | 0.50 _-.50_ |
| Dec 1, 2014 | ELJ | Telephone conference with Jennifer Sugars regarding Hershey's response to subpoena (0.1); conferences with Richard Lauter regarding settlement of Frito Lay adversary case (0.3); evaluate Frito Lay settlement offer based on same (0.2). | 0.60 |
| Dec 1, 2014 | JEH | Pull rebate checks from Hershey's to RWJ Enterprises (0.4); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.50 |
| Dec 1, 2014 | RSL ⑤ | Telephone conference with Joe Frank regarding settlement of Fritolay preference action (0.7); conference with Elizabeth Janczak regarding Fritolay preference action and e-mail correspondence with Phil Martino regarding same (0.3). | 1.00 _-.3_ |
| Dec 2, 2014 | JEH | Coordinate with litigation technology regarding creating a way to filter discovery documents (0.1). | 0.10 |
| Dec 2, 2014 | ALS | Build e-mail parsing fields in Relativity for searching purposes in connection with discovery responses (0.5). | 0.50 |
| Dec 3, 2014 | ELJ | Review e-mail correspondence from Judge Cassling's courtroom deputy regarding mediation and telephone conference with Devon Eggert regarding same (0.1); review mediation procedures and draft summary of same for Devon Eggert and Phil Martino (0.4); conference with Devon Eggert regarding preparation for mediation and discovery open items (0.4). | 0.90 |

-160.00

27                                    March 10, 2015

| Dec 3, 2014 | DJE | Multiple e-mail correspondence with Phil Martino regarding mediation and preparation for same (0.2); review mediation procedures for same (0.2); conference with Elizabeth Janczak regarding open items for mediation (0.4); e-mail correspondence to Rosanne Ciambrone (counsel for Enterprises) regarding discovery issues (0.1). | 0.90 |
| Dec 4, 2014 | ELJ | Begin drafting position statement in preparation for mediation (2.8). | 2.80 |
| Dec 5, 2014 | ELJ | Continue drafting mediation statement (2.8); research case law regarding same (0.2); review debtors' financial information in connection with same (0.1); telephone conference with Richard Lauter and Devon Eggert regarding mediation (0.3); conference with Devon Eggert regarding mediation statement (0.4); review subpoena response from Muller Pinehurst (0.1). | 3.90 |
| Dec 5, 2014 | DJE | Analyze legal and factual issues for preparation of mediation position statement and initial settlement offer (1.1); telephone conferences with Elizabeth Janczak and Richard Lauter regarding same (0.3); telephone conference with Phil Martino and Richard Lauter regarding same (0.2); review and comment on draft mediation statement (0.5); conference with Elizabeth Janczak regarding same (0.4). | 2.50 |
| Dec 5, 2014 | RSL | Conference with Joe Frank regarding Fritolay preference action (0.3); telephone conference with Devon Eggert and Phil Martino regarding RWJ Enterprises mediation (0.2); telephone conference with Devon Eggert and Elizabeth Janczak regarding same (0.3). | 0.80 |
| Dec 7, 2014 | DJE | Additional revisions to draft mediation statement (0.8); review background documents for same (0.3); e-mail correspondence to Phil Martino regarding same (0.1). | 1.20 |

-.3 Ⓢ

-60.00

28                                    March 10, 2015

| | | | |
|---|---|---|---|
| Dec 8, 2014 | DJE | Multiple e-mail correspondence with Phil Martino regarding mediation statement (0.1); conferences with Elizabeth Janczak regarding finalizing same (0.2); review and finalize mediation statement (0.6); review Enterprises mediation statement (0.3); e-mail correspondence to Phil Martino regarding same (0.1). | 1.30 |
| Dec 8, 2014 | ELJ | Revise and finalize mediation statement and exhibits to same (0.5); conference with Devon Eggert regarding same (0.2). ⁅⑤ | 0.70<br>-.2 |
| Dec 8, 2014 | RSL | Review of draft mediation statement (0.8). | 0.80 |
| Dec 9, 2014 | DJE | Telephone conference with Elizabeth Janczak regarding Enterprises mediation statement (0.1). | 0.10 |
| Dec 9, 2014 | ELJ | Review RWJ Enterprises' mediation statement (0.1); telephone conference with Devon Eggert regarding same (0.1); draft Rule 26(a) disclosures (0.5); review draft responses to discovery requests in connection with same (0.2). | 0.90 |
| Dec 11, 2014 | ELJ | Review RWJ bank statements regarding rebate deposits (0.1). | 0.10 |
| Dec 12, 2014 | ELJ | Conference with Devon Eggert regarding additional open items in preparation for mediation (0.4); review RWJ Enterprises payment breakdown and related background information (1.0); e-mail correspondence with Devon Eggert regarding same (0.2). | 1.60 |
| Dec 12, 2014 | DJE | Conference with Elizabeth Janczak regarding preparation for December 15 mediation (0.4); multiple e-mail correspondence with Phil Martino regarding same (0.2); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.2). | 0.80 |
| Dec 12, 2014 | JEH | Prepare mediation binders for December 15, 2014 mediation (1.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 1.20 |
| Dec 12, 2014 | RSL | Preparation for December 15th mediation of RWJ Enterprises adversary (2.3). | 2.30 |
| Dec 15, 2014 | ELJ | Multiple e-mail correspondence with working group regarding required information for mediation and settlement (0.2). | 0.20 |

-40.00

31                                   March 10, 2015

| Jan 7, 2015 | ELJ | Review and revise third motion to approve settlement agreements (0.1); draft proposed order for same (0.1). | 0.20 |
|---|---|---|---|
| Jan 7, 2015 | JEH | Review 9019 settlement motion between trustee and certain avoidance actions (0.1); draft notice of filing regarding same (0.2); file same (0.2); coordinate service of same (0.2); e-mail correspondence with Devon Eggert and Elizabeth Janczak regarding same (0.1). | 0.80 _−.20_ |
| Jan 8, 2015 | ELJ | Revise proposed order for settlement motion (0.2); telephone conference with chambers notifying chambers of motion to approve settlement and striking trial dates (0.1); telephone conferences with Devon Eggert regarding same and amended proposed order for Enterprises settlement (0.1). | 0.40 |
| Jan 8, 2015 | DJE | Multiple e-mail correspondence with Phil Martino regarding order on settlement motion (0.1); review and revise draft order based upon same (0.1); review correspondence from Jeremy Kleinman (counsel for Frito-Lay) regarding settlement terms (0.1); telephone conference with Elizabeth Janczak regarding same (0.1). | 0.40 _−.1_ |
| Jan 8, 2015 | RSL | Review of revised settlement agreement on Fritolay preference action (0.4). | 0.40 |
| Jan 9, 2015 | ELJ | Review Frito-Lay claims to determine amount of waiver (0.1). | 0.10 |
| Jan 9, 2015 | RSL | E-mail correspondence with working group regarding Fritolay settlement and wrap-up of case (0.5). | 0.50 |
| Jan 9, 2015 | DJE | Multiple e-mail correspondence with Chris Combest regarding open items for settlements and allocation of proceeds from same (0.2); review claim documents in connection with same (0.1); multiple e-mail correspondence with Elizabeth Janczak regarding Frito-Lay settlement (0.2); e-mail correspondence to Phil Martino regarding same (0.2). | 0.70 |

−60.00

32                                              March 10, 2015

| | | | |
|---|---|---|---|
| Jan 12, 2015 | ELJ | Review Frito-Lay's ordinary course of business defense (0.6); review priority tax claims to determine total potential liability (0.1); e-mail correspondence to Devon Eggert regarding Frito-Lay defense and tax claims (0.1). | 0.80 |
| Jan 12, 2015 | RSL | Telephone conference with Chris Combest regarding Fritolay settlement (0.3); multiple e-mail correspondence with working group regarding Fritolay settlement (0.4). | 0.70 |
| Jan 14, 2015 | RSL | Review Fritolay ordinary course analysis and additional settlement items for sure (0.7). | 0.70 |
| Jan 15, 2015 | ELJ | Telephone call to Jeremy Kleinman regarding Frito-Lay settlement (0.1). | 0.10 |
| Jan 21, 2015 | DJE | Telephone conference with Jeremy Downs regarding Enterprises settlement (0.2); multiple e-mail correspondence with Liz Janczak regarding Frito-Lay proposed settlement (0.2). | 0.40 |
| Jan 21, 2015 | ELJ | Review additional information provided by Frito-Lay in connection with preference defense (0.2); e-mail correspondence with Devon Eggert regarding same (0.2). | 0.40 |
| Jan 21, 2015 | RSL | Review of revised Fritolay settlement agreement (0.3). | 0.30 |
| Jan 23, 2015 | JEH | File proposed order regarding motion to approve settlements (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.20 |
| Jan 28, 2015 | DJE | Multiple e-mail correspondence with Phil Martino regarding revising settlement order for Enterprises settlement to address limited objection of Capital Crossing (0.1); revise order based upon same (0.1); e-mail correspondence to Jeremy Downs (counsel for Capital Crossing) regarding same (0.1); conferences with Richard Lauter regarding same (0.2). | 0.50 |
| Jan 28, 2015 | ELJ | Telephone conferences with Peter Castaneda regarding entry of order approving Enterprises and Superior settlements (0.1); e-mail correspondence to Richard Lauter and Devon Eggert regarding same (0.1). | 0.20 |
| Jan 28, 2015 | JEH | Pull pleadings for January 28, 2015 court hearing for Richard Lauter (0.1). | 0.10 |

33                                    March 10, 2015

| | | | |
|---|---|---|---|
| Jan 28, 2015 | RSL | Court appearance before Judge Wedoff regarding settlement of RWJ Enterprises adversary proceeding (1.2); telephone conference with Phil Martino regarding settlement of Fritolay preference action (0.3); review of Trustee's claims analysis (0.5); preparation for January 28th court hearing including review of limited objection of Capital Crossing to motion to approve settlement of RWJ Enterprises adversary complaint (0.8); conference with Devon Eggert regarding January 28th court hearing on settlement of RWJ Enterprises adversary complaint (0.2). | 3.00 |
| Feb 3, 2015 | ELJ | Draft stipulations to dismiss for Enterprises and Superior adversaries (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 |
| Feb 3, 2015 | DJE | E-mail correspondence with Rosanne Ciambrone regarding settlement payment and preparing stipulation to dismiss (0.1); multiple e-mail correspondence with Katie Lenert (counsel for Superior Beverage) regarding stipulation to dismiss case (0.1). | 0.20 |
| Feb 4, 2015 | ELJ | Draft motion to approve settlement with Frito-Lay (0.8); draft proposed order for same (0.1). | 0.90 |
| Feb 4, 2015 | JEH | File stipulation to dismiss Superior Beverage adversary proceeding (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.20 |
| Feb 5, 2015 | JEH | Review stipulation to dismiss RWJ Enterprises, Inc. adversary proceeding (0.1); file same (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 |
| Feb 5, 2015 | DJE | Multiple e-mail correspondence with Rosanne Ciambrone regarding stipulation to dismiss adversary (0.2). | 0.20 |
| Feb 10, 2015 | DJE | Review and revise draft Frito-Lay settlement motion and order (0.4). | 0.40 |
| Feb 10, 2015 | ELJ | Revise motion to approve Frito-Lay settlement agreement and proposed order for same (0.4). | 0.40 |
| Feb 11, 2015 | RSL | Review Frito-Lay settlement motion and agreement (0.5). | 0.50 |

-40.00

34                                    March 10, 2015

| Feb 12, 2015 | DJE | Finalize draft Frito-Lay settlement motion (0.2); multiple e-mail correspondence with Phil Martino regarding same (0.1); e-mail correspondence to Elizabeth Janczak regarding finalizing and filing same (0.1). | 0.40 |
|---|---|---|---|
| Feb 12, 2015 | ELJ | E-mail correspondence to Jeremy Kleinman regarding Frito-Lay settlement (0.1). | 0.10 |
| Feb 12, 2015 | JEH | Draft notice of motion and certificate of service for 9019 settlement motion with Frito-Lay (0.3); review motion regarding same (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.50 |
| Feb 12, 2015 | RSL | Telephone conference with Phil Martino regarding Frito-Lay settlement (0.3). | 0.30 |
| Feb 13, 2015 | ELJ | Telephone call to Jeremy Kleinman regarding status of settlement agreement (0.1). | 0.10 |
| Feb 16, 2015 | ELJ | Finalize settlement agreement with Frito-Lay and motion to approve same (0.1). | 0.10 |
| Feb 16, 2015 | JEH | Review motion to approve settlement with Frito-Lay (0.1); revise notice of motion and certificate of service regarding same (0.1); prepare exhibit regarding same (0.1) file same (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.60  -.20 |
| Feb 17, 2015 | JEH | Telephone conference with Judge Wedoff's deputy regarding closing adversary proceeding against RWJ Enterprises (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1) file stipulation to dismiss regarding same (0.1) e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.40  -.1 |
| Feb 18, 2015 | ELJ | E-mail correspondence to Devon Eggert regarding scheduling of Frito-Lay settlement motion and trial date and telephone call to chambers regarding same (0.1). | 0.10 |

-60.00

35                                        March 10, 2015

| | | | |
|---|---|---|---|
| Feb 19, 2015 | ELJ | Draft first and final fee application as special counsel to chapter 7 trustee, cover sheet, and proposed order for same (1.9); review exhibits to same to ensure compliance with time detail requirements (1.1); e-mail correspondence to Devon Eggert regarding same (0.1); Review amended notice of motion to approve Frito-Lay settlement (0.1). | 3.20 |
| Feb 19, 2015 | JEH | Draft amended notice of hearing regarding settlement with Frito-Lay (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.1). ⟨2⟩ | 0.40  -.1 |
| Feb 25, 2015 | ELJ | Attend hearing on motion to approve settlement with Frito-Lay (0.6); prepare for same (0.1); e-mail correspondence to Jeremy Kleinman (counsel for Frito-Lay) regarding same (0.1). | 0.80 |
| Mar 6, 2015 | ELJ | Review February billing statements to ensure compliance with time detail requirements (0.1). | 0.10 |
| Mar 9, 2015 | ELJ | Review and revise final fee application (0.2). | 0.20 |
| Mar 10, 2015 | ELJ | Review and finalize first and final fee application (0.1). | 0.10 |
| Mar 10, 2015 | JEH | ⟨2⟩ File first and final fee application of Freeborn & Peters LLP as special counsel (0.3). | 0.30  -.2 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.40 | 200.00 | $80.00 |
| Eggert, Devon J. | 88.80 | 200.00 | $17,760.00 |
| Lauter, Richard S. | 25.30 | 200.00 | $5,060.00 |
| Isenberg, Shira R. | 0.20 | 200.00 | $40.00 |
| Janczak, Elizabeth L. | 94.60 | 200.00 | $18,920.00 |
| Swano, Amy L. | 0.50 | 200.00 | $100.00 |
| Stadel, Eric H. | 1.00 | 200.00 | $200.00 |
| Sheldon, Kathryn C. | 1.80 | 200.00 | $360.00 |
| Schiller, Alex K. | 3.50 | 200.00 | $700.00 |
| Hazdra, Jacqueline E. | 30.10 | 200.00 | $6,020.00 |
| | | | |
| TOTAL HOURS | 246.20 | | |
| | | | |
| TOTAL FEES | | | $49,240.00 |

-80.00