**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RWJ MANAGEMENT CO., INC., *et al*,[1] | ) | Case No. 11-34845 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |

**FIRST AND FINAL APPLICATION FOR FEES AND COSTS**
**OF QUARLES & BRADY LLP,**
**AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 7 TRUSTEE**

Quarles & Brady LLP, as counsel for Philip V. Martino, Chapter 7 trustee ("**Q&B**"), hereby submits this First and Final Application for Fees and Costs (the "**Final Application**"), relating to services rendered and expenses incurred from May 23, 2014 through May 15, 2015 (the "**Application Period**").  Q&B seeks payment in the amount of $34,250.00 for 67.3 hours (including 1.0 hour of estimated time to prepare this final fee application and appear in court regarding same) of services rendered and reimbursement of actual and necessary expenses in the amount of $309.90, for a total of $34,559.90, and in support thereof, states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.      On August 26, 2011, Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

2.      Pursuant to Code §§1107(a) and 1108, the Debtors initially operated their businesses and managed their financial affairs as debtors in possession.

---

1    Debtors in these Chapter 11 cases are: RWJ Crestwood, LLC; RWJ Downers Grove, LLC; RWJ Elmhurst, LLC; RWJ Forestview, LLC; RWJ Glen Ellyn, LLC; RWJ Management Co., Inc.; RWJ Management Co. II, Inc.; RWJ Munster, LLC; RWJ Plainfield, LLC; RWJ Romeoville, LLC; RWJ Wauconda, LLC, and RWJ Yorkville, LLC.

3.      On September 7, 2011, the United States Trustee appointed a committee of unsecured creditors (the "**Committee**"); the United States Trustee appointed additional Committee members on November 10, 2011.

4.      On March 27, 2013, upon the motion of the United States Trustee, the Court appointed Philip V. Martino to be Debtors' Trustee, thereby taking the Debtors out of possession and placing their assets and businesses under the control of Trustee.

5.      On April 17, 2013, the Court entered an Order allowing the retention of Quarles & Brady LLP as attorneys for Trustee, retroactive to March 25, 2013.

6.      On May 23, 2014, the Court entered an Order allowing the conversion of the chapter 11 bankruptcy to a chapter 7 bankruptcy.

7.      On May 27, 2014, Philip V. Martino was appointed the chapter 7 Trustee.

8.      On May 28, 2014, Trustee entered his Initial Report of Assets.

9.      The First Meeting of Creditors was held on July 1, 2014.

10.     On July 1, 2014, the Court entered an Order allowing the continued retention of Q&B as attorneys for Trustee [DKT 1097].

11.     Trustee currently holds $357,172.92 in his Chapter 7 bankruptcy bank account for this Debtor.  All allowed chapter 7 administrative expenses (other than those of Trustee, Q&B and Popowcer Katten (as accountant) already have been paid in full.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

12.     Q&B has served as counsel for the Trustee at all times in these proceedings since his appointment on May 27, 2014.  Q&B has devoted its time to legal matters in this case, including the following:

2

QB\35093957.1

## A.  EMPLOYMENT OF PROFESSIONAL PERSONS

13.    Q&B drafted and presented the motion for the continued retention of chapter 11 professionals by chapter 7 Trustee.  In connection with the foregoing, Q&B expended 1.8 hours for which it requests compensation of $945.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as Exhibit A(1).  The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Christopher Combest | 1.8 |

## B.  CLAIMS

14.    Q&B prepared the administrative bar date motion and attended hearing on same; reviewed the claims docket for RWJ I and RWJ II for possible objections and settlement of adversary cases; worked with Cook County Treasurer's Office resulting in the withdrawal of Claim 36 in the amount of $134,879.04.  In connection with the foregoing, Q&B expended 27.7 hours for which it requests compensation of $11,286.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**.  The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Christopher Combest | 13.0 |
| Lauren N. Beslow | 6.6 |
| Sarah K. Baker | 4.3 |
| Sara A. Cooper | 3.8 |

## C.  GENERAL

15.    Q&B worked with Trustee to finalize chapter 11 related Final Report, substantive consolidation of related claims matters; reconciliation of obligations regarding outstanding U.S. Trustee obligations; prepared the final operating reports; and worked with P. Nelson (purchaser's

counsel) regarding Cook County's report of violations for the properties sold at auction.   In connection with the foregoing, Q&B expended 13.3 hours for which it requests compensation of $6,982.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | 13.3 |

### D. PROFESSIONAL COMPENSATION

16.     Q&B prepared final chapter 11 fee applications for Trustee, Q&B, Trustee's accountant (Popowcer/West); reviewed Freeborn & Peters, Protivity and Committee chapter 7 fee applications and prepared this final fee application and the fee application for Trustee's accountant (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same).  In connection with the foregoing, Q&B expended 11.7 hours for which it requests compensation of $7,371.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(4).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 11.7 |

### E. JOBBERS ADVERSARY NO. 11-02358

17.     Q&B worked towards a resolution of all remaining matters in the adversary 11-02358, including preparing the motion and order for settlement, and finalize the notice of voluntary dismissal pursuant to the settlement order.  In connection with the foregoing, Q&B expended 14.6 hours for which it requests compensation of $7,665.00.  An itemized breakdown

4

of current services rendered to the Trustee is attached hereto as **Exhibit A(5).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | 14.6 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

18.     During the Application Period, Q&B has devoted 67.3 hours (including 1 hour of estimated time) to represent the Trustee requests compensation for actual and necessary legal services in the amount of $34,250.00.

19.     In addition, Q&B requests reimbursement for necessary costs in the amount of $309.90 for photocopy charges ($.10 per page) and Pacer research charges.   Attached as **Exhibit B** is a breakdown of those charges.

20.     Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

21.     Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.     Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $34,250.00 for actual, necessary and valuable professional services rendered;

B.     Authorizing reimbursement of actual and necessary costs of $309.90; and

QB\35093957.1

C.      For such other and further relief as this Court may deem equitable and just.

Dated: May 16, 2015                          PHILIP V. MARTINO, not individually,
                                                 but solely as Chapter 7 Trustee
                                                 for RWJ Management Co., Inc., *et al.*

                                             By:    /s/ Philip V. Martino
                                                    One of his attorneys

Philip V. Martino
Christopher Combest
Sarah K. Baker
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

6

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| Invoice Number: | 2061619 | Privileged & Confidential |
| Invoice Date: | June 10, 2015 | |

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Professional Retention - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00003

| | | |
|---|---|---|
| Current Fees: | $ | 945.00 |
| Current Total Due: | $ | 945.00 |
| **TOTAL AMOUNT DUE:** | **$** | **945.00** |

EXHIBIT A-1

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,        June 10, 2015
Inc.
RE: Professional Retention - RWJ Chapter 11 Bankruptcy                     Invoice Number: 2061619
Q & B Matter Number: 149728.00003                                         Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/14/14 | Revisions to motion, order, and notice re continued retention of chapter 11 professionals by chapter 7 trustee. | CCOMBEST | 1.40 |
| 06/21/14 | Finalize motion and order re continuing retention of certain professionals in chapter 7 cases (0.3); confer with Trustee re same (0.1) | CCOMBEST | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 1.80 | 525.00 | 945.00 |
| Total | | 1.80 | | 945.00 |

|  | Total Fees: | | $ | 945.00 |

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:  2061618
Invoice Date:    June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Claims - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00004

| | | |
|---|---|---|
| Current Fees: | $ | 11,286.50 |
| Current Total Due: | $ | 11,286.50 |
| **TOTAL AMOUNT DUE:** | **$** | **11,286.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy            Invoice Number: 2061618
Q & B Matter Number: 149728.00004            Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/12/14 | Revise form of administrative bar date motion (0.3) and direct L. Beslow re finalizing same and preparing related order (0.1). | CCOMBEST | 0.40 |
| 06/17/14 | Begin drafting motion to set administrative claim bar date (.5). | LNACHINS | 0.50 |
| 06/18/14 | Draft motion fixing deadline for filing requests for allowance of administrative expenses (4.0); draft proposed order for same (.3). | LNACHINS | 4.30 |
| 06/21/14 | Review and revise motion and related papers re setting administrative bar date (0.7); confer with trustee re same (0.1). | CCOMBEST | 0.80 |
| 06/30/14 | Prepare for hearing regarding status of advisory proceedings, claim objection, and administrative expense request procedures. | SBAKER | 1.00 |
| 07/01/14 | Attend hearing on status of adversary proceedings, claim objection, and administrative expense request procedures. | SBAKER | 1.00 |
| 07/01/14 | Review docket matrixes regarding service of administrative bar date notices. | SBAKER | 1.00 |
| 07/01/14 | Meet with C. Combest and C. Greer regarding administrative bar date notices. | SBAKER | 0.30 |
| 07/01/14 | Two consultations with chambers re form of order on administrative expense bar date and scheduling of first hearing on any filed administrative expense claims (0.3); revisions to form of order per discussions with chambers and for uploading to docket (0.6); direct Trustee's assistant and oversee preparation of service materials and information re administrative bar date (0.3). | CCOMBEST | 1.00 |
| 07/02/14 | Review and revise omnibus service lists for administrative expense bar date notice (0.7); exchange e-mails with M. Williams of CMSI re information in their business records relevant to Debtors's postpetition business transactions and potential administrative claimants (0.3) | CCOMBEST | 1.00 |
| 07/08/14 | Call with recipient of administrative bar date claim notice re her questions (0.1); oversee finalizing and filing proof of service of notice (0.1). | CCOMBEST | 0.20 |
| 07/29/14 | Attend status hearing on adversary. | SBAKER | 1.00 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.     June 10, 2015

RE: Claims - RWJ Chapter 11 Bankruptcy

Q & B Matter Number: 149728.00004     Invoice Number: 2061618

Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/01/14 | Examine recent notice for Lake County (IN) tax authorities, to determine responsibility of estates vs. buyer of assets (0.2); confer with trustee re same (0.1); e-mail to buyer counsel (P. Nelson) re same (0.1). | CCOMBEST | 0.40 |
| 12/23/14 | Analysis of claims dockets and related settlement orders in RWJ I and RWJ II for status of administrative and priority unsecured claim pool, possible objections to claims, and settled claims (3.6); exchange e-mails with (0.3) and telephone call with (0.1) R. Lauter and D. Eggert re terms of certain adversary settlements; confer with Trustee re same (0.3). | CCOMBEST | 4.30 |
| 01/07/15 | Review status of waived claims per RWJ Enterprises settlement and impact on claims register. | CCOMBEST | 0.30 |
| 01/08/15 | Communicate with D. Eggert (Committee counsel) re 503(b)(9) claims. | CCOMBEST | 0.20 |
| 01/09/15 | E-mails with D. Eggert re 503(b)(9) claims (0.1); review documents re secured tax claims (0.1). | CCOMBEST | 0.20 |
| 01/10/15 | Prepare analysis for Trustee of claims issues in connection with analysis of potential objections and distributions in case. | CCOMBEST | 1.00 |
| 01/12/15 | Conferences with Trustee re status of claims reconciliation and resolution and next steps. | CCOMBEST | 0.30 |
| 03/23/15 | Research payment of 2010 taxes for Crestwood, Wauconda and Forestview properties. | SCOOPER | 0.50 |
| 03/23/15 | Analysis of underpinning of Indiana secured claim (0.6); leave detailed message for Indiana Department of Revenue re Trustee's objection to same (0.1); evaluate Cook County and Lake County (IN) real estate tax claims (0.2). | CCOMBEST | 0.90 |
| 03/30/15 | Telephone call with lake county treasurer regarding 2010 taxes for RWJ Wauconda property (.2); telephone call with cook county clerk regarding 2010 taxes for RWJ Crestwood and Forestview properties (.4); review disbursement statement and tax calculations (.7). | SCOOPER | 1.30 |
| 03/30/15 | Call with Indiana Department of Revenue official re amending proof of claim to recharacterize secured portion as unsecured (0.3); review claims register re objectionable claims (0.1). | CCOMBEST | 0.40 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,      June 10, 2015
Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy                                   Invoice Number: 2061618
Q & B Matter Number: 149728.00004                                        Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 03/31/15 | Consider options for resolving inflated claim of cook County re property taxes (0.3); consider resolution of other allegedly secured claims (0.2). | CCOMBEST | 0.50 |
| 04/02/15 | Review amended claim by Indiana department of revenue for resolution of Trustee objection to secured portion. | CCOMBEST | 0.10 |
| 04/08/15 | Telephone call with cook county treasurer regarding bankruptcy claim (.2); email to title company regarding proofs of payment (.2); telephone call with lake county treasurer regarding bankruptcy claim; (.2) telephone calls with lake county state's attorney regarding bankruptcy claim (.2); email correspondence with A. Salzman at Cook County regarding withdrawal of bankruptcy claim (.2) | SCOOPER | 1.00 |
| 04/09/15 | Email correspondence with cook county regarding status of withdrawal of claim. | SCOOPER | 0.10 |
| 04/10/15 | Evaluate options regarding Cook County secured claim for real estate taxes previously paid at sale closing (0.2); direct associate S. Cooper re same (0.2). | CCOMBEST | 0.40 |
| 04/13/15 | Telephone call to J. Engstrom regarding claim for 2010 taxes for cook county properties (.1); email to title company regarding proof of tax payments (.1) | SCOOPER | 0.20 |
| 04/14/15 | Telephone call with cook county treasurer regarding withdrawal of bankruptcy claim. | SCOOPER | 0.20 |
| 04/15/15 | Telephone call from B. Prager regarding withdrawal of bankruptcy claim (.1); Telephone call to B. Prager regarding withdrawal of bankruptcy claim (.1); mail to B. Prager regarding withdrawal of bankruptcy claim (.1). | SCOOPER | 0.30 |
| 04/16/15 | Email correspondence with B. Prager of Lake County State's Attorney's Office regarding withdrawal of claim. | SCOOPER | 0.10 |
| 04/16/15 | Confer with S. Cooper re status of real estate tax claims for Lake and Cook County, Illinois. | CCOMBEST | 0.20 |
| 04/20/15 | Exchange e-mail messages and form of withdrawal with Lake County Treasurer to effect Treasurer's withdrawal of secured claim. | CCOMBEST | 0.30 |
| 04/22/15 | Follow up with counsel to Lake County treasurer re withdrawal of secured tax claim. | CCOMBEST | 0.10 |
| 04/29/15 | Telephone call with cook county treasurer regarding status of withdrawal of claim. | SCOOPER | 0.10 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,  June 10, 2015
Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy                         Invoice Number: 2061618
Q & B Matter Number: 149728.00004                             Page 5

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 4.80 | 365.00 | 1,752.00 |
| CCOMBEST | Christopher Combest | 13.00 | 525.00 | 6,825.00 |
| SBAKER | Sarah K. Baker | 4.30 | 365.00 | 1,569.50 |
| SCOOPER | Sara A. Cooper | 3.80 | 300.00 | 1,140.00 |
| Total | | 25.90 | | 11,286.50 |

Total Fees:                          $    11,286.50



*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:    2061617
Invoice Date:    June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: General/Costs - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00006

| | | |
|---|---|---|
| Current Fees: | $ | 6,982.50 |
| Current Total Due: | $ | 6,982.50 |
| **TOTAL AMOUNT DUE:** | **$** | **6,982.50** |

EXHIBIT A-3

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.
June 10, 2015

RE: General/Costs - RWJ Chapter 11 Bankruptcy
Invoice Number: 2061617

Q & B Matter Number: 149728.00006
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/14 | Finalize schedule of chapter 11 debts for filing per Rule 1019 (0.8); finalize chapter 11 trustee's final report re Rule 1019 (0.5); confer with Trustee re same and re transition to chapter 7 (0.5); confer with Trustee's administrative assistant re finalizing April MORs and certain fund transfers (0.2). | CCOMBEST | 2.00 |
| 05/29/14 | E-mail to L. West re IRS inquiry regarding Form 940 for 2010 taxes (0.1); e-mail to D. Campbell (former RWJ tax accountant) re same (0.1). | CCOMBEST | 0.20 |
| 06/06/14 | Confer with Trustee re next steps in chapter 7 (0.3); attention to case management re same (0.1). | CCOMBEST | 0.40 |
| 06/09/14 | Confer with trustee re substantive consolidation and related claims matters. | CCOMBEST | 0.20 |
| 06/10/14 | Revise and finalize April 2014 operating reports for filing (0.5); attention to transition work re conversion, including reconciliation of outstanding chapter 11 obligations, UST fees, and appropriateness of consolidation (1.3); confer with Trustee re same (0.2). | CCOMBEST | 2.00 |
| 06/11/14 | Attention to reconciliation of obligations for outstanding UST fees, in connection with schedule and report to be filed regarding conversion to chapter 7. | CCOMBEST | 0.20 |
| 06/13/14 | Finalize schedule of unpaid chapter 11 debts for filing (0.3); finalize chapter 11 trustee final report for filing (0.2); work on preparing final (May 2014) operating reports (1.5). | CCOMBEST | 2.00 |
| 06/14/14 | Review and additional revision of final chapter 11 operating reports and related data (1.5); attention to case management in connection with tasks for transition to chapter 7 (0.3). | CCOMBEST | 1.80 |
| 06/16/14 | Review and finalize final DIP operating reports, including assuring allocation of disbursements among management companies and accounting for all chapter 11 trade and professional payments and revisions of numerous explanatory footnotes (1.0); direct C. Greer (Trustee's assistant,) re preparing revisions to reports (0.2). | CCOMBEST | 1.20 |
| 06/20/14 | Exchange e-mail messages with D. Eggert (special counsel) and Trustee re resolution of jobber adversary and related strategy prior to 7-1 hearing. | CCOMBEST | 0.30 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.   June 10, 2015

RE: General/Costs - RWJ Chapter 11 Bankruptcy   Invoice Number: 2061617

Q & B Matter Number: 149728.00006   Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/09/14 | Handle counsel inquiry re preference proceeding against Euclid Beverage (0.1); confer with Trustee re communication from UST re outstanding fees (0.1). | CCOMBEST | 0.20 |
| 07/14/14 | Review and prepare for filing final (May 2012) consolidated operating report and disclaimer (0.8); confer with Trustee re same (0.1); review IRS levy notices re JBA Equipment (0.1); confer with Trustee re disposition of same (0.2); exchange e-mails with M. Shelton (IRS counsel) re disposition of levy notices (0.3); confer with Trustee and with F. Caruso re monetizing of potential class action claim (0.2). | CCOMBEST | 1.70 |
| 08/19/14 | Review notice received from Cook County re violations at purchased site (0.1); forward same to P. Nelson (purchaser's counsel) (0.1). | CCOMBEST | 0.20 |
| 12/05/14 | Review new claim of Lake County Indiana re postpetition personal property taxes and asset sale documents re allocation of same (0.2); confer with Trustee re same (0.1); e-mail to P. Nelson (purchaser's counsel) re same (0.1). | CCOMBEST | 0.40 |
| 12/16/14 | Confer with Trustee re final tasks necessary to closing case (0.2); review information re settlement of RWJ Enterprises adversary proceeding (0.1). | CCOMBEST | 0.30 |
| 12/26/14 | Exchange messages with D. Eggert re finalizing settlement of RWJ Enterprises adversary and Trustee's views re same. | CCOMBEST | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 13.30 | 525.00 | 6,982.50 |
| Total | | 13.30 | | 6,982.50 |

Total Fees:   $   6,982.50

*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 2061616 |
| Invoice Date: | June 10, 2015 |

**Privileged & Confidential**

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Professional Compensation - RWJ Chapter 11
Bankruptcy
Q & B Matter Number: 149728.00011

| | | |
|---|---|---|
| Current Fees: | $ | 6,741.00 |
| Current Total Due: | $ | 6,741.00 |
| **TOTAL AMOUNT DUE:** | **$** | **6,741.00** |

EXHIBIT A-4

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.  June 10, 2015

RE: Professional Compensation - RWJ Chapter 11 Bankruptcy  Invoice Number: 2061616
Q & B Matter Number: 149728.00011  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/03/14 | Review and revise May time entries | PMARTINO | 0.10 |
| 06/04/14 | Start work on final chapter 11 fee applications for trustee (1.0) and Q&B (1.2). | PMARTINO | 2.20 |
| 06/10/14 | Work on narrative section of Quarles & Brady final chapter 11 fee application (.4). | PMARTINO | 0.40 |
| 06/11/14 | Work on narrative portion of Second and Final Chapter 11 fee application of Popowcer (.4). | PMARTINO | 0.40 |
| 06/12/14 | Further work on Q&B (1.6) and Trustee (.7) final fee application narratives, cover sheet and draft order; work on Popowcer/West final Chapter 11 application (.4); email to Freeborn regarding subordination language (.3). | PMARTINO | 3.00 |
| 06/13/14 | Finalize Popowcer final chapter 11 fee application. | PMARTINO | 0.50 |
| 06/20/14 | Follow up email to and from Eggert regarding chapter 11 fee applications (.2); review proposed language and subordinations for attorney and trustee fee applications (.3). | PMARTINO | 0.50 |
| 06/25/14 | Review Protivity and Committee final chapter 7 fee applications (.4); approve supplemental certificate of service (.1). | PMARTINO | 0.50 |
| 07/02/14 | Revise June time entries. | PMARTINO | 0.10 |
| 07/14/14 | Prepare for and attend fee hearings for all counsel, accountant and Protivity. | PMARTINO | 1.00 |
| 07/16/14 | Emails to Eggert regarding discrepancy in fee motion. | PMARTINO | 0.10 |
| 01/06/15 | Review and revise time entries. | PMARTINO | 0.10 |
| 03/11/15 | Review final F&P fee application and exhibits. | PMARTINO | 0.80 |
| 03/20/15 | Review and revise first and final chapter 7 fee applications. | PMARTINO | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 10.70 | 630.00 | 6,741.00 |
| Total | | 10.70 | | 6,741.00 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,   June 10, 2015
Inc.
RE: Professional Compensation - RWJ Chapter 11 Bankruptcy          Invoice Number: 2061616
Q & B Matter Number: 149728.00011                                 Page 3


Total Fees:                            $        6,741.00

*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number:   2061615 | Privileged & Confidential |
| Invoice Date:       June 10, 2015 | |

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Jobbers Adversary No.11-02358 - RWJ Chapter 11
Bankruptcy
Q & B Matter Number: 149728.00016

| | | |
|---|---|---|
| Current Fees: | $ | 7,665.00 |
| Current Total Due: | $ | 7,665.00 |
| **TOTAL AMOUNT DUE:** | **$** | **7,665.00** |

EXHIBIT A-5

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: Jobbers Adversary No.11-02358 - RWJ Chapter 11    Invoice Number: 2061615
Bankruptcy
Q & B Matter Number: 149728.00016    Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/14 | Evaluate potential for, and confer with Trustee regarding, resolution of all remaining matters in jobber adversary (11-02358), including related B&R Oil claim (0.5); e-mail to D. Eggert (Committee counsel) re same (0.2); review jobber proofs of claim in connection with potential global settlement of jobber issues (0.3). | CCOMBEST | 1.00 |
| 06/20/14 | Review prior settlement documents in RWJ case for suggested terms for settlement of jobber adversary (0.3); advise Trustee re same (0.2). | CCOMBEST | 0.50 |
| 07/21/14 | Prepare motion and order to effect settlement of long-pending Adversary Proceeding No. 11-02358 and disputes regarding $35 million of claims asserted by B&R Oil, including review of dockets and file material regarding history of almost 3-year-old proceeding and claims of three jobber entities (5.2); confer with Trustee re same (0.2). | CCOMBEST | 5.40 |
| 07/22/14 | Confer with Trustee re revisions to motion to settle Jobber adversary and related claims (0.7); revisions to motion (0.3); confer with D. Eggert (special counsel to Trustee and counsel to former Committee) re treatment of set-off rights of jobbers in connection with waiver of jobber claims (0.3); confer with Trustee re methodology for treating set-off rights in settlement (0.7); analyze filed claims of all jobbers with relation to assertions regarding set-off rights and prepetition cash still held by jobbers (0.3); e-mail to counsel for all jobbers for information re set-off rights (0.4). | CCOMBEST | 2.70 |
| 07/23/14 | Follow up with jobbers counsel re information as to assertions of setoff rights needed to complete settlement motion. | CCOMBEST | 0.20 |
| 07/29/14 | Review detailed e-mail from P. Nelson (Graham Enterprise counsel) re terms of settlement of adversary 11-02358 and of Graham claims (0.5); confer with D. Eggert and Trustee re same (0.2); draft response to P. Nelson (0.1). | CCOMBEST | 0.80 |
| 07/30/14 | Confer with Trustee re resolution of certain issues raised by jobbers in connection with settlement. | CCOMBEST | 0.10 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,
Inc.
RE: Jobbers Adversary No.11-02358 - RWJ Chapter 11
Bankruptcy
Q & B Matter Number: 149728.00016

June 10, 2015

Invoice Number: 2061615

Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/04/14 | Review detailed e-mail from counsel to B&R Oil re terms of settlement of adversary 11-02358, reconciliation of fuel payments prepetition, and responses to Trustee inquiries re credits and deposits in favor of Debtors. | CCOMBEST | 0.50 |
| 08/06/14 | Exchange e-mails with P. Nelson (Graham Enterprise counsel) re settlement of jobber adversary and jobber claims (0.4); call with P. Nelson re same and release issue (0.2); call with D. Eggert (counsel to former Committee) re same (0.2); confer with Trustee re same (0.6); revise settlement motion and order for filing (1.0). | CCOMBEST | 2.40 |
| 08/25/14 | Confer with D. Eggert of Freeborn & Peters (Trustee's special litigation counsel) re 8-27 hearing on motion to settle jobber adversary and Atlas claim dispute (0.2); analysis to D. Eggert and Trustee re disposition of Graham deposit refund and effect of cash collateral settlement with Lender Capita Crossing on same (0.4). | CCOMBEST | 0.60 |
| 08/27/14 | Exchange e-mail messages with D. Eggert re resolution of jobber adversary and refund from Graham (0.2); finalize notice of voluntary dismissal per settlement order (0.2). | CCOMBEST | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 14.60 | 525.00 | 7,665.00 |
| Total | | 14.60 | | 7,665.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | Total Fees: | | $ | 7,665.00 |

*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | | |
|---|---|---|
| Invoice Number: | 2061621 | Privileged & Confidential |
| Invoice Date: | June 10, 2015 | |

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 10, 2015
Re: General/Costs - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 309.90 |
| Current Total Due: | $ | 309.90 |
| **TOTAL AMOUNT DUE:** | **$** | **309.90** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: General/Costs - RWJ Chapter 11 Bankruptcy        Invoice Number: 2061621
Q & B Matter Number: 149728.00006        Page 2

**DISBURSEMENTS:**

| | |
|---|---:|
| Copy charges | 296.90 |
| Pacer research charges | 13.00 |
| Total Disbursements: | $ 309.90 |
| Total Fees and Disbursements: | $ 309.90 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; his fiscal year 2014 billing rate was $630.00.

**Christopher Combest** is a partner practicing in Q&B's Bankruptcy and Creditors' Rights Group. He received his B.A. (summa cum laude) from Yale College in 1982, his M.F.A. from the University of Washington in 1985, and his J.D. from Yale Law School in 1994. He is a member of the Illinois Bar. Mr. Combest's hourly billing rate for 2012 was $510.00; his current hourly billing rate is $525.00.

**Lauren N. Beslow** is a partner in the Q&B Chicago office and practices in the Firm's commercial bankruptcy, restructuring and creditors' rights group. She received her B.A. from Emory University in 2003 and her J.D. (*cum laude*) from the University of Illinois College of Law in 2006. She is a member of the Illinois Bar. Ms. Beslow's hourly billing rate for 2014 is $365.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00; her current rate is $375.00.

**Sara A. Cooper** is an associate in the Q&B real estate group in Chicago. She received her B.A. (*cum laude*) from Boston College in 2005, and her J.D. (*with honors*) from Chicago-Kent College of Law in 2009. Ms. Cooper is a member of the Illinois bar. Her hourly billing rate in 2013 was $365.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF COOK             )

I, Philip V. Martino, on oath, state as follows:

1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtors.

2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.     I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.


/s/ Philip V. Martino
Philip V. Martino


I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2