EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWJ MANAGEMENT CO., INC., | § | Case No. 11-34845 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V.
MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's
professionals have filed final fee applications, which are summarized in the attached Summary of
Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the
United States Trustee. A hearing on the fee applications and any objection to the Final Report
will be held at 10:00 AM on 09/02/2015 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2015          By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*


UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWJ MANAGEMENT CO., INC., | § | Case No. 11-34845 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 698,080.41 |
| and approved disbursements of | $ | 341,438.49 |
| leaving a balance on hand of[1] | $ | 356,641.92 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 38,154.02 | $ 0.00 | $ 38,154.02 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 34,250.00 | $ 0.00 | $ 34,250.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 309.90 | $ 0.00 | $ 309.90 |
| Fees: U.S. Trustee | $ 0.00 | $ 42,821.42 | $ 0.00 |
| Other: Freeborn & Peters LLP | $ 106,737.50 | $ 106,737.50 | $ 0.00 |
| Other: Freeborn & Peters LLP | $ 3,132.49 | $ 3,132.49 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 72,713.92 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance      $    283,928.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Bottling Group, LLC | $ 17,448.65 | $ 0.00 | $ 17,448.65 |
| Other: S. Abraham & Sons Inc <B>(ADMINISTRATIVE | $ 196,598.15 | $ 0.00 | $ 196,598.15 |

Total to be paid for prior chapter administrative expenses    $    214,046.80

Remaining Balance    $    69,881.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 33,840.39  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Department of Treasury Internal Revenue Service | $ 64.61 | $ 0.00 | $ 64.61 |
| 000018 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,012.00 | $ 0.00 | $ 1,012.00 |
| 000037 | Indiana Department of Revenue | $ 32,763.78 | $ 0.00 | $ 32,763.78 |

Total to be paid to priority creditors    $    33,840.39

Remaining Balance    $    36,040.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,996,454.34  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Employment Security | $ 3,471.18 | $ 0.00 | $ 17.88 |
| 000003 | Illinois Department of Employment Security | $ 1,735.59 | $ 0.00 | $ 8.94 |
| 000004 | Superior Beverage Inc. | $ 850.85 | $ 0.00 | $ 4.38 |
| 000005 | Ken's Beverage, Inc. | $ 1,897.65 | $ 0.00 | $ 9.78 |
| 000006 | Village of Romeoville | $ 2,188.76 | $ 0.00 | $ 11.27 |
| 000007 | NuCO2 | $ 1,250.03 | $ 0.00 | $ 6.44 |
| 000008 | Zurich American Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Commonwealth Edison Company | $ 6,239.65 | $ 0.00 | $ 32.14 |
| 000010 | Indiana Dept of Revenue | $ 1,414.03 | $ 0.00 | $ 7.29 |
| 000011 | COMDATA | $ 250.37 | $ 0.00 | $ 1.29 |
| 000012 | Terborg Distributing Inc | $ 1,613.01 | $ 0.00 | $ 8.31 |
| 000013 | Central and 47th Association | $ 623.81 | $ 0.00 | $ 3.21 |
| 000014 | Exelon Energy | $ 36,543.34 | $ 0.00 | $ 188.25 |
| 000015 | Ken's Beverage, Inc. | $ 1,682.88 | $ 0.00 | $ 8.67 |
| 000016 | Blue Rhino | $ 231.00 | $ 0.00 | $ 1.19 |
| 000017 | Solary Cororation | $ 1,376.00 | $ 0.00 | $ 7.09 |
| 000018A | Illinois Department of Revenue | $ 776.70 | $ 0.00 | $ 4.00 |
| 000019 | Frito Lay | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | Nicor Gas | $ 1,229.77 | $ 0.00 | $ 6.33 |
| 000021A | Indiana Department of State Revenue | $ 49,090.59 | $ 0.00 | $ 252.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022A | Indiana Department of State Revenue | $ 15,036.59 | $ 0.00 | $ 77.46 |
| 000023 | Monty SPV, LLC | $ 4,330,000.00 | $ 0.00 | $ 22,305.11 |
| 000024 | Waste Management | $ 400.26 | $ 0.00 | $ 2.06 |
| 000025 | Illinois Bell Telephone Company | $ 1,885.59 | $ 0.00 | $ 9.71 |
| 000026 | BP Products North America Inc. | $ 226,035.87 | $ 0.00 | $ 1,164.38 |
| 000028 | B&R OIL COMPANY, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | Berez NY Trust DTD | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | Carmen D. Caruso P.C. | $ 48,748.26 | $ 0.00 | $ 251.12 |
| 000032 | Parent Petroleum Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Parent Petroleum Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034A | Graham Enterprise, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034B | Graham Enterprise, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Indiana Department of Revenue | $ 250,000.00 | $ 0.00 | $ 1,287.82 |
| 000036 | Cook County Treasurer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037A | Indiana Department of Revenue | $ 2,797.37 | $ 0.00 | $ 14.41 |
| 000038 | BP Products North America Inc. | $ 1,935,349.59 | $ 0.00 | $ 9,969.56 |
| 000039 | B&R Oil Company, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Indiana Department of Workforce Development | $ 222.92 | $ 0.00 | $ 1.15 |
| 000001B | Department of Treasury | $ 3.93 | $ 0.00 | $ 0.02 |
| 000030 | BOTTLING GROUP, LLC | $ 24,247.80 | $ 0.00 | $ 124.91 |
| 000041 | Commonwealth Edison Co. | $ 40,286.21 | $ 0.00 | $ 207.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Terborg Distributing, Inc. | $ 1,613.01 | $ 0.00 | $ 8.31 |
| 000043 | Town of Munster | $ 313.04 | $ 0.00 | $ 1.61 |
| 000044 | Waste Management - RMC | $ 4,380.76 | $ 0.00 | $ 22.57 |
| 000045 | NUCO2 | $ 2,667.93 | $ 0.00 | $ 13.74 |

Total to be paid to timely general unsecured creditors          $          36,040.81

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 14,700.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000046 | Thomas M. Tully, Ltd. | $ 14,700.00 | $ 0.00 | $ 0.00 |
| 000047 | S. Abraham & Sons, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Louise Berezny, Trustee | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                              Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-34845-ERW
RWJ Management Co., Inc.                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross          Page 1 of 8          Date Rcvd: Jul 31, 2015
                              Form ID: pdf006      Total Noticed: 220


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2015.
```
db         +RWJ Management Co., Inc.,    1010 Jorie Blvd. #322,   Oak Brook, IL 60523-4464
aty        +Quarles & Brady LLP,    300 North LaSalle Street,   Suite 4000,   Chicago, IL 60654-5427
17718191   +Ahmed, Syed,    2317 Club House Ave,   Naperville, IL 60563-8703
17718192   +Albor, Tammy,    2709 Miller Ave,   S Chicago Heights, IL 60411-4741
17718193   +Alcohol and Tobacco Commission,    302 W. Washington Street,    Room E114,
             Indianapolis, IN 46204-2740
17718194   +Alvarez, Guadalupe,    6050 W 63rd Place,   Chicago, IL 60638-5316
17718195   +Angell, Nathan,    17737 Community St,   Lansing, IL 60438-2016
17718196   +Anguiano, Laura,    606 E Washington St,   Joliet, IL 60433-1136
17718197   +Arco,   3333 E 143rd Street,   Burnham, IL 60633-1628
17718199   +Atlas Oil Company,    24501 Ecorse Rd.,   Taylor, IM  48180-1641
17718200   +Austin Electric,    131 Airport Drive,   Unit A,   Joliet, IL 60431-4792
17718201   +Auto Trader Classics,    P.O. Box 935018,   Atlanta, GA 31193-5018
17718202   +B & K Equipment Company,    2939 - 175th Street,   Lansing, IL 60438-1919
18357123   +B&R OIL COMPANY, INC.,    24501 ECORSE ROAD,   TAYLOR, MI 48180-1641
20551100   +B&R Oil Company, Inc.,    c/o Foley & Larnder LLP,   Attn: Lars Peterson & John Simon,
             321 N. Clark Street, Suite 2800,   Chicago, IL 60654-5313
18315686   +BMO Harris Bank N.A.,    Attn: Shane Koonce,   115 S. LaSalle St., Floor 12,
             Chicago, IL 60603-3808
17946400   +BMO Harris Bank as successor,    M&I Marshall and Ilsley Bank,   Box 2035,
             Milwaukee, WI 53201-2035
17946445   +BP Products North America Inc.,    4 Center Point Dr.,   Attn: Bill Frey,
             La Palma, CA 90623-1074
18349938   +BP Products North America Inc.,    30 South Wacher Drive, SUite 900,
             Chicago, Illinois 60606-7403
17724223   +BP Products North America Inc.,    Attn: Bill Frey,   4 Center Point Dr.,
             La Palma, CA 90623-1074
17718204   +Ba, Souleymane,    4043 W 127th St,   Alsip, IL 60803-4006
18358602   +Berez NY Trust DTD,    2747 Paradise Rd Ste 305,   Las Vegas, NV 89109-9051
17718205   +Besam,   1630 Jarvis Avenue,   P. O. Box 827375,   Grove Village, IL 60007-2404
18359110   +Bottling Group, LLC,    c/o Joseph D. Frank,   Frank/Gecker LLP,
             325 North LaSalle Street, Suite 625,   Chicago, Illinois 60654-6465
17718206   +Brennen, William,    632 Fillmore Ave,   Dyer, IN 46311-1134
17718207   +Brewer, Airreona,    3739 S 53rd Ave,   Cicero, IL 60804-4423
17718216   +COMDATA,   5301 Maryland Way,   Brentwood, TN 37027-5028
17946508   +COMDATA,    P.O. Box 3389,   Brentwood, TN 37024-3389
17946446   +Calumet Breweries Inc.,    6535 Osborne Avenue,   Hammond, IN 46320-2998
17718208   +Campbell Accounting,    5481 N. Milwaukee Ave,   Chicago, IL 60630-1249
18361416   +Carmen D. Caruso P.C.,    77 West Wacker Drive, Suite 4800,   Chicago, Illinois 60601-1664
17946447   +Central and 47th Association,    4655 S. Central,   Chicago, IL 60638-1547
17718210   +City Beverage,    2064 W 167th Street,   Markheim, IL 60428-5605
17718209   +City Beverage,    4841 S. California Avenue,   Chicago, IL 60632-2017
17718213    Coca Cola Refreshments USA, Inc.,    2335 Paysphere Circle,   Chicago, IL
17946506   +Coleman Law Firm,    77 West Wacker Drive #4800,   Chicago, IL 60601-1664
17718214   +Coloka, Kosta,    7654 Woodview Drive,   Woodridge, IL 60517-2732
17718215   +Comcast Cable,    P.O. Box 3004,   Southeastern, PA 19398
17718217   +Commercial Appliance of Illinois,    6 East County Line Road,   Grant Park, IL 60940-4027
21260835   +Convenience Management Services, Inc.,    c/o D. Alexander Darcy,   Askounis & Darcy, PC,
             444 N. Michigan Ave., Ste. 3270,   Chicago, IL 60611-3906
21535051   +Convenience Management Services, Inc.,    c/o D. Alexander Darcy, Esq.,   Askounis & Darcy, PC,
             444 N. Michigan Ave., Ste. 3270,   Chicago, IL 60611-3906
21260860   +Convenience Management Services, Inc.,    c/o Michael W. Debre,   Askounis & Darcy, PC,
             444 N. Michigan Ave., Ste. 3270,   Chicago, IL 60611-3906
21534987   +Convenience Management Services, Inc.,    c/o Michael W. Debre, Esq.,   Askounis & Darcy, P.C.,
             444 N. Michigan Ave., Ste. 3270,   Chicago, IL 60611-3906
21260871   +Convenience Management Services, Inc.,    c/o Debra D. Babu,   Askounis & Darcy, PC,
             444 N. Michigan Ave., Ste. 3270,   Chicago, IL 60611-3906
17718219   +Cook County Treasurer,    P.O. Box 4488,   Carol Stream, IL 60197-4488
17718220   +CoreMark,   1055 Salt River Road,   Lynchfield, KY 42754-1700
17718221   +Corvino, Ann,    143 Tuttle Ave,   Clarendon Hills, IL 60514-1155
17718222   +Cote, Maryann,    581 S Grace St,   Lombard, IL 60148-2842
17718223   +County of Will,    302 N. Chicago St.,   Joliet, IL 60432-4078
17718224   +Cousin, Ronique,    214 Kathlyn,   Joliet, IL 60436-1204
17718225   +Cox, Deborah,    1195 W 450 N,   Lebanon, IN 46052-8907
17718227   +DeYoung, Pat,    431 Osage Drive,   Dyer, IN 46311-2237
17718226   +Delmares Produce, Inc.,    1314 W 21st Street,   Chicago, IL 60608-3112
17718228   +Diop, Mamadou,    5071 S Evans,   Chicago, IL 60615-2612
17718229   +Diop, Ramatoulaye,    4043 W 127th St,   Alsip, IL 60803-4006
17718230    Dr. Pepper Snapple Group,    21431 Nerwork Place,   Chicago, IL
17718231   +Dumont, Sandra,    21368 Silktree Circle,   Plainfield, IL 60544-9357
17718232   +Dzeventkauskas, Edvin,    4702 Riverwalk Drive,   Plainfield, IL 60586-7797
17718233   +Edmondson, Aleesha,    2127 W Washington Blvd,   Chicago, IL 60612-2329
17718234   +Escobedo, Maria,    3111 S 49th Ave,   Cicero, IL 60804-4018
17718235   +Esquivel, Alma,    2104 Primrose Drive,   Plainfield, IL 60586-8642
```

```
17718236     +Exelon Energy,  c/o: Lynn R Zack,   2301 Market Street S23-1,   Philadelphia, PA 19103-1380
17718237     +Faith Mechanical, Inc.,   P.O. Box 6045,   Aurora, IL 60598-0045
17946513     +Ferrelgas LP DBA Blue Rhino,   One Liberty Plaza,   Liberty, MO 64068-2970
17718238     +Filter Services Illinois,   2555 United Lane Elk,   Elk Grove Village, IL 60007-6820
17718239     +Fintech,   4720 West Cypress Street,   Tampa, FL 33607-3848
17718240      Fire King Security Products,   1010 Security Parkway,   New Albany, IN 47150
17718241     +Francisco, Hector,   117 S Hammes Ave,   Joliet, IL 60436-1103
17718242     +Fred Losch Beverage Co.,   436 Park Avenue,   Lake Villa, IL 60046-6513
22052468     +Freeborn & Peters LLP,   311 S. Wacker Drive, Suite 3000,   Chicago, IL 60606-6679
17718243     +Frito Lay,   5340 Legancy Dr Ste 100,   Plano, TX 75024-3180
17718244      Garda CL Great Lakes, Inc.,   Dept  3100-190,   Los Angeles, CA
17718245     +Gellinger, Theresa,   631 206th St,   Dyer, IN 46311-1128
17718246     +Gonzalez, Jose,   5155 S Kostner,   Chicago, IL 60632-4620
17718247     +Gordon, Tanya,   13609 S Crawford,   Robbins, IL 60472-1413
18362289     +Graham Enterprise, Inc.,   c/o Phillip W. Nelson,   Edwards Wildman Palmer LLP,
               225 West Wacker Drive,   Chicago, Illinois 60606-1224
17718248      Grant Importing & Distributing,   2701 W. 23rd Street,   Broadview, IL 60155-4563
17718249     +Hammonds, Irene,   8301 S 88th Ave-Bldg 22-#lll,   Justice, IL 60458-1747
17718250     +Hayes Beer,   12160 S. Central Avenue,   Alsip, IL 60803-3406
17718251     +Herring, Brittany,   23618 Orchard Lane,   Plainfield, IL 60586-8008
17718252     +Hinsdale Management,   21 Spinning Wheel Road,   Hinsdale, IL 60521-7649
17718253     +Hoosier Lottery,   201 S. Capital,   Suite 1100,   Indianapolis, IN 46225-1096
17718254     +Hughes, Justin,   26 Red Hawk Drive,   Oswego, IL 60543-9413
17718260     +IN. St. Dept Of Health,   Department of Weights and Measure,   2525 N. Shadeland  Suite 3D,
               Indianapolis, IN 46219-1791
17718294    ++INDIANA BEVERAGE INC,   2850 BARLEY ROAD,   VALPARAISO IN 46383-8024
              (address filed with court: North Coast Distributing,   705 Shiavy Road,   Valparaiso, IN 46384)
17718255     +Illinois Department Of Agriculture,   P. O. Box 19281,   Springfield, IL 62794-9281
17718257     +Illinois Department of Revenue,   P.O. Box 19030,   Springfield, IL 62794-9030
17718258     +Illinois Liquor Control Commission,   100 W. Randolph,   Suite 7-499,   Chicago, IL 60601-3290
17718259     +Illinois Lottery,   Illinois Dept. of Revenue  Corporate Acc,   101 W. Jefferson St,
               Springfield, IL 62702-5145
20754064      Indiana Department of Workforce Development,   Beverly A Korobkin,
               Collection Enforcement Unit,   10 N Senate Ave,   Indianapolis, IN 46204-2277
17718261     +Indiana Dept of Revenue,   8368 Louisiana,   Merrillville, IN 46410-6312
17718263      Indiana State Egg Board,   Poultry Science Bldg.,   Purdue University,
               West Lafayette, IN 467907
17718267     +JMM Management Group LLC,   2496 Technology Drive,   Elgin, IL 60124-7925
17718266     +Jaime, Roberto,   7307 Tennessee Ave #207,   Willowbrook, IL 60527-2340
17718268     +Joe & Ross Ice Cream,   6350 W. 38th Street,   Cicero, IL 60804
17718269     +Johnson, Lawrence,   10819 S Lamon,   Oak Lawn, IL 60453-5420
17718270     +Johnson, Rosalind,   9581 Drakeford Drive,   Indianapolis, IN 46260-6049
17718271     +Jones, Regina,   4535 Keenehand Ct,   Richton Park, IL 60471-1109
17718272     +Juckniess, Louise,   821 N Washington,   Hinsdale, IL 60521-2847
17718273     +Juckniess, Robert B,   821 N Washington,   Hinsdale, IL 60521-2847
17718274     +Juckniess, Robert W,   821 N Washington,   Hinsdale, IL 60521-2847
17718275     +Kemp, James,   441 W 150th St,   Harvey, IL 60426-1346
17718278     +Kopchik, Robert,   1662 Fiddyment Dr,   Romeoville, IL 60446-5156
17718279     +Kozol Brothers,   2010 S. Briggs Strteet,   Joliet, IL 60433-9576
17718280     +Krason, John,   2442 184th St,   Lansing, IL 60438-2722
17718281     +Krueger, Frank,   12420 S Trumbull Ave,   Alsip, IL 60803-1050
17718282     +L. Canelo Landscaping,   5624 W 64th Pl.,   Chicago, IL 60638-5534
17718283     +L. Frances Caramel Company, LLC,   2500C N. Lynndale Drive,   Appleton, WI 54914-6078
17718284     +Lake County Health Dept.,   2293 N. Main Street,   Crown Point, IN 46307-1854
17718285     +Laschober, Travis,   3315 Harris Lane,   Plano, IL 60545-2218
17718286     +Louise Berezny,   c/o Arlene M. Gelman,   Vedder Price P.C.,
               222 North LaSalle Street Suite 2600,   Chicago, IL 60601-1104
22389193      Louise Berezny,   c/o Arlene N. Gelman, Esq.,   Vedder Price P.C.,
               222 North Lasalle Streey Suite 2600,   Chicago, Illinois 60601-1003
17946401     +Louise W. Berenzy Trust,   2747 Paradise Road,   Suite 305,   Las Vegas, NV 89109-9051
17718288     +Madlener, William,   13710 S Lawler,   Crestwood, IL 60445-1716
17718289     +Mares, Eleanor,   2070 Creekside Drive,   Wheaton, IL 60189-7103
17718290     +Mark O'Toole,   321 N. Clark Street,   Suite 2450,   Chicago, IL 60654-4706
17718291     +Mcgee, Jennifer,   4428 S Leamington,   Chicago, IL 60638-1911
20896647     +Monty SPV, LLC,   c/o Goldberg Kohn Ltd.,   Attn: Jeremy M. Downs,
               55 East Monroe Street, Suite 3300,   Chicago, Illinois 60603-5800
17718293     +Nipsco,   P.O. Box 13007,   Merrillville, IN 46411-3007
17718295     +NuCO2,   2800 SE Market Place,   Stuart, Flordia 34997-4965
17718296     +O'Leary, Jesse,   420 Bushnell St,   Sheridan, IL 60551-9808
17718297     +O'Leary, Nicole,   4084 E 2370th Rd,   Sheridan, IL 60551-9745
17718298     +Office of the Illinois State Fire Marsha,   Office of Petroleum and Chemical Safety,
               1035 Stevenson Drive,   Springfield, IL 62703-4259
18362153     +Parent Petroleum Inc.,   105 W Madison St Ste 1100,   Chicago, IL 60602-4600
18362136     +Parent Petroleum, Inc.,   37W370 Rt. 38,   St. Charles, IL 60175-1500
17718300      Pepsi,   Lock Box 75948,   Chicago, IL 60675-5948
17946545     +Pepsi,   c/o Frank/Gecker, LLP,   Joseph D. Frank and Jeremy C.,   Kleinman,
               325 N. LaSalle, Suite 625,   Chicago, IL 60654-6465
22052465     +Popowcer Katten, Ltd.,   35 E. Wacker Dr. Suite 1550,   Chicago, IL 60601-2124
17718301     +Posavec, Rachel,   7409 Arizona Ave,   Hammond, IN 46323-2643
17718302     +Prairie Farms,   P.O. Box 10419,   Fort Wayne, IN 46852-0419
```

District/off: 0752-1          User: dross              Page 3 of 8              Date Rcvd: Jul 31, 2015
                             Form ID: pdf006           Total Noticed: 220

```
17718303      +Primer, Willie,   4631 S Leamington,   Chicago, IL 60638-2013
17718304      +Pryor, Quantel,   9958 S Walden Pkwy,   Chicago, IL 60643-1837
22052467      +Quarles & Brady LLP and,   Philip V. Martino, as Trustee,   300 N. LaSalle Street, Suite 4000,
               Chicago, IL 60654-3422
17718305      +R. J. Olsen, Inc,   41 Indian Ridge Road,   S. Natick, MA 01760-5635
17946609      +RWJ Crestwood, LLC,   13459 S. Cicero Ave.,   Crestwood, IL 60445-1429
17946611      +RWJ Enterprise, Inc.,   1010 Jorie Blvd.,   Suite 322,   Oak Brook, IL 60523-4464
17946612      +RWJ Forest View, LLC,   4701 S. Central,   Chicago, IL 60638-1530
17946613      +RWJ Munster, LLC,   10444 Calumet Avenue,   Munster, IN 46321-2880
17946614      +RWJ Plainfield, LLC,   4802 Caton Farm Road,   Plainfield, IL 60586-8262
17946636      +RWJ Romeoville, LLC,   418 Weber Road,   Romeoville, IL 60446-4945
17718306       Reliable Pump Service,   16535 W. 159th St.,   Suite 228,   Fort Wayne, IN
17718307       Reliable Pump Service,   16535 W. 159th St.,   Fort Wayne, IN
17718308      +Resendiz, Evangelina,   1705 Inner Circle Drive,   Crest Hill, IL 60403-2037
17946402      +Robert W. Juckniess,   1010 Jorie Blvd.,   Suite 322,   Oak Brook, IL 60523-4464
17718309      +Robinson, Courtney,   11830 S Lowe Ave,   Chicago, IL 60628-5807
17718310      +Rocco, Christi,   6335 S Lockwood,   Chicago, IL 60638-5714
17718311      +Romeo V. Development,   C/O Shiner Management Group, Inc.,   3201 Old Glenview Road, Suite 301,
               Wilmette, IL 60091-2992
17718312      +Rose, Nichole,   2191 Ashby Lane,   Plainfield, IL 60586-5443
17718313      +Rueth Development Co., LLC,   1006 165th Street,   Hammond, IN 46324-1326
17718314       Ryko,   Dept CH 16670,   Palatine, IL 60055-6670
18353696       S. Abraham & Sons Inc,   PO Box 1768,   Grand Rapids, MI 49501-1768
17718317      +SAS,   4001 Three Mile Road NW,   Walhea, MN 49534-1132
17718315      +Sanchez, Michael,   2109 Grandview Ave,   Crest Hill, IL 60403-1910
17718316      +Sandonato, Marc,   1530 Cozy Lane,   Dyer, IN 46311-1379
20205860      +Sasafrasnet, LLC,   c/o L. Katie Mason, Esq.,   Reinhart Boerner Van Deuren s.c.,
               1000 North Water Street, Suite 1700,   Milwaukee, WI 53202-3186
17718318      +Scaggs, Cynthia,   580 Belmont Drive,   Romeoville, IL 60446-1445
17718319      +Seel, Katherine,   15723 Turner,   Markham, IL 60428-3954
17718320      +Sliepka, Michael,   2924 Roberts Drive,   Woodridge, IL 60517-1507
18105993       Solary Cororation,   620 S Linden,   Sapulpa, OK 74066-4442
17718321      +Soloray Sunglasses,   620 South Linden,   Sapulpa, OK 74066-4442
17718322      +Soreng, Robert,   400 Thames Dr,   Shorewood, IL 60404-0596
17718323      +Stachovic, Raymond,   615 Gavin Ave,   Romeoville, IL 60446-1663
17718324      +Staples, Susan,   430 Ben Drive,   Schererville, IN 46375-1249
17718325      +Stone, June,   2109 Grandview Ave,   Crest Hill, IL 60403-1910
17718327      +Sure Payroll,   2350 Ravine Way,   Suite 100,   Glenview, IL 60025-7621
17718328      +Tanknology,   8501 N. Mopac Expressway,   Suite 400,   Austin, TX 78759-8396
18044473      +Terborg Distributing Inc,   PO Box 307,   Demotte, IN 46310-0307
17718329      +Thomas M. Tully, LTD,   33 North Dearborn Street,   Suite 2450,   Chicago, IL 60602-3111
17718330      +Thomas, Sabrina,   4517 S Lawler Ave,   Chicago, IL 60638-1906
17718331      +Total Fire and Safety, Inc.,   6808 Hobson Valley Drive,   #105,   Woodridge, IL 60517-1449
17718333      +Townsell, Kimberly,   6626 Tennessee Ave,   Hammond, IN 46323-1939
17718334      +Treasurer of Lake County,   2293 N. Main Street,   Crown Point, IL 46307-1854
17946645       Troopicana Chilled DSD,   Tropicana Products, Inc.,   P.O. Box 049003,   Chicago, IL 60604
17718335      +Upshaw, David,   19224 John Kirkham Dr,   Lockport, IL 60446-3556
17718343      +VIP (Vega Industries Products),   2331 Copper Ct. Unit #2,   Crest Hill, IL 60403-1773
17718336      +Village of Crestwood,   13840 S. Cicero Avenue,   Crestwood, IL 60445-1827
17718337      +Village of Forest View,   7000 W. 46th St,   Forest View, IL 60402-4355
17946411      +Village of Forest View,   Local Fuel Tax,   7000 W.46th Street,   Forest View, IL 60402-4355
17946413      +Village of Romeoville,   Finance Department,   13 Montrose Drive,   Romeoville, IL 60446-1329
17718340      +Village of Romeoville,   13 Montrose Drive,   Romeoville, IL 60446-1329
17718342      +Village of Romeoville,   Finance Dept. Food and Beverage Tax,   13 Montrose Drive,
               Romeoville, IL 60446-1329
17718341      +Village of Romeoville,   Finance Dept. Motor Fuel Tax,   13 Montrose Drive,
               Romeoville, IL 60446-1329
17718339      +Village of Romeoville,   1050 W. Romeo Road,   Romeoville, IL 60446-1390
17718344      +Wade, Jr. Frank,   732 Shannon Dr,   Romeoville, IL 60446-5263
17718346      +Watson, Darcell,   21320 W Creston Ct,   Plainfield, IL 60544-7340
17718348      +Will County Treasurer,   304 N. Chicago St.,   Joliet, IL 60432
17718349      +Will County Treasurer,   305 N. Chicago St.,   Joliet, IL 60432
17718347      +Will County Treasurer,   303 N. Chicago St.,   Joliet, IL 60432
17718350      +Williams, Telissa,   8349 S 88th Ave-Bldg 14-#303,   Justice, IL 60458-1777
17718351       Xerox Corporation,   P.O.Box 66051,   Dallas, TX
17718352      +Zakrzewski, Theresa,   5850 Pennsylvania,   Merriville, IN 46410-2677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17718198      +E-mail/Text: g17768@att.com Aug 01 2015 01:12:51     AT&T,   P.O. Box 5080,
               Carol Stream, IL 60197-5080
17946505       E-mail/Text: bklaw2@centurylink.com Aug 01 2015 01:14:14     Century Link,   Attn: Billing,
               P.O. Box 4300,   Carol Stream, IL 60197-4300
17718211      +E-mail/Text: customerservice@jolietcity.org Aug 01 2015 01:13:49     City of Joliet,
               150 W. Jefferson Street,   Joliet, IL 60432-4158
17718212       E-mail/Text: customerservice@jolietcity.org Aug 01 2015 01:13:49
               City of Joliet Municipal Services,   150 W. Jefferson Street,   Joliet, IL 60432-4158
17913736      +E-mail/Text: legalcollections@comed.com Aug 01 2015 01:15:15     Commonwealth Edison Co.,
               3 Lincoln Center,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
22052464      +E-mail/Text: legalcollections@comed.com Aug 01 2015 01:15:15     Commonwealth Edison Company,
               3 Lincoln Center,   ATTN: Claims Department,   Oak Brook, IL 60181-4204
```

District/off: 0752-1          User: dross          Page 4 of 8          Date Rcvd: Jul 31, 2015
                             Form ID: pdf006       Total Noticed: 220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17913738      +E-mail/Text: legalcollections@comed.com Aug 01 2015 01:15:15      Commonwealth Edison Company,
               3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
19980300      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Aug 01 2015 01:14:25      Cook County Treasurer,
               118 N. Clark, Room 112,   Chicago, IL 60602-1590
17718218      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Aug 01 2015 01:14:25      Cook County Treasurer,
               118 N. Clark Street,   Room 112,   Chicago, IL 60602-1590
17766271       E-mail/Text: cio.bncmail@irs.gov Aug 01 2015 01:13:10
               Department of Treasury  Internal Revenue Service,   P O Box 7346,
               Philadelphia, PA 19101-7346
17718256       E-mail/Text: rev.bankruptcy@illinois.gov Aug 01 2015 01:13:51
               Illinois Department of Revenue,   100 W. Randolph,   Bankruptcy Section-Level 7-425,
               Chicago, IL 60601
17946405       E-mail/Text: rev.bankruptcy@illinois.gov Aug 01 2015 01:13:51
               Illinois Department of Revenue,   101 W. Jefferson,   Wage Assignments,
               Springfield, IL 62794-9035
18340549      +E-mail/Text: g17768@att.com Aug 01 2015 01:12:51      Illinois Bell Telephone Company,
               % AT&T Services Inc.,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
17788039      +E-mail/Text: des.claimantbankruptcy@illinois.gov Aug 01 2015 01:15:22
               Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
18140225       E-mail/Text: rev.bankruptcy@illinois.gov Aug 01 2015 01:13:51
               Illinois Department of Revenue,   Bankruptcy Section,  P.O. Box 64338,
               Chicago, Illinois 60664-0338
17946541      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 01 2015 01:01:09
               Indiana Department of Revenue,   Bankruptcy Section N-240,   100 North Senate Avenue,
               Indianapolis, IN 46204-2253
18281494      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 01 2015 01:01:09
               Indiana Department of State Revenue,   100 North Senate Ave Room N 203,
               Indianapolis, IN 46204-2217
17718262      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 01 2015 01:01:09
               Indiana Dept of Revenue,   100 N. Senate Avenue,   Indiana Government Ctr. N.,
               Indianapolis, IN 46204-2253
17718276      +E-mail/Text: edowell@kensbeverage.com Aug 01 2015 01:14:11      Ken's Beverage, Inc.,
               P.O. Box 110,   Montgomery, IL 60538-0110
18250133      +E-mail/Text: bankrup@aglresources.com Aug 01 2015 01:12:33      Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
17718292      +E-mail/Text: bankrup@aglresources.com Aug 01 2015 01:12:33      Nicor Gas,   P.O. Box 0632,
               Aurora, IL 60507-0632
22052466      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 01 2015 01:13:45
               Office of the United States Trustee,   219 S. Dearborn Street,   Room 873,
               Chicago, IL 60604-2027
17718299      +E-mail/Text: tbyers@olysigns.com Aug 01 2015 01:15:44      Olympic Signs,
               1130 N. Garfield Road,   Lombard, IL 60148-1336
17718326      +E-mail/Text: sandranevarez@superiorbeverage.com Aug 01 2015 01:15:22      Superior Beverage Inc.,
               1070 Orchard Road,   Montgomery, IL 60538-1009
17718332      +E-mail/Text: rbutler@munster.org Aug 01 2015 01:13:41      Town of Munster,   Water Billing,
               1005 Ridge Road,   Munster, IN 46321-1849
17946409      +E-mail/Text: rbutler@munster.org Aug 01 2015 01:13:41      Town of Munster,   1005 Ridge Road,
               Munster, IN 46321-1849
18337012      +E-mail/Text: rmcbknotices@wm.com Aug 01 2015 01:15:29      Waste Management,
               2625 W. Grandview Rd. Ste. 150,   Phoenix, AZ 85023-3109
17718345      +E-mail/Text: rmcbknotices@wm.com Aug 01 2015 01:15:29      Waste Management,   1411 Opus Place,
               Suite 400,   Downers Grove, IL 60515-1481
17886645      +E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Aug 01 2015 01:14:03
               Zurich American Insurance Company,   PO Box 68549,   Schaumburg, IL 60168-0549
                                                                                        TOTAL: 29


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17946417*     +AT&T,   P.O. Box 5080,   Carol Stream, IL 60197-5080
17946415*     +Alcohol and Tobacco Commission,   302 W. Washington Street,   Room E114,
               Indianapolis, IN 46204-2740
17946416*     +Arco,   3333 E 143rd Street,   Burnham, IL 60633-1628
17718203*     +B&K Equipment Company,   2939 - 175th Street,   Lansing, IL 60438-1919
17946403*     +City of Joliet,   150 W. Jefferson Street,   Joliet, IL 60432-4158
17946507*     +Comcast Cable,   P.O. Box 3004,   Southeastern, PA 19398
17946509*     +Commercial Appliance of Illinois,   6 East County Line Road,   Grant Park, IL 60940-4027
19980307*     +Cook County Treasurer,   118 N. Clark, Room 112,   Chicago, IL 60602-1590
17946510*     +CoreMark,   1055 Salt River Road,   Lynchfield, KY 42754-1700
17946514*     +Delmares Produce, Inc.,   1314 W 21st Street,   Chicago, IL 60608-3112
17718264*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,   230 S. Dearborn, Suite 3030A,
               Attn: STOP 5010-CHI,   Chicago, IL 60604)
17946407*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,   230 S. Dearborn, Suite 3030A,
               Attn: STOP 5010-CHI,   Chicago, IL 60604)

```
District/off: 0752-1            User: dross              Page 5 of 8              Date Rcvd: Jul 31, 2015
                               Form ID: pdf006          Total Noticed: 220
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
17718265*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,   P.O. Box 145585,   Stop 8420G,
               Cincinnati, OH 45250)
17946408*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,   P.O. Box 145585,   Stop 8420G,
               Cincinnati, OH 45250)
17946404*    +Illinois Department Of Agriculture,   P. O. Box 19281,   Springfield, IL 62794-9281
17788139*    +Illinois Department Of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
20894640*    +Indiana Department of Revenue,   Bankruptcy Section, N-240,   100 North Senate Avenue,
               Indianapolis, IN 46204-2253
18281500*    +Indiana Department of State Revenue,   100 North Senate Ave Room N 203,
               Indianapolis, IN 46204-2217
17946406*    +Indiana Dept of Revenue,   100 N. Senate Avenue,   Indiana Government Ctr. N.,
               Indianapolis, IN 46204-2253
17718277*    +Ken's Beverage, Inc.,   PO Box 110,   Montgomery, IL 60538-0110
17946610*    +RWJ Crestwood, LLC,   13459 S. Cicero Avenue,   Crestwood, IL 60445-1429
22360044*     S. ABRAHAM & SONS, INC.,   PO BOX 1768,   GRAND RAPIDS, MI 49501-1768
17801412*     Superior Beverage Inc.,   1070 Orchard Rd.,   Montgomery, IL 60538-1009
17946410*    +Village of Crestwood,   13840 S. Cicero Avenue,   Crestwood, IL 60445-1827
17718338*    +Village of Forest View,   7000 W. 46th Street,   Forest View, IL 60402-4355
17946412*    +Village of Romeoville,   1050 W. Romeo Road,   Romeoville, IL 60446-1390
17946414     ##+A1 Door and Heating Systems Inc.,   (American Express),   218 S. Chicago Street,
               Joliet, IL 60436-2273
18050832     ##+Blue Rhino,   470 W Hanes Mill Road Ste 200,   Winston-Salem, NC 27105-9102
17718287     ##+Louise Juckniess,   821 N. Washington St.,   Hinsdale, IL 60521-2847
17946655     ##+Webit-Services,   1870 Dean Street,   Unit A,   Saint Charles, IL 60174-4869
                                                                      TOTALS: 0, * 26, ## 4
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2015 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
          ahammer@sugarfgh.com,
          chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocke
          t@sugarfgh.com;dmadden@sugarfgh.com
          Alex Darcy   on behalf of Other Prof.   Convenience Management Services Inc
          adarcy@askounisdarcy.com
          Alexander F Brougham   on behalf of Creditor   RWJ Munster, LLC abrougham@ag-ltd.com
          Alexander F Brougham   on behalf of Creditor   RWJ Glen Ellyn, LLC abrougham@ag-ltd.com
          Alexander F Brougham   on behalf of Creditor   RWJ Romeoville, LLC abrougham@ag-ltd.com
          Alexander F Brougham   on behalf of Interested Party   RWJ Downers Grove, LLC abrougham@ag-ltd.com
          Alexander F Brougham   on behalf of Debtor   RWJ Management Co., Inc. abrougham@ag-ltd.com
          Alexander F Brougham   on behalf of Creditor   RWJ Downers Grove, LLC abrougham@ag-ltd.com
          Arlene N Gelman   on behalf of Defendant Louise Berezny agelman@vedderprice.com
          Bernard K Weiler   on behalf of Defendant   Superior Beverage, Inc. bkw@mickeywilson.com,
          lab@mickeywilson.com
          Brian L Shaw   on behalf of Other Prof.   Romeoville Development L.L.C. bshaw@shawfishman.com,
          jbunton@shawfishman.com
          Brian L Shaw   on behalf of Other Prof.   The Shiner Group bshaw@shawfishman.com,
          jbunton@shawfishman.com
```

District/off: 0752-1          User: dross          Page 6 of 8          Date Rcvd: Jul 31, 2015
                             Form ID: pdf006       Total Noticed: 220

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Carmen D Caruso   on behalf of Debtor   RWJ Management Co., Inc. cdc@cdcaruso.com,
                sms@cdcaruso.com
             Carmen D Caruso   on behalf of Creditor   RWJ Management Co. II, Inc. cdc@cdcaruso.com,
                sms@cdcaruso.com
             Chester H. Foster, Jr.   on behalf of Interested Party Robert  Juckniess chf@fosterlegalsvcs.com,
                dbf@fosterlegalservices.com
             Christopher  Combest   on behalf of Trustee Philip V Martino, ESQ christopher.combest@quarles.com,
                Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
             Christopher  Combest   on behalf of Trustee Philip V. Martino christopher.combest@quarles.com,
                Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
             Christopher M Cahill   on behalf of Financial Advisor   McGladrey LLP ccahill@lowis-gellen.com,
                abockman@lowis-gellen.com
             Danielle  Juhle   on behalf of Creditor   BMO Harris Bank N.A. danielle.juhle@goldbergkohn.com,
                kristina.bunker@goldbergkohn.com
             David J Simmons   on behalf of Defendant   BP Products North America, Inc. ds@greensfelder.com,
                dmh@greensfelder.com;meg@greensfelder.com;jep@greensfelder.com;tmf@greensfelder.com
             David J Simmons   on behalf of Creditor   BP Products North America Inc. ds@greensfelder.com,
                dmh@greensfelder.com;meg@greensfelder.com;jep@greensfelder.com;tmf@greensfelder.com
             David R Doyle   on behalf of Other Prof.   Romeoville Development L.L.C. ddoyle@shawfishman.com,
                kjanecki@shawfishman.com
             David R Doyle   on behalf of Other Prof.   The Shiner Group ddoyle@shawfishman.com,
                kjanecki@shawfishman.com
             Debra Devassy Babu   on behalf of Other Prof.   Convenience Management Services Inc
                ddevassy@askounisdarcy.com
             Devon J Eggert   on behalf of Creditor   Freeborn & Peters LLP deggert@freeborn.com,
                bkdocketing@freeborn.com
             Devon J Eggert   on behalf of Plaintiff Philip V Martino deggert@freeborn.com,
                bkdocketing@freeborn.com
             Devon J Eggert   on behalf of Trustee Philip V Martino, ESQ deggert@freeborn.com,
                bkdocketing@freeborn.com
             Devon J Eggert   on behalf of Spec. Counsel   Freeborn & Peters LLP deggert@freeborn.com,
                bkdocketing@freeborn.com
             Devon J Eggert   on behalf of Financial Advisor   Protiviti Inc. deggert@freeborn.com,
                bkdocketing@freeborn.com
             Devon J Eggert   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
                deggert@freeborn.com,  bkdocketing@freeborn.com
             E. Philip  Groben   on behalf of Defendant   Parent Petroleum pgroben@cohenandkrol.com,
                trotman@cohenandkrol.com;jneiman@cohenandkrol.com
             Faith  Dolgin   on behalf of Interested Party   Illinois Department Of Transportation
                faith.dolgin@illinois.gov
             Gina B Krol, ESQ   on behalf of Creditor   Parent Petroleum Inc. gkrol@cohenandkrol.com,
                gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
             Gina B Krol, ESQ   on behalf of Defendant   Parent Petroleum gkrol@cohenandkrol.com,
                gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
             Jeremy C Kleinman   on behalf of Defendant   Frito-Lay North America, Inc. jkleinman@fgllp.com,
                ccarpenter@fgllp.com;mmatlock@fgllp.com
             Jeremy C Kleinman   on behalf of Creditor Committee   Bottling Group, LLC d/b/a Pepsi Beverages
                Company jkleinman@fgllp.com,  ccarpenter@fgllp.com;mmatlock@fgllp.com
             Jeremy M Downs   on behalf of Creditor   BMO Harris Bank N.A. jeremy.downs@goldbergkohn.com,
                kristina.bunker@goldbergkohn.com
             Jeremy M Downs   on behalf of Creditor   Capital Crossing Servicing Company, LLC
                jeremy.downs@goldbergkohn.com,  kristina.bunker@goldbergkohn.com
             Jeremy M Downs   on behalf of Creditor   Monty SPV, LLC jeremy.downs@goldbergkohn.com,
                kristina.bunker@goldbergkohn.com
             John R Weiss   on behalf of Interested Party Robert  Juckniess jrweiss@duanemorris.com
             Joseph D Frank   on behalf of Creditor Committee   Bottling Group, LLC d/b/a Pepsi Beverages
                Company jfrank@fgllp.com,  ccarpenter@fgllp.com;jkleinman@fgllp.com
             Kurt M. Carlson   on behalf of Creditor   Exelon Energy Company kcarlson@carlsondash.com,
                knoonan@carlsondash.com;bmurzanski@carlsondash.com
             L Katie  Mason   on behalf of Interested Party   Sasafrasnet, LLC kmason@reinhartlaw.com,
                kmason@reinhartlaw.com
             Lars A Peterson   on behalf of Creditor   B&R Oil Company, Inc. lapeterson@foley.com,
                khall@foley.com
             Lauren N. Beslow   on behalf of Trustee Philip V Martino, ESQ Lauren.Beslow@quarles.com,
                Faye.Feinstein@quarles.com
             Mark  Page   on behalf of Creditor   BP Products North America Inc. mpage@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
             Mark A Carter   on behalf of Creditor   RWJ Munster, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Debtor   RWJ Management Co. II, Inc. mac@ag-ltd.com,
                lhope@ag-ltd.com
             Mark A Carter   on behalf of Creditor   RWJ Downers Grove, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Debtor   RWJ Glen Ellyn, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Creditor   RWJ Wauconda, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Plaintiff   RWJ Management Co. II, Inc. mac@ag-ltd.com,
                lhope@ag-ltd.com
             Mark A Carter   on behalf of Debtor   RWJ Crestwood, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Debtor   RWJ Downers Grove, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
             Mark A Carter   on behalf of Debtor   RWJ Management Co., Inc. mac@ag-ltd.com,  lhope@ag-ltd.com

```
District/off: 0752-1          User: dross          Page 7 of 8          Date Rcvd: Jul 31, 2015
                             Form ID: pdf006        Total Noticed: 220
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
           Mark A Carter     on behalf of Creditor      RWJ Glen Ellyn, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Forestview, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Crestwood, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Plaintiff     RWJ Management Co., Inc. mac@ag-ltd.com,
               lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Yorkville LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Elmhurst, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Plainfield, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Management Co. II, Inc. mac@ag-ltd.com,
               lhope@ag-ltd.com
           Mark A Carter     on behalf of Debtor        RWJ Munster, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Debtor        RWJ Elmhurst, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Attorney      Adelman & Gettleman, Ltd. mac@ag-ltd.com,
               lhope@ag-ltd.com
           Mark A Carter     on behalf of Debtor        RWJ Forestview, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Mark A Carter     on behalf of Creditor      RWJ Romeoville, LLC mac@ag-ltd.com,  lhope@ag-ltd.com
           Matthew A Olins   on behalf of Defendant     RWJ Enterprises, Inc. maolins@duanemorris.com
           Michael W Debre   on behalf of Other Prof.   Convenience Management Services Inc
               mdebre@askounisdarcy.com
           Nathan Q. Rugg    on behalf of Creditor      RWJ Crestwood, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Romeoville, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Management Co., Inc. nrugg@ag-ltd.com,
               lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Plaintiff     RWJ Management Co. II, Inc. nrugg@ag-ltd.com,
               lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Yorkville LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Elmhurst, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Downers Grove, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Glen Ellyn, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Plaintiff     RWJ Management Co., Inc. nrugg@ag-ltd.com,
               lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Management Co. II, Inc. nrugg@ag-ltd.com,
               lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Forestview, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Creditor      RWJ Downers Grove, LLC nrugg@ag-ltd.com,
               lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Crestwood, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Munster, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Plainfield, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Nathan Q. Rugg    on behalf of Debtor        RWJ Wauconda, LLC nrugg@ag-ltd.com,  lhope@ag-ltd.com
           Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
           Philip V Martino, ESQ    on behalf of Attorney   Quarles & Brady LLP philip.martino@quarles.com
           Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
           Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
           Philip V Martino, ESQ    on behalf of Accountant   Popowcer Katten LTD philip.martino@quarles.com
           Phillip W. Nelson   on behalf of Creditor    Graham Enterprise Inc. phillip.nelson@lockelord.com,
               karen.soto@lockelord.com;ChicagoDocket@lockelord.com
           Phillip W. Nelson   on behalf of Defendant   Graham Enterprise, Inc. phillip.nelson@lockelord.com,
               karen.soto@lockelord.com;ChicagoDocket@lockelord.com
           Rebecca D. Rosenthal   on behalf of Debtor   RWJ Management Co., Inc. rdr@ag-ltd.com
           Rebecca D. Rosenthal   on behalf of Creditor   RWJ Crestwood, LLC rdr@ag-ltd.com
           Richard A Bixter   on behalf of Interested Party   Illinois Department Of Transportation
               richard.bixter@hklaw.com
           Richard S Lauter   on behalf of Plaintiff Philip V Martino rlauter@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
           Richard S Lauter   on behalf of Trustee Philip V Martino, ESQ rlauter@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
           Richard S Lauter   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
               rlauter@freeborn.com,  bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
           Roger J. Higgins   on behalf of Creditor    Core-Mark Holding Company, Inc.
               rhiggins@rogerhigginslaw.com
           Roger J. Higgins   on behalf of Defendant   Core-Mark Holding Company, Inc.
               rhiggins@rogerhigginslaw.com
           Roman Sukley   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
           Ronald J Broida   on behalf of Defendant    Kozol Brothers, Inc. lawyers@broida-law.com,
               lawyers@broida-law.com
           Rosanne Ciambrone   on behalf of Interested Party Robert  Juckniess rciambrone@duanemorris.com,
               jkahane@duanemorris.com;rpdarke@duanemorris.com
           Rosanne Ciambrone   on behalf of Defendant   RWJ Enterprises, Inc. rciambrone@duanemorris.com,
               jkahane@duanemorris.com;rpdarke@duanemorris.com
           Sarah Baker   on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
           Sherwin D Abrams   on behalf of Petitioning Creditor   Abrams & Chapman LLP sdabrams@sbcglobal.net
           Stephanie K. Hor-Chen   on behalf of Defendant Louise  Berezny schen@vedderprice.com,
               ecfdocket@vedderprice.com
```

```
District/off: 0752-1          User: dross          Page 8 of 8              Date Rcvd: Jul 31, 2015
                             Form ID: pdf006       Total Noticed: 220
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Steven A Andersson   on behalf of Defendant    Superior Beverage, Inc. saa@mickeywilson.com,
             lab@mickeywilson.com
          Steven B Chaiken    on behalf of Creditor    RWJ Elmhurst, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Romeoville, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Forestview, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Glen Ellyn, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Wauconda, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Downers Grove, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Plaintiff    RWJ Management Co. II, Inc. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Plaintiff    RWJ Management Co., Inc. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Crestwood, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Munster, LLC schaiken@ag-ltd.com,  lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Attorney    Adelman & Gettleman, Ltd. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Management Co. II, Inc. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Debtor    RWJ Management Co., Inc. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Yorkville LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Interested Party    RWJ Enterprises, Inc. schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Creditor    RWJ Plainfield, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Accountant    Campbell Accounting, LLC schaiken@ag-ltd.com,
             lhope@ag-ltd.com
          William J McKenna    on behalf of Defendant    Atlas Oil Company wmckenna@foley.com,
             thardy@foley.com;khall@foley.com
          William J McKenna    on behalf of Counter-Claimant    Atlas Oil Company wmckenna@foley.com,
             thardy@foley.com;khall@foley.com
                                                                              TOTAL: 128
```