EUGENE R. WEDOFF

## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWJ MANAGEMENT CO., INC., | § | Case No. 11-34845 |
| | § | |
| Debtor(s) | § | |

### AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 08/26/2011 . The case was converted to one under Chapter 7 on 05/23/2014 . The undersigned trustee was appointed on 05/23/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     698,080.41

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 287,211.00 |
| Bank service fees | 4,227.49 |
| Other payments to creditors | 50,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]    $ | 356,641.92 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/29/2014  and the deadline for filing governmental claims was  08/29/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 38,154.02 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 38,154.02 , for a total compensation of $ 38,154.02 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2015_____      By:/s/PHILIP V. MARTINO_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 11-34845 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | PHILIP V. MARTINO |

Case Name:    RWJ MANAGEMENT CO., INC.,

Date Filed (f) or Converted (c):    05/23/14 (c)

341(a) Meeting Date:    07/01/14

For Period Ending:  06/30/15    (2nd reporting period for this case)

Claims Bar Date:    08/29/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business Income Loss Insurance Glen Ellyn (u) | 0.00 | 19,386.00 | | 19,386.00 | FA |
| 2. Unpaid Invoices for Architect (u) | 0.00 | 8,262.97 | | 8,262.97 | FA |
| 3. Balance of RWJ Management Co Baytree Bank Account Operating Bank account for RWJ I | 0.00 | 20,598.58 | | 20,598.58 | FA |
| 4. RWJ Management Co. II Baytree Bank Account Operating Account for RWJ Management II | 0.00 | 7,286.31 | | 7,286.31 | FA |
| 5. CSC Service Works BP Amoco Commission Check (u) | 0.00 | 17.21 | | 17.21 | FA |
| 6. Chapter 11 banking account balance (u) | 0.00 | 285,927.61 | | 285,927.61 | FA |
| 7. AVOIDANCE ACTIONS (u) Being prosecuted by special counsel. | 0.00 | 0.00 | | 399,250.00 | FA |
| 8. Deductible Reimbursement (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 9. Nicor Gas Refund (u) | 0.00 | 24.44 | | 24.44 | FA |
| 10. Graham Enterprise Inc Deposit (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 11. Refund of Overpayment to Waste Management (u) | 0.00 | 493.32 | | 493.32 | FA |
| 12. COMMISSIONS (u) | 0.00 | 39.87 | | 39.87 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $353,036.31 | | $752,286.31 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was submitted to the U.S. Trustee's office on June 17, 2015.  Awaiting final approval.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 11-34845   ERW   Judge: EUGENE R. WEDOFF | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | | Date Filed (f) or Converted (c): | 05/23/14 (c) |
| | | | 341(a) Meeting Date: | 07/01/14 |
| | | | Claims Bar Date: | 08/29/14 |

/s/   PHILIP V. MARTINO

_____ Date: 08/05/15

PHILIP V. MARTINO

FOR Page

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-34845  -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9929  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 05/27/14 | 6 | Philip V. Martino, Trustee for RWJ Management Co. Cha[ter 11 | Chapter 11 account transfer to Ch 7 | 1290-000 | 285,927.61 | | 285,927.61 |
| C | 05/29/14 | | Freeborn & Peters | Wire transfer for retainer dkt 1062 | 3210-000 | | 50,000.00 | 235,927.61 |
| C | 05/29/14 | | Monty Grantor Trust | Wire Transfer for Retainer dkt 1062 | 3991-000 | | 50,000.00 | 185,927.61 |
| C | 05/30/14 | 005001 | Campbell Account LLC | 90% of August 2013 invoice dkt 132 Interim Payment | 6410-000 | | 1,193.40 | 184,734.21 |
| C | 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 483.86 | 184,250.35 |
| C | 06/11/14 | 005002 | U.S. Trustee | 4th quarter 2013, 1st quarter 2014 U.S. Trustee quarterly fees | 2950-000 | | 9,104.76 | 175,145.59 |
| * C | 06/13/14 | | Associated Bank | Bank Charges | 2600-003 | | 60.00 | 175,085.59 |
| * C | 06/17/14 | | Reverses Adjustment OUT on 06/13/14 | Bank Charges Wire transfer fees that bank has reversed. | 2600-003 | | -60.00 | 175,145.59 |
| C | 06/20/14 | 005003 | International Sureties, Ltd. | Chapter 11 Bond - 016052304 | 2300-000 | | 900.00 | 174,245.59 |
| C | 07/01/14 | | Account Transfer to 2221659929 | Transfer from account 2221644699 | 9999-000 | 455.31 | | 174,700.90 |
| C | 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 261.56 | 174,439.34 |
| * C | 07/17/14 | 005004 | Protiviti Inc. | Final Fees and costs pursuant to 7/16/14 Order | 6700-003 | | 75,000.00 | 99,439.34 |
| C | 07/17/14 | 005005 | Philip V. Martino, Trustee Chapter 11 | Final Compensation for Ch 11 Truste pursuant to 7/16/14 Order/Motion | 6101-000 | | 8,154.60 | 91,284.74 |
| C | 07/17/14 | 005006 | Quarles & Brady LLP | Final fees and costs pursuant to 7/16/14 court order/motion | | | 18,364.80 | 72,919.94 |
| | | | | Fees      15,806.50 | 6110-000 | | | |
| | | | | Expenses    2,558.30 | 6120-000 | | | |
| C | 07/17/14 | 005007 | Popowcer Katten Ltd. | Final Fees and Costs pursuant to 7/16/14 court order | | | 6,863.94 | 66,056.00 |
| | | | | Fees      6,817.00 | 6410-000 | | | |
| | | | | Expenses      46.94 | 6420-000 | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 286,382.92 | 220,326.92 |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 18.05

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-34845 -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |

| | |
|---|---|
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9929  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C | 07/18/14 | 005004 | Protiviti Inc. | Final Fees and costs | 6700-003 | | -75,000.00 | 141,056.00 |
| | | | | Retainer - check should be $50,000. | | | | |
| C | 07/18/14 | 005008 | Freeborn & Peters | Final Chapter 11 fees and costs | | | 14,597.70 | 126,458.30 |
| | | | | Fees              13,092.50 | 3210-000 | | | |
| | | | | Expenses        1,505.20 | 3220-000 | | | |
| C | 07/18/14 | 005009 | Protiviti Inc. | Final Fees and costs | 6700-000 | | 50,000.00 | 76,458.30 |
| C | 07/22/14 | 8 | Depositors Insurance Company | | 1229-000 | 1,000.00 | | 77,458.30 |
| * C | 07/22/14 | 9 | Nicor Gas | | 1229-003 | 22.44 | | 77,480.74 |
| * C | 07/22/14 | 9 | Nicor Gas | VOID | 1229-003 | -22.44 | | 77,458.30 |
| | | | | Wrong amount.  Check was 24.44 | | | | |
| C | 07/22/14 | 9 | Nicor Gas | | 1229-000 | 24.44 | | 77,482.74 |
| C | 08/05/14 | | Popowcer Katten Ltd. | Overpayment of fees to accountant | 1290-000 | 30.50 | | 77,513.24 |
| C | 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 245.82 | 77,267.42 |
| C | 08/28/14 | 005010 | Freeborn & Peters LLP | Contingency Fee per 8/27/14 Order | 3991-000 | | 14,025.00 | 63,242.42 |
| C | 08/28/14 | 005011 | Capital Crossing Servicint Company and Monty SPV, LLC | Cash Collateral per 8/27/14 Order | 4220-000 | | 50,000.00 | 13,242.42 |
| C | 08/29/14 | 7 | Louise W Berezny Trust | Settlement payment | 1249-000 | 85,000.00 | | 98,242.42 |
| C | 08/29/14 | 10 | Graham Enterprise, Inc. | Return of Deposit | 1229-000 | 10,000.00 | | 108,242.42 |
| C | 09/05/14 | 7 | Kozol Bros., Inc. | | 1249-000 | 1,000.00 | | 109,242.42 |
| C | 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 169.24 | 109,073.18 |
| C | 09/24/14 | | Global Surety LLC | Refund of CH 11 Bond Premium | 6102-000 | | -777.00 | 109,850.18 |
| C | 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 178.21 | 109,671.97 |
| C | 10/08/14 | 7 | Core-Mark Mid-Continent Inc. | Settlement payment | 1241-000 | 7,500.00 | | 117,171.97 |
| C | 10/17/14 | 7 | Hayes Beer Dist. Co. | | 1241-000 | 3,000.00 | | 120,171.97 |
| C | 10/17/14 | 11 | Waste Management | Refund of Overpayment | 7100-000 | 493.32 | | 120,665.29 |
| C | 10/27/14 | 12 | CSC ServiceWorks | Commission Check | 1290-000 | 39.87 | | 120,705.16 |
| C | 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.21 | 120,530.95 |
| C | 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.42 | 120,357.53 |
| C | 01/07/15 | 7 | Superior Beverage Co. | Settlement payment | 1241-000 | 1,250.00 | | 121,607.53 |

| | | |
|---|---|---|
| Page Subtotals | 109,338.13 | 53,786.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.05

FORM 2                                                                                                  Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        11-34845  -ERW                          Trustee Name:          PHILIP V. MARTINO
Case Name:      RWJ MANAGEMENT CO., INC.,               Bank Name:             ASSOCIATED BANK
                                                        Account Number / CD #:  *******9929  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******3538
For Period Ending:  06/30/15                            Blanket Bond (per case limit):  $ 5,000,000.00
                                                        Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 178.92 | 121,428.61 |
| C | 02/03/15 | 7 | Louise M. Juckniess 4209 Wythe Ln. Indianapolis, IN  46250 | Settlement payment | 1241-000 | 300,000.00 | | 421,428.61 |
| C | 02/04/15 | 005012 | Freeborn & Peters LLP 311 South Wacker Drive, Suite 3000 Chicago, IL  60606-6677 | contingency fee 10/14/14 ($450) and 1/28/15 (45,187.50) Orders | 3210-000 | | 45,637.50 | 375,791.11 |
| C | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.18 | 375,610.93 |
| C | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 536.79 | 375,074.14 |
| C | 03/24/15 | 7 | Pepsico | Settlement payment | 1241-000 | 1,500.00 | | 376,574.14 |
| C | 03/24/15 | 005013 | Freeborn & Peters | Contingency Fee for Frito-Lay Claim $1500 Settlement (15% contingency) | 3210-000 | | 225.00 | 376,349.14 |
| C | 03/24/15 | 005014 | Corporation Services Company | Payment for annual and filing fees | 3991-000 | | 1,619.81 | 374,729.33 |
| C | 04/01/15 | 005015 | Freeborn & Peters | Final Fees/Costs per 3/31/15 Order 49,982.49 approved 33,458 Retainer Total owed $16,524.49       Fees          13,392.00       Expenses      3,132.49 | 3210-000 3220-000 | | 16,524.49 | 358,204.84 |
| C | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 595.37 | 357,609.47 |
| C | 05/06/15 | | Corporation Service Company | Overpayment on Invoice Overpayment on CSC invoices made 3/24/15 with Check #5014. | 3991-000 | 82.36 | | 357,691.83 |
| C | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 518.91 | 357,172.92 |
| C | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 531.00 | 356,641.92 |

Page Subtotals          301,582.36          66,547.97

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        11-34845 -ERW
Case Name:   RWJ MANAGEMENT CO., INC.,

Taxpayer ID No: *******3538
For Period Ending: 06/30/15

Trustee Name:   PHILIP V. MARTINO
Bank Name:       ASSOCIATED BANK
Account Number / CD #:    *******9929 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 697,303.41 | 340,661.49 | 356,641.92 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 697,303.41 | 340,661.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 697,303.41 | 340,661.49 | |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals        0.00        0.00

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-34845  -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 07/23/13 | | Wire Transfer from Closing | Funds to be held for professional s | 1290-000 | 1,414,276.00 | | 1,414,276.00 |
| C | 07/23/13 | 003001 | Philip V. Martino, Trustee | Trustee Fees | 6101-000 | | 46,070.10 | 1,368,205.90 |
| C | 07/23/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (May) | 6110-000 | | 111,296.21 | 1,256,909.69 |
| C | 07/23/13 | 003003 | Freeborn & Peters | Freeborn & Peters | 6700-000 | | 15,561.55 | 1,241,348.14 |
| * C | 08/01/13 | 003004 | U.S. Trustee<br>Region 11<br>Room 873<br>219 South Dearborn<br>Chicago, IL  60604 | RWJ 2nd Quarterly Fees | 2950-003 | | 29,474.23 | 1,211,873.91 |
| * C | 08/01/13 | 003004 | U.S. Trustee<br>Region 11<br>Room 873<br>219 South Dearborn<br>Chicago, IL  60604 | RWJ 2nd Quarterly Fees<br>Wrong Amount.  Should be $29,774.23. | 2950-003 | | -29,474.23 | 1,241,348.14 |
| C | 08/01/13 | 003005 | U.S. Trustee<br>Region 11<br>Room 873<br>219 South Dearborn<br>Chicago, IL  60604 | 2nd Quarterly Fees for RWJ | 2950-000 | | 29,774.23 | 1,211,573.91 |
| C | 08/02/13 | 003006 | U.S. Trustee<br>Region 11<br>Room 873<br>219 South Dearborn<br>Chicago, IL  60604 | RWJ Management II 11-34915<br>2nd quarterly fee | 2950-000 | | 13,047.19 | 1,198,526.72 |
| C | 08/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 428.64 | 1,198,098.08 |
| C | 08/20/13 | 003007 | Philip V. Martino, Trustee | Trustee Fees | 6101-000 | | 49,060.08 | 1,149,038.00 |
| * C | 08/20/13 | 003008 | Quarles & Brady LLP | Attorney for Trustee Fees and Costs<br>         Fees         95,821.08 | 6101-000<br>3110-003 | | 100,878.95 | 1,048,159.05 |

Page Subtotals          1,414,276.00          366,116.95

Ver: 18.05

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-34845  -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          5,057.87 | 3120-003 | | | |
| C  08/20/13 | 003009 | Freeborn & Peters | Attorney for Committee Fees | 3991-000 | | 38,774.25 | 1,009,384.80 |
| * C  08/21/13 | 003008 | Quarles & Brady LLP | Attorney for Trustee Fees and Costs | | | -100,878.95 | 1,110,263.75 |
| | | | Wrong amount. | | | | |
| | | | Fees          (      95,821.08 ) | 3110-003 | | | |
| | | | Expenses      (       5,057.87 ) | 3120-003 | | | |
| C  08/21/13 | 003010 | Philip V. Martino, Trustee | 1st Interim Holdback | 6101-000 | | 20,570.52 | 1,089,693.23 |
| C  08/21/13 | 003011 | McGladrey LLP | Fees per 8/8/13 Court Order | 3991-000 | | 48,161.00 | 1,041,532.23 |
| C  08/21/13 | 003012 | Freeborn & Peters | 7th Interim Holdback | 3991-000 | | 4,933.75 | 1,036,598.48 |
| C  08/21/13 | 003013 | Quarles & Brady LLP | Fees and Costs for Attorney for Tru | | | 96,326.82 | 940,271.66 |
| | | | Fees          91,269.45 | 3110-000 | | | |
| | | | Expenses       5,057.37 | 3120-000 | | | |
| C  08/30/13 | 1 | Depositors Insurance Company | Insurance for Loss of Business | 1290-000 | 19,386.00 | | 959,657.66 |
| C  09/09/13 | 003014 | Quarles & Brady LLP | 10% holdback through June 2013 | 3110-000 | | 41,172.55 | 918,485.11 |
| C  09/09/13 | | Associated Bank | Bank Charges | 2600-000 | | 1,729.39 | 916,755.72 |
| C  09/11/13 | 003015 | Philip V. Martino as Trustee | 90% July Payment | 2100-000 | | 37,832.40 | 878,923.32 |
| C  09/11/13 | 003016 | Quarles & Brady LLP | 90% July fees, 100% costs | | | 81,146.67 | 797,776.65 |
| | | | Fees          80,497.80 | 3110-000 | | | |
| | | | Expenses        648.87 | 3120-000 | | | |
| C  09/11/13 | 003017 | Freeborn & Peters | Balance of Holdback | 3991-000 | | 10,730.45 | 787,046.20 |
| C  09/17/13 | 003018 | Adelman & Gettleman Ltd. | Fees and Costs from Carve-out | 6700-000 | | 306,115.00 | 480,931.20 |
| | | | Attorney for Debtor | | | | |
| C  10/03/13 | 2 | Depositors Insurance Company | Unpaid Invoices for Architect | 1290-000 | 8,262.97 | | 489,194.17 |
| C  10/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 1,151.97 | 488,042.20 |
| C  10/10/13 | 003019 | Quarles & Brady LLP | Attorney fees and costs | | | 17,775.14 | 470,267.06 |
| | | | Fees          17,624.70 | 3110-000 | | | |
| | | | Expenses        150.44 | 3120-000 | | | |
| C  10/10/13 | 003020 | Philip V. Martino, Trustee | Trustee fees (90%) | 6101-000 | | 12,448.08 | 457,818.98 |
| C  10/17/13 | 003021 | Popowcer Katten, Ltd. | Accountant fees | 3410-000 | | 6,817.00 | 451,001.98 |

Page Subtotals          27,648.97          624,806.04

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-34845 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4699 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 700.42 | 450,301.56 |
| C 11/12/13 | 003022 | Quarles & Brady LLP | September 90% fees | 3110-000 | | 6,925.50 | 443,376.06 |
| C 11/12/13 | 003023 | Philip V> Martino, Trustee | Trustee Fees (90% September) | 6101-000 | | 8,115.66 | 435,260.40 |
| C 11/22/13 | 003024 | Freeborn & Peters | July, August, September 2013 | 3991-000 | | 65,331.38 | 369,929.02 |
| C 11/27/13 | 003025 | U.S. Trustee | Third Quarterly Fees | 2950-000 | | 22,746.97 | 347,182.05 |
| C 12/06/13 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 636.36 | 346,545.69 |
| C 12/20/13 | 003026 | Sorce Architecture, P.C. | Invoice 13104-01 3/22/13 Paid In | 6700-000 | | 3,000.99 | 343,544.70 |
| | | 3030 W. Salt Creek Lane, Suite 122 | Full | | | | |
| | | Arlington Heights, IL 60005 | | | | | |
| C 12/20/13 | 003027 | RMJ Construction Ltd. | Invoice 2013-00819 8/19/13 Paid | 6710-000 | | 5,261.98 | 338,282.72 |
| | | 1610 W. Augusta Boulevard | In Full | | | | |
| | | Chicago, IL 60622 | | | | | |
| C 01/08/14 | | Associated Bank | Bank Charges | 2600-000 | | 541.93 | 337,740.79 |
| C 02/07/14 | | Congressional | Bank Charges | 2600-000 | | 505.19 | 337,235.60 |
| C 03/07/14 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 452.87 | 336,782.73 |
| C 04/07/14 | | Associated Bank | Bank Charges | 2600-000 | | 500.69 | 336,282.04 |
| C 04/29/14 | 3 | RWJ Management Co. Inc. | | 1129-000 | 20,598.58 | | 356,880.62 |
| C 04/29/14 | 4 | RWJ Management Co, Inc. II | | 1129-000 | 7,286.31 | | 364,166.93 |
| C 05/07/14 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 486.51 | 363,680.42 |
| C 05/19/14 | 003028 | Prairie Farms, Peoria Division | BP RWJ Crestwood | 6910-000 | | 1,090.28 | 362,590.14 |
| C 05/19/14 | 003029 | Stealth Security/Total Fire Safety | Account No. 10829/Invoice R73532 | 6910-000 | | 165.00 | 362,425.14 |
| C 05/19/14 | 003030 | Downers Grove Sanitary District | Account OA 518743143 | 6910-000 | | 138.87 | 362,286.27 |
| C 05/19/14 | 003031 | Downers Grove Sanitary District | Account OA518743144 | 6910-000 | | 318.54 | 361,967.73 |
| C 05/19/14 | 003032 | Dunbar Armored | Account 99000254 | 6910-000 | | 326.04 | 361,641.69 |
| * C 05/19/14 | 003033 | AT&T | Account 125975299 | 6910-003 | | 20.00 | 361,621.69 |
| * C 05/19/14 | 003033 | AT&T | Account 125975299 | 6910-003 | | -20.00 | 361,641.69 |
| | | | Wrong amount | | | | |
| C 05/19/14 | 003034 | AT&T | Account 125975299 | 6910-000 | | 70.00 | 361,571.69 |
| C 05/19/14 | 003035 | AT&T | Account 630 553-3880-511 1 | 6910-000 | | 41.65 | 361,530.04 |

| | Page Subtotals | 27,884.89 | 117,356.83 | |

Ver: 18.05

LFORM24

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-34845  -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |
| | |
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 05/19/14 | 003036 | AT&T | 126130925 | 6910-000 | | 40.00 | 361,490.04 |
| C | 05/19/14 | 003037 | AT&T | Account 125975302 | 6910-000 | | 15.00 | 361,475.04 |
| C | 05/19/14 | 003038 | AT&T | Account 63079039013602/ | 6910-000 | | 96.25 | 361,378.79 |
| | | | | Invoice 630790390108 | | | | |
| * C | 05/19/14 | 003039 | Secure Products | Invoice No. 0413-609 | 6910-003 | | 124.52 | 361,254.27 |
| * C | 05/19/14 | 003040 | Secure Products | Invoice 0213-391 | 6910-003 | | 148.49 | 361,105.78 |
| * C | 05/19/14 | 003041 | Secure Products | Invoice #0113-693 | 6910-003 | | 182.30 | 360,923.48 |
| C | 05/19/14 | 003042 | Nicor Gas | Account No. 87280384857 | 6910-000 | | 29.30 | 360,894.18 |
| C | 05/19/14 | 003043 | Nicor Gas | Account No. 54497175189 | 6910-000 | | 11.71 | 360,882.47 |
| C | 05/19/14 | 003044 | Nicor Gas | Account No. 97954069650 | 6910-000 | | 16.95 | 360,865.52 |
| C | 05/19/14 | 003045 | Nicor Gas | Account No. 39363851435 | 6910-000 | | 55.96 | 360,809.56 |
| C | 05/19/14 | 003046 | Nicor Gas | Account No. 49723196876 | 6910-000 | | 8.09 | 360,801.47 |
| * C | 05/19/14 | 003047 | Nicor Gas | Account No. 52672965903 | 6910-003 | | 10.67 | 360,790.80 |
| * C | 05/19/14 | 003047 | Nicor Gas | Account No. 52672965903 | 6910-003 | | -10.67 | 360,801.47 |
| | | | | Wrong amount. | | | | |
| C | 05/19/14 | 003048 | Nicor Gas | Account No. 52672965903 | 6910-000 | | 10.83 | 360,790.64 |
| C | 05/19/14 | 003049 | City of Elmhurst | Account No. 58591-2220 | 6910-000 | | 25.09 | 360,765.55 |
| C | 05/19/14 | 003050 | United City of Yorkville, Illinois | Account No. 010601010001 | 6910-000 | | 277.89 | 360,487.66 |
| C | 05/19/14 | 003051 | Village of Glen Ellyn | Account No. 410080 | 6910-000 | | 699.50 | 359,788.16 |
| C | 05/19/14 | 003052 | Village of Romeoville | Account No. 600828500002 | 6910-000 | | 865.24 | 358,922.92 |
| C | 05/19/14 | 003053 | Village of Crestwood | Account No. 4803459 | 6910-000 | | 207.72 | 358,715.20 |
| C | 05/19/14 | 003054 | Village of Downers Grove | Account No. A5187431402 | 6910-000 | | 1,811.62 | 356,903.58 |
| C | 05/19/14 | 003055 | Joe and Ross Ice Cream | Account No. 1010 | 6910-000 | | 774.40 | 356,129.18 |
| C | 05/19/14 | 003056 | Blue Rhino | Account No. 1002932 | 6910-000 | | 808.50 | 355,320.68 |
| C | 05/19/14 | 003057 | JMM Global | Invoice No. 1041735 | 6910-000 | | 59.70 | 355,260.98 |
| C | 05/19/14 | 003058 | NuCo2 | Invoice 38815500 | 6910-000 | | 84.32 | 355,176.66 |
| C | 05/19/14 | 003059 | Waste Management | Invoice 275596320083 | 6910-000 | | 493.32 | 354,683.34 |
| C | 05/19/14 | 003060 | Ice Mount Direct | Account No. 0120908579 | 6910-000 | | 200.67 | 354,482.67 |
| C | 05/19/14 | 003061 | Ryko Solutions Inc. | Invoice 0306000302 | 6910-000 | | 883.80 | 353,598.87 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 7,931.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*                                              Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit B

| Case No: | 11-34845  -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| C  05/19/14 | 003062 | RGIS | Account No. 80990/<br>Invoice No. 01-733638 | 6910-000 | | 3,000.00 | 350,598.87 |
| C  05/19/14 | 003063 | Home City Ice | RWJ Management<br>Invoices: 2882130241; 1810136769; 2242131897;<br>2351134840; 497130357; 2289131455; 1833135994;<br>2301134630 | 6910-000 | | 926.34 | 349,672.53 |
| C  05/19/14 | 003064 | Retail Data Systems of Kentucky | Customer #6970<br>Invoice No. 31922 | 6910-000 | | 37.50 | 349,635.03 |
| C  05/19/14 | | Capital Markets Group | Wire Transfer | 6910-000 | | 63,724.63 | 285,910.40 |
| C  05/22/14 | 5 | CSC Service Works<br>Commission Check | | 1290-000 | 17.21 | | 285,927.61 |
| C  05/26/14 | 003065 | Philip V. Martino, Trustee for<br>RWJ Management Co.<br>Case No. 11-34845 | Chapter 11 Balance of Checking Acco | 2990-000 | | 285,927.61 | 0.00 |
| * C  06/25/14 | 003039 | Secure Products | Invoice No. 0413-609<br>Creditor returned check - account paid by credit card | 6910-003 | | -124.52 | 124.52 |
| * C  06/25/14 | 003040 | Secure Products | Invoice 0213-391<br>Creditor returned check - paid with credit card. | 6910-003 | | -148.49 | 273.01 |
| * C  06/25/14 | 003041 | Secure Products | Invoice #0113-693<br>Creditor returned check - paid with credit card | 6910-003 | | -182.30 | 455.31 |
| C  07/01/14 | | Associated Bank | Fund Transfer to Ch 7 checking acct | 9999-000 | | 455.31 | 0.00 |

| | | | Page Subtotals | 17.21 | 353,616.08 |

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-34845 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,469,827.07 | 1,469,827.07 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,469,827.07 | 1,469,827.07 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,469,827.07 | 1,469,827.07 | |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account (Non-Interest Earn - ********9929 | 697,303.41 | 340,661.49 | 356,641.92 |
| | Checking Account (Non-Interest Earn - ********4699 | 1,469,827.07 | 1,469,827.07 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 2,167,130.48 | 1,810,488.56 | 356,641.92 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

LFORM24

Ver: 18.05

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                    Date: August 05, 2015

Case Number:    11-34845                          Claim Class Sequence
Debtor Name:    RWJ MANAGEMENT CO., INC.,

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2950-00 | U.S. Trustee Region 11 Room 873 219 South Dearborn Chicago, IL 60604 | Administrative | | $0.00 | $42,821.42 | $-42,821.42 |
| 001 3210-00 | Freeborn & Peters LLP 311 South Wacker Drive, Suite 3000 Chicago, IL 60606 | Administrative | $33,458 was paid on this claim from the $50,000 retainer. | $109,869.99 | $109,869.99 | $0.00 |
| 001 2100-00 | Philip V. Martino, Chapter 7 Trustee | Administrative | | $38,154.02 | $0.00 | $38,154.02 |
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $34,559.90 | $0.00 | $34,559.90 |
| 001 2100-00 | Philip V. Martino, Trustee | Administrative | | $0.00 | $0.00 | $0.00 |
| 999 6910-00 | Philip V. Martino Chapter 11 Trustee | Administrative | Pursuant to Docket 1105. | $35,380.80 | $0.00 | $35,380.80 |
| 999 6910-00 | Quarles & Brady LLP Chapter 11 Attorney for Trustee | Administrative | Pursuant to Order Docket 1104 | $110,454.50 | $0.00 | $110,454.50 |
| 999 6910-00 | Freeborn & Peters Committee Counsel | Administrative | Pursuant to Order Docket 1107 | $114,663.50 | $0.00 | $114,663.50 |
| 000027A 999 6990-00 | S. Abraham & Sons Inc <B>(ADMINISTRATIVE)</B> PO Box 1768 Grand Rapids, MI 49501-1768 | Administrative | | $196,598.15 | $0.00 | $196,598.15 |
| 000030A 999 6990-00 | Bottling Group, LLC c/o Joseph D. Frank Frank/Gecker LLP 325 North LaSalle Street, Suite 625 Chicago, Illinois 60654 | Administrative | | $17,448.65 | $0.00 | $17,448.65 |
| 000001 040 5800-00 | Department of Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | Priority | | $64.61 | $0.00 | $64.61 |
| 000018 040 5800-00 | ILLINOIS DEPARTMENT OF REVENUE | Priority | | $1,012.00 | $0.00 | $1,012.00 |

Page 2

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2015

Case Number:  11-34845
Debtor Name:  RWJ MANAGEMENT CO., INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000037 040 5800-00 | Indiana Department of Revenue | Priority | | $32,763.78 | $0.00 | $32,763.78 |
| 000001B 070 7100-00 | Department of Treasury Internal Revenue Service | Unsecured | | $3.93 | $0.00 | $3.93 |
| 000002 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $3,471.18 | $0.00 | $3,471.18 |
| 000003 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $1,735.59 | $0.00 | $1,735.59 |
| 000004 070 7100-00 | Superior Beverage Inc. 1070 Orchard Rd. Montgomery, IL 60538-1009 | Unsecured | | $850.85 | $0.00 | $850.85 |
| 000005 070 7100-00 | Ken's Beverage, Inc. P.O. Box 110 Montgomery, IL | Unsecured | | $1,897.65 | $0.00 | $1,897.65 |
| 000006 070 7100-00 | Village of Romeoville 1050 W. Romeo Road Romeoville, IL | Unsecured | | $2,188.76 | $0.00 | $2,188.76 |
| 000007 070 7100-00 | NuCO2 2800 SE Market Place Stuart, Flordia 34997 | Unsecured | | $1,250.03 | $0.00 | $1,250.03 |
| 000008 070 7100-00 | Zurich American Insurance Company PO Box 68549 Schaumburg, IL 60196 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Commonwealth Edison Company 3 Lincoln Centre Oakbrook Terrace, Il 60181 Attn: Bankruptcy Dep. | Unsecured | | $6,239.65 | $0.00 | $6,239.65 |
| 000010 070 7100-00 | Indiana Dept of Revenue 100 N. Senate Avenue Indiana Government Ctr. N. Indianapolis, IN 46204 | Unsecured | | $1,414.03 | $0.00 | $1,414.03 |
| 000011 070 7100-00 | COMDATA 5301 Maryland Way Brentwood, TN 37027 | Unsecured | | $250.37 | $0.00 | $250.37 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: August 05, 2015

Case Number:   11-34845
Debtor Name:   RWJ MANAGEMENT CO., INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Terborg Distributing Inc PO Box 307 Demotte, IN 46310 | Unsecured | | $1,613.01 | $0.00 | $1,613.01 |
| 000013 070 7100-00 | Central and 47th Association 4655 S. Central Chicago, IL 60638 | Unsecured | | $623.81 | $0.00 | $623.81 |
| 000014 070 7100-00 | Exelon Energy c/o: Lynn R Zack 2301 Market Street S23-1 Philadelphia, PA 19103 | Unsecured | | $36,543.34 | $0.00 | $36,543.34 |
| 000015 070 7100-00 | Ken's Beverage, Inc. P.O. Box 110 Montgomery, IL | Unsecured | | $1,682.88 | $0.00 | $1,682.88 |
| 000016 070 7100-00 | Blue Rhino 470 W Hanes Mill Road Ste 200 Winston-Salem, NC 27040 | Unsecured | | $231.00 | $0.00 | $231.00 |
| 000017 070 7100-00 | Solary Cororation 620 S Linden Sapulpa, OK 74066 | Unsecured | | $1,376.00 | $0.00 | $1,376.00 |
| 000018A 070 7100-00 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St., #7-400 Chicago, IL 60601 | Unsecured | | $776.70 | $0.00 | $776.70 |
| 000019 070 7100-00 | Frito Lay 5340 Legacy Dr Ste 100 Plano, TX 75024 | Unsecured Disallowed | | $0.00 | $0.00 | $0.00 |
| 000020 070 7100-00 | Nicor Gas PO Box 549 Aurora IL 60507 | Unsecured | | $1,229.77 | $0.00 | $1,229.77 |
| 000021A 070 7100-00 | Indiana Department of State Revenue <B>(ADMINISTRATIVE)</B> 100 North Senate Ave Room N 203 Indianapolis, IN 46204 | Unsecured | | $49,090.59 | $0.00 | $49,090.59 |
| 000022A 070 7100-00 | Indiana Department of State Revenue 100 North Senate Ave Room N 203 Indianapolis, IN 46204 | Unsecured | | $15,036.59 | $0.00 | $15,036.59 |
| 000023 070 7100-00 | Monty SPV, LLC c/o Goldberg Kohn Ltd. Attn: Jeremy D. Downs 55 East Monroe Street, Suite 3300 Chicago, Illinois 60603 | Unsecured | Monty SPV (formerly BMO) claim was filed for $21,680,000.  The report of sale shows that the bank received $17,301,894.91 from the asset sale, and the attached agreed order shows that it got another $50,000 and then agreed it had no more secured claims - that leaves a general unsecured deficiency claim of about $4.33 million | $4,330,000.00 | $0.00 | $4,330,000.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4

Date: August 05, 2015

Case Number: 11-34845
Debtor Name: RWJ MANAGEMENT CO., INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000024 070 7100-00 | Waste Management 2625 W. Grandview Rd. Ste. 150 Phoenix, AZ 85023 | Unsecured | | $400.26 | $0.00 | $400.26 |
| 000025 070 7100-00 | Illinois Bell Telephone Company % AT&T Services Inc. James Grudus, Esq. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Unsecured | | $1,885.59 | $0.00 | $1,885.59 |
| 000026 070 7100-00 | BP Products North America Inc. 30 South Wacher Drive, SUite 900 Chicago, Illinois 60606 | Unsecured | | $226,035.87 | $0.00 | $226,035.87 |
| 000028 070 7100-00 | B&R OIL COMPANY, INC. 24501 ECORSE ROAD TAYLOR, MI 48180 | Unsecured | Disallowed pursuant to 8/27/14 Order (Dkt. 1115) | $0.00 | $0.00 | $0.00 |
| 000029 070 7100-00 | Berez NY Trust DTD 2747 Paradise Rd Ste 305 Las Vegas, NV 89109 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000030 070 7100-00 | BOTTLING GROUP, LLC | Unsecured | | $24,247.80 | $0.00 | $24,247.80 |
| 000031 070 7100-00 | Carmen D. Caruso P.C. 77 West Wacker Drive, Suite 4800 Chicago, Illinois 60601 | Unsecured | | $48,748.26 | $0.00 | $48,748.26 |
| 000032 070 7100-00 | Parent Petroleum Inc. 105 W Madison St Ste 1100 Chicago, IL 60602 | Unsecured | Disallowed pursuant to 8/27/14 Order (Dkt. 1115) | $0.00 | $0.00 | $0.00 |
| 000033 070 7100-00 | Parent Petroleum Inc. 105 W Madison St Ste 1100 Chicago, IL 60602 | Unsecured | Disallowed pursuant to 8/27/14 Order (Dkt. 1115) | $0.00 | $0.00 | $0.00 |
| 000034A 070 7100-00 | Graham Enterprise, Inc. c/o Phillip W. Nelson Edwards Wildman Palmer LLP 225 West Wacker Drive Chicago, Illinois 60606 | Unsecured | Disallowed pursuant to 8/27/14 Order (Dkt. 1115) | $0.00 | $0.00 | $0.00 |
| 000034B 070 7100-00 | Graham Enterprise, Inc. c/o Phillip W. Nelson Edwards Wildman Palmer LLP 225 West Wacker Drive Chicago, Illinois 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000035 070 7100-00 | Indiana Department of Revenue Bankruptcy Section N-240 100 North Senate Avenue Indianapolis, IN 46204 | Unsecured | | $250,000.00 | $0.00 | $250,000.00 |

Page 5

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2015

Case Number:   11-34845
Debtor Name:   RWJ MANAGEMENT CO., INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000036 070 7100-00 | Cook County Treasurer 118 N. Clark, Room 112 Chicago, IL 60602 | Unsecured Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000037A 070 7100-00 | Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | Unsecured | | $2,797.37 | $0.00 | $2,797.37 |
| 000038 070 7100-00 | BP Products North America Inc. 30 South Wacher Drive, SUite 900 Chicago, Illinois 60606 | Unsecured | | $1,935,349.59 | $0.00 | $1,935,349.59 |
| 000039 070 7100-00 | B&R Oil Company, Inc. c/o Foley & Larnder LLP Attn: Lars Peterson & John Simon 321 N. Clark Street, Suite 2800 Chicago, IL 60654 | Unsecured Disallowed pursuant to 8/27/14 Order (Dkt. 1115) | | $0.00 | $0.00 | $0.00 |
| 000040 070 7100-00 | Indiana Department of Workforce Development Beverly A Korobkin Collection Enforcement Unit 10 N Senate Ave Indianapolis, IN 46204-2277 | Unsecured | | $222.92 | $0.00 | $222.92 |
| 000041 070 7100-00 | Commonwealth Edison Co. | Unsecured | | $40,286.21 | $0.00 | $40,286.21 |
| 000042 070 7100-00 | Terborg Distributing, Inc. | Unsecured | | $1,613.01 | $0.00 | $1,613.01 |
| 000043 070 7100-00 | Town of Munster | Unsecured | | $313.04 | $0.00 | $313.04 |
| 000044 070 7100-00 | Waste Management - RMC | Unsecured | | $4,380.76 | $0.00 | $4,380.76 |
| 000045 070 7100-00 | NUCO2 | Unsecured | | $2,667.93 | $0.00 | $2,667.93 |
| 000046 080 7200-00 | Thomas M. Tully, Ltd. | Unsecured | | $14,700.00 | $0.00 | $14,700.00 |
| 000047 080 7200-00 | S. Abraham & Sons, Inc. | Unsecured Duplicate of Claim 27, 503(b)(9) claim. | | $0.00 | $0.00 | $0.00 |

Page 6

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2015

Case Number:   11-34845
Debtor Name:   RWJ MANAGEMENT CO., INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|---------------|--------------|---------------|
| 000048 080 7200-00 | Louise Berezny, Trustee | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $7,702,124.24 | $152,691.41 | $7,549,432.83 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34845
Case Name: RWJ MANAGEMENT CO., INC.,
Trustee Name: PHILIP V. MARTINO

Balance on hand                          $          356,641.92

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $          38,154.02 | $          0.00 | $          38,154.02 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $          34,250.00 | $          0.00 | $          34,250.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $          309.90 | $          0.00 | $          309.90 |
| Fees: U.S. Trustee | $          0.00 | $          42,821.42 | $          0.00 |
| Other: Freeborn & Peters LLP | $          106,737.50 | $          106,737.50 | $          0.00 |
| Other: Freeborn & Peters LLP | $          3,132.49 | $          3,132.49 | $          0.00 |

Total to be paid for chapter 7 administrative expenses     $          72,713.92

Remaining Balance                          $          283,928.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Bottling Group, LLC | $          17,448.65 | $          0.00 | $          10,439.80 |
| Other: Freeborn & Peters | $          114,663.50 | $          0.00 | $          68,604.95 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Philip V. Martino | $    35,380.80 | $    0.00 | $    21,168.88 |
| Other: Quarles & Brady LLP | $    110,454.50 | $    0.00 | $    66,086.64 |
| Other: S. Abraham & Sons Inc <B>(ADMINISTRATIVE | $    196,598.15 | $    0.00 | $    117,627.73 |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses | $        283,928.00 |
| Remaining Balance | $        0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 33,840.39  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Department of Treasury Internal Revenue Service | $    64.61 | $    0.00 | $    0.00 |
| 000018 | ILLINOIS DEPARTMENT OF REVENUE | $    1,012.00 | $    0.00 | $    0.00 |
| 000037 | Indiana Department of Revenue | $    32,763.78 | $    0.00 | $    0.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $        0.00 |
| Remaining Balance | $        0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,996,454.34  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Employment Security | $ 3,471.18 | $ 0.00 | $ 0.00 |
| 000003 | Illinois Department of Employment Security | $ 1,735.59 | $ 0.00 | $ 0.00 |
| 000004 | Superior Beverage Inc. | $ 850.85 | $ 0.00 | $ 0.00 |
| 000005 | Ken's Beverage, Inc. | $ 1,897.65 | $ 0.00 | $ 0.00 |
| 000006 | Village of Romeoville | $ 2,188.76 | $ 0.00 | $ 0.00 |
| 000007 | NuCO2 | $ 1,250.03 | $ 0.00 | $ 0.00 |
| 000008 | Zurich American Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Commonwealth Edison Company | $ 6,239.65 | $ 0.00 | $ 0.00 |
| 000010 | Indiana Dept of Revenue | $ 1,414.03 | $ 0.00 | $ 0.00 |
| 000011 | COMDATA | $ 250.37 | $ 0.00 | $ 0.00 |
| 000012 | Terborg Distributing Inc | $ 1,613.01 | $ 0.00 | $ 0.00 |
| 000013 | Central and 47th Association | $ 623.81 | $ 0.00 | $ 0.00 |
| 000014 | Exelon Energy | $ 36,543.34 | $ 0.00 | $ 0.00 |
| 000015 | Ken's Beverage, Inc. | $ 1,682.88 | $ 0.00 | $ 0.00 |
| 000016 | Blue Rhino | $ 231.00 | $ 0.00 | $ 0.00 |
| 000017 | Solary Cororation | $ 1,376.00 | $ 0.00 | $ 0.00 |
| 000018A | Illinois Department of Revenue | $ 776.70 | $ 0.00 | $ 0.00 |
| 000019 | Frito Lay | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | Nicor Gas | $ 1,229.77 | $ 0.00 | $ 0.00 |
| 000021A | Indiana Department of State Revenue | $ 49,090.59 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022A | Indiana Department of State Revenue | $ 15,036.59 | $ 0.00 | $ 0.00 |
| 000023 | Monty SPV, LLC | $ 4,330,000.00 | $ 0.00 | $ 0.00 |
| 000024 | Waste Management | $ 400.26 | $ 0.00 | $ 0.00 |
| 000025 | Illinois Bell Telephone Company | $ 1,885.59 | $ 0.00 | $ 0.00 |
| 000026 | BP Products North America Inc. | $ 226,035.87 | $ 0.00 | $ 0.00 |
| 000028 | B&R OIL COMPANY, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | Berez NY Trust DTD | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | Carmen D. Caruso P.C. | $ 48,748.26 | $ 0.00 | $ 0.00 |
| 000032 | Parent Petroleum Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Parent Petroleum Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034A | Graham Enterprise, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034B | Graham Enterprise, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Indiana Department of Revenue | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 000036 | Cook County Treasurer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037A | Indiana Department of Revenue | $ 2,797.37 | $ 0.00 | $ 0.00 |
| 000038 | BP Products North America Inc. | $ 1,935,349.59 | $ 0.00 | $ 0.00 |
| 000039 | B&R Oil Company, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Indiana Department of Workforce Development | $ 222.92 | $ 0.00 | $ 0.00 |
| 000001B | Department of Treasury | $ 3.93 | $ 0.00 | $ 0.00 |
| 000030 | BOTTLING GROUP, LLC | $ 24,247.80 | $ 0.00 | $ 0.00 |
| 000041 | Commonwealth Edison Co. | $ 40,286.21 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Terborg Distributing, Inc. | $ 1,613.01 | $ 0.00 | $ 0.00 |
| 000043 | Town of Munster | $ 313.04 | $ 0.00 | $ 0.00 |
| 000044 | Waste Management - RMC | $ 4,380.76 | $ 0.00 | $ 0.00 |
| 000045 | NUCO2 | $ 2,667.93 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 14,700.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000046 | Thomas M. Tully, Ltd. | $ 14,700.00 | $ 0.00 | $ 0.00 |
| 000047 | S. Abraham & Sons, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Louise Berezny, Trustee | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE