UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RJW Management Co.,** *et al,* | ) | **Case No. 11 B 34845** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| _____ | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING
APPLICATION OF QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, CHAPTER 7
TRUSTEE, FOR ALLOWANCE OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $34,250.00 | TOTAL COSTS REQUESTED: | $309.90 |
| TOTAL FEES REDUCED: | $1,770.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $32,479.50 | TOTAL COSTS ALLOWED: | $309.90 |

**TOTAL FEES AND COSTS ALLOWED: $32,789.40**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Improper Allocation of Professional Resources**

        The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone,* 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman,* 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto,* 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4)     Insufficient Description**

        The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)     Lumping**

        The Court may impose a ten percent penalty for "lumping." *In re Wildman,* 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing.  Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense.  *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated:  September 2, 2015

Eugene R. Wedoff
United States Bankruptcy Judge



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

### INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2061619
Invoice Date:   June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Professional Retention - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00003

|  |  |  |
|---|---|---|
| Current Fees: | $ | 945.00 |
| Current Total Due: | $ | 945.00 |
| **TOTAL AMOUNT DUE:** | $ | 945.00 |

EXHIBIT A-1

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.  June 10, 2015
RE: Professional Retention - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00003

Invoice Number: 2061619
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/14/14 | Revisions to motion, order, and notice re continued retention of chapter 11 professionals by chapter 7 trustee. | CCOMBEST ①  | 1.40  -224.00 |
| 06/21/14 | Finalize motion and order re continuing retention of certain professionals in chapter 7 cases (0.3); confer with Trustee re same (0.1) | CCOMBEST | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 1.80 | 525.00 | 945.00 |
| Total | | 1.80 | | 945.00 |

|  |  |  |  |
|--|--|--|--|
| Total Fees: | | $ | 945.00 |

-224.00



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2061618
Invoice Date:     June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Claims - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00004

| | | |
|---|---|---|
| Current Fees: | $ | 11,286.50 |
| Current Total Due: | $ | 11,286.50 |
| **TOTAL AMOUNT DUE:** | **$** | **11,286.50** |

EXHIBIT A(2)

### INVOICE IS PAYABLE UPON RECEIPT

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00004

June 10, 2015

Invoice Number: 2061618
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/12/14 | Revise form of administrative bar date motion (0.3) and direct L. Beslow re finalizing same and preparing related order (0.1). | CCOMBEST | 0.40 |
| 06/17/14 | Begin drafting motion to set administrative claim bar date (.5). | LNACHINS | 0.50 |
| 06/18/14 | Draft motion fixing deadline for filing requests for allowance of administrative expenses (4.0); draft proposed order for same (.3). | LNACHINS | 4.30 |
| 06/21/14 | Review and revise motion and related papers re setting administrative bar date (0.7); confer with trustee re same (0.1). | CCOMBEST | 0.80 |
| 06/30/14 | Prepare for hearing regarding status of advisory proceedings, claim objection, and administrative expense request procedures. | SBAKER | 1.00 |
| 07/01/14 | Attend hearing on status of adversary proceedings, claim objection, and administrative expense request procedures. | SBAKER | 1.00 |
| 07/01/14 | Review docket matrixes regarding service of administrative bar date notices. | SBAKER | 1.00 |
| 07/01/14 | Meet with C. Combest and C. Greer regarding administrative bar date notices. | SBAKER | 0.30 |
| 07/01/14 | Two consultations with chambers re form of order on administrative expense bar date and scheduling of first hearing on any filed administrative expense claims (0.3); revisions to form of order per discussions with chambers and for uploading to docket (0.6); direct Trustee's assistant and oversee preparation of service materials and information re administrative bar date (0.3). | CCOMBEST | 1.00 |
| 07/02/14 | Review and revise omnibus service lists for administrative expense bar date notice (0.7); exchange e-mails with M. Williams of CMSI re information in their business records relevant to Debtors's postpetition business transactions and potential administrative claimants (0.3) | CCOMBEST | 1.00 |
| 07/08/14 | Call with recipient of administrative bar date claim notice re her questions (0.1); oversee finalizing and filing proof of service of notice (0.1). | CCOMBEST | 0.20 |
| 07/29/14 | Attend status hearing on adversary. | SBAKER | 1.00 |

(handwritten annotations: "④", "-395.00", "⑫", "-52.50", "-427.50")

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00004

June 10, 2015

Invoice Number: 2061618
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/01/14 | Examine recent notice for Lake County (IN) tax authorities, to determine responsibility of estates vs. buyer of assets (0.2); confer with trustee re same (0.1); e-mail to buyer counsel (P. Nelson) re same (0.1). | CCOMBEST | 0.40 |
| 12/23/14 | Analysis of claims dockets and related settlement orders in RWJ I and RWJ II for status of administrative and priority unsecured claim pool, possible objections to claims, and settled claims (3.6); exchange e-mails with (0.3) and telephone call with (0.1) R. Lauter and D. Eggert re terms of certain adversary settlements; confer with Trustee re same (0.3). | CCOMBEST | 4.30 |
| 01/07/15 | Review status of waived claims per RWJ Enterprises settlement and impact on claims register. | CCOMBEST | 0.30 |
| 01/08/15 | Communicate with D. Eggert (Committee counsel) re 503(b)(9) claims. | CCOMBEST | 0.20 |
| 01/09/15 | E-mails with D. Eggert re 503(b)(9) claims (0.1); review documents re secured tax claims (0.1). | CCOMBEST | 0.20 |
| 01/10/15 | Prepare analysis for Trustee of claims issues in connection with analysis of potential objections and distributions in case. | CCOMBEST | 1.00 |
| 01/12/15 | Conferences with Trustee re status of claims reconciliation and resolution and next steps. | CCOMBEST | 0.30 |
| 03/23/15 | Research payment of 2010 taxes for Crestwood, Wauconda and Forestview properties. | SCOOPER | 0.50 |
| 03/23/15 | Analysis of underpinning of Indiana secured claim (0.6); leave detailed message for Indiana Department of Revenue re Trustee's objection to same (0.1); evaluate Cook County and Lake County (IN) real estate tax claims (0.2). | CCOMBEST | 0.90 |
| 03/30/15 | Telephone call with lake county treasurer regarding 2010 taxes for RWJ Wauconda property (.2); telephone call with cook county clerk regarding 2010 taxes for RWJ Crestwood and Forestview properties (.4); review disbursement statement and tax calculations (.7). | SCOOPER | 1.30 |
| 03/30/15 | Call with Indiana Department of Revenue official re amending proof of claim to recharacterize secured portion as unsecured (0.3); review claims register re objectionable claims (0.1). | CCOMBEST | 0.40 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,   June 10, 2015
Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy                          Invoice Number: 2061618
Q & B Matter Number: 149728.00004                               Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 03/31/15 | Consider options for resolving inflated claim of cook County re property taxes (0.3); consider resolution of other allegedly secured claims (0.2). | CCOMBEST | 0.50 |
| 04/02/15 | Review amended claim by Indiana department of revenue for resolution of Trustee objection to secured portion. | CCOMBEST | 0.10 |
| 04/08/15 | Telephone call with cook county treasurer regarding bankruptcy claim (.2); email to title company regarding proofs of payment (.2); telephone call with lake county treasurer regarding bankruptcy claim; (.2) telephone calls with lake county state's attorney regarding bankruptcy claim (.2); email correspondence with A. Salzman at Cook County regarding withdrawal of bankruptcy claim (.2) | SCOOPER | 1.00 |
| 04/09/15 | Email correspondence with cook county regarding status of withdrawal of claim. | SCOOPER | 0.10 |
| 04/10/15 | Evaluate options regarding Cook County secured claim for real estate taxes previously paid at sale closing (0.2); direct associate S. Cooper re same (0.2). | CCOMBEST | 0.40 |
| 04/13/15 | Telephone call to J. Engstrom regarding claim for 2010 taxes for cook county properties (.1); email to title company regarding proof of tax payments (.1) | SCOOPER | 0.20 |
| 04/14/15 | Telephone call with cook county treasurer regarding withdrawal of bankruptcy claim. | SCOOPER | 0.20 |
| 04/15/15 | Telephone call from B. Prager regarding withdrawal of bankruptcy claim (.1); Telephone call to B. Prager regarding withdrawal of bankruptcy claim (.1); mail to B. Prager regarding withdrawal of bankruptcy claim (.1). | SCOOPER | 0.30 |
| 04/16/15 | Email correspondence with B. Prager of Lake County State's Attorney's Office regarding withdrawal of claim. | SCOOPER | 0.10 |
| 04/16/15 | Confer with S. Cooper re status of real estate tax claims for Lake and Cook County, Illinois. | CCOMBEST | 0.20 |
| 04/20/15 | Exchange e-mail messages and form of withdrawal with Lake County Treasurer to effect Treasurer's withdrawal of secured claim. | CCOMBEST | 0.30 |
| 04/22/15 | Follow up with counsel to Lake County treasurer re withdrawal of secured tax claim. | CCOMBEST | 0.10 |
| 04/29/15 | Telephone call with cook county treasurer regarding status of withdrawal of claim. | SCOOPER | 0.10 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,   June 10, 2015
Inc.
RE: Claims - RWJ Chapter 11 Bankruptcy                          Invoice Number: 2061618
Q & B Matter Number: 149728.00004                               Page 5

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 4.80 | 365.00 | 1,752.00 |
| CCOMBEST | Christopher Combest | 13.00 | 525.00 | 6,825.00 |
| SBAKER | Sarah K. Baker | 4.30 | 365.00 | 1,569.50 |
| SCOOPER | Sara A. Cooper | 3.80 | 300.00 | 1,140.00 |
| Total | | 25.90 | | 11,286.50 |

Total Fees:                              $    11,286.50

_580.5



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

### INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:    2061617
Invoice Date:      June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: General/Costs - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00006

|  |  |  |
|---|---|---|
| Current Fees: | $ | 6,982.50 |
| Current Total Due: | $ | 6,982.50 |
| **TOTAL AMOUNT DUE:** | $ | **6,982.50** |

EXHIBIT A-3

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: General/Costs - RWJ Chapter 11 Bankruptcy                        Invoice Number: 2061617
Q & B Matter Number: 149728.00006                                    Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/14 | Finalize schedule of chapter 11 debts for filing per Rule 1019 (0.8); finalize chapter 11 trustee's final report re Rule 1019 (0.5); confer with Trustee re same and re transition to chapter 7 (0.5); confer with Trustee's administrative assistant re finalizing April MORs and certain fund transfers (0.2). | CCOMBEST | 2.00 |
| 05/29/14 | E-mail to L. West re IRS inquiry regarding Form 940 for 2010 taxes (0.1); e-mail to D. Campbell (former RWJ tax accountant) re same (0.1). | CCOMBEST | 0.20 |
| 06/06/14 | Confer with Trustee re next steps in chapter 7 (0.3); attention to case management re same (0.1). | CCOMBEST | 0.40 |
| 06/09/14 | Confer with trustee re substantive consolidation and related claims matters. | CCOMBEST | 0.20 |
| 06/10/14 | Revise and finalize April 2014 operating reports for filing (0.5); attention to transition work re conversion, including reconciliation of outstanding chapter 11 obligations, UST fees, and appropriateness of consolidation (1.3); confer with Trustee re same (0.2). | CCOMBEST | 2.00 |
| 06/11/14 | Attention to reconciliation of obligations for outstanding UST fees, in connection with schedule and report to be filed regarding conversion to chapter 7. | CCOMBEST | 0.20 |
| 06/13/14 | Finalize schedule of unpaid chapter 11 debts for filing (0.3); finalize chapter 11 trustee final report for filing (0.2); work on preparing final (May 2014) operating reports (1.5). | CCOMBEST | 2.00 |
| 06/14/14 | Review and additional revision of final chapter 11 operating reports and related data (1.5); attention to case management in connection with tasks for transition to chapter 7 (0.3). | CCOMBEST | 1.80 |
| 06/16/14 | Review and finalize final DIP operating reports, including assuring allocation of disbursements among management companies and accounting for all chapter 11 trade and professional payments and revisions of numerous explanatory footnotes (1.0); direct C. Greer (Trustee's assistant,) re preparing revisions to reports (0.2). | CCOMBEST | 1.20 |
| 06/20/14 | Exchange e-mail messages with D. Eggert (special counsel) and Trustee re resolution of jobber adversary and related strategy prior to 7-1 hearing. | CCOMBEST | 0.30 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,     June 10, 2015
Inc.
RE: General/Costs - RWJ Chapter 11 Bankruptcy                           Invoice Number: 2061617
Q & B Matter Number: 149728.00006                                      Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/09/14 | Handle counsel inquiry re preference proceeding against Euclid Beverage (0.1); confer with Trustee re communication from UST re outstanding fees (0.1). | CCOMBEST | 0.20 |
| 07/14/14 | Review and prepare for filing final (May 2012) consolidated operating report and disclaimer (0.8); confer with Trustee re same (0.1); review IRS levy notices re JBA Equipment (0.1); confer with Trustee re disposition of same (0.2); exchange e-mails with M. Shelton (IRS counsel) re disposition of levy notices (0.3); confer with Trustee and with F. Caruso re monetizing of potential class action claim (0.2). | CCOMBEST | 1.70 |
| 08/19/14 | Review notice received from Cook County re violations at purchased site (0.1); forward same to P. Nelson (purchaser's counsel) (0.1). | CCOMBEST | 0.20 |
| 12/05/14 | Review new claim of Lake County Indiana re postpetition personal property taxes and asset sale documents re allocation of same (0.2); confer with Trustee re same (0.1); e-mail to P. Nelson (purchaser's counsel) re same (0.1). | CCOMBEST | 0.40 |
| 12/16/14 | Confer with Trustee re final tasks necessary to closing case (0.2); review information re settlement of RWJ Enterprises adversary proceeding (0.1). | CCOMBEST | 0.30 |
| 12/26/14 | Exchange messages with D. Eggert re finalizing settlement of RWJ Enterprises adversary and Trustee's views re same. | CCOMBEST | 0.20 |

*(handwritten: ⟨12⟩  -$2.50)*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 13.30 | 525.00 | 6,982.50 |
| Total | | 13.30 | | 6,982.50 |

Total Fees:                              $      6,982.50

*(handwritten: -262.50)*

*(handwritten bottom right: -$2.50)*



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    2061616
Invoice Date:      June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Professional Compensation - RWJ Chapter 11
Bankruptcy
Q & B Matter Number: 149728.00011

| | | |
|---|---|---|
| Current Fees: | $ | 6,741.00 |
| Current Total Due: | $ | 6,741.00 |
| **TOTAL AMOUNT DUE:** | **$** | **6,741.00** |

EXHIBIT A-4

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.    June 10, 2015

RE: Professional Compensation - RWJ Chapter 11 Bankruptcy    Invoice Number: 2061616
Q & B Matter Number: 149728.00011    Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/03/14 | Review and revise May time entries | PMARTINO | 0.10 |
| 06/04/14 | Start work on final chapter 11 fee applications for trustee (1.0) and Q&B (1.2). | PMARTINO | 2.20 |
| 06/10/14 | Work on narrative section of Quarles & Brady final chapter 11 fee application (.4). | PMARTINO | 0.40 |
| 06/11/14 | Work on narrative portion of Second and Final Chapter 11 fee application of Popowcer (.4). | PMARTINO | 0.40 |
| 06/12/14 | Further work on Q&B (1.6) and Trustee (.7) final fee application narratives, cover sheet and draft order; work on Popowcer/West final Chapter 11 application (.4); email to Freeborn regarding subordination language (.3). | PMARTINO | 3.00 |
| 06/13/14 | Finalize Popowcer final chapter 11 fee application. | PMARTINO | 0.50 |
| 06/20/14 | Follow up email to and from Eggert regarding chapter 11 fee applications (.2); review proposed language and subordinations for attorney and trustee fee applications (.3). | PMARTINO | 0.50 |
| 06/25/14 | Review Protivity and Committee final chapter 7 fee applications (.4); approve supplemental certificate of service (.1). | PMARTINO | 0.50 |
| 07/02/14 | Revise June time entries. | PMARTINO | 0.10 |
| 07/14/14 | Prepare for and attend fee hearings for all counsel, accountant and Protivity. | PMARTINO | 1.00 |
| 07/16/14 | Emails to Eggert regarding discrepancy in fee motion. | PMARTINO | 0.10 |
| 01/06/15 | Review and revise time entries. | PMARTINO | 0.10 |
| 03/11/15 | Review final F&P fee application and exhibits. | PMARTINO | 0.80 |
| 03/20/15 | Review and revise first and final chapter 7 fee applications. | PMARTINO | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 10.70 | 630.00 | 6,741.00 |
| Total | | 10.70 | | 6,741.00 |

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: Professional Compensation - RWJ Chapter 11 Bankruptcy    Invoice Number: 2061616
Q & B Matter Number: 149728.00011    Page 3


      Total Fees:                 $      6,741.00



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

### INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    2061615
Invoice Date:      June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 09, 2015
Re: Jobbers Adversary No.11-02358 - RWJ Chapter 11
Bankruptcy
Q & B Matter Number: 149728.00016

| | | |
|---|---|---|
| Current Fees: | $ | 7,665.00 |
| Current Total Due: | $ | 7,665.00 |
| **TOTAL AMOUNT DUE:** | **$** | **7,665.00** |

EXHIBIT A-5

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co., Inc.

June 10, 2015

RE: Jobbers Adversary No.11-02358 - RWJ Chapter 11 Bankruptcy

Invoice Number: 2061615

Q & B Matter Number: 149728.00016

Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/14 | Evaluate potential for, and confer with Trustee regarding, resolution of all remaining matters in jobber adversary (11-02358), including related B&R Oil claim (0.5); e-mail to D. Eggert (Committee counsel) re same (0.2); review jobber proofs of claim in connection with potential global settlement of jobber issues (0.3). | CCOMBEST | 1.00 |
| 06/20/14 | Review prior settlement documents in RWJ case for suggested terms for settlement of jobber adversary (0.3); advise Trustee re same (0.2). | CCOMBEST | 0.50 |
| 07/21/14 | Prepare motion and order to effect settlement of long-pending Adversary Proceeding No. 11-02358 and disputes regarding $35 million of claims asserted by B&R Oil, including review of dockets and file material regarding history of almost 3-year-old proceeding and claims of three jobber entities (5.2); confer with Trustee re same (0.2). | CCOMBEST | 5.40 |
| 07/22/14 | Confer with Trustee re revisions to motion to settle Jobber adversary and related claims (0.7); revisions to motion (0.3); confer with D. Eggert (special counsel to Trustee and counsel to former Committee) re treatment of set-off rights of jobbers in connection with waiver of jobber claims (0.3); confer with Trustee re methodology for treating set-off rights in settlement (0.7); analyze filed claims of all jobbers with relation to assertions regarding set-off rights and prepetition cash still held by jobbers (0.3); e-mail to counsel for all jobbers for information re set-off rights (0.4). | CCOMBEST | 2.70 |
| 07/23/14 | Follow up with jobbers counsel re information as to assertions of setoff rights needed to complete settlement motion. | CCOMBEST | 0.20 |
| 07/29/14 | Review detailed e-mail from P. Nelson (Graham Enterprise counsel) re terms of settlement of adversary 11-02358 and of Graham claims (0.5); confer with D. Eggert and Trustee re same (0.2); draft response to P. Nelson (0.1). | CCOMBEST ⑦ | 0.80 -42.00 |
| 07/30/14 | Confer with Trustee re resolution of certain issues raised by jobbers in connection with settlement. | CCOMBEST | 0.10 |

-42.00

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,   June 10, 2015
Inc.
RE: Jobbers Adversary No.11-02358 - RWJ Chapter 11            Invoice Number: 2061615
Bankruptcy
Q & B Matter Number: 149728.00016                  Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/04/14 | Review detailed e-mail from counsel to B&R Oil re terms of settlement of adversary 11-02358, reconciliation of fuel payments prepetition, and responses to Trustee inquiries re credits and deposits in favor of Debtors. | CCOMBEST | 0.50 |
| 08/06/14 | Exchange e-mails with P. Nelson (Graham Enterprise counsel) re settlement of jobber adversary and jobber claims (0.4); call with P. Nelson re same and release issue (0.2); call with D. Eggert (counsel to former Committee) re same (0.2); confer with Trustee re same (0.6); revise settlement motion and order for filing (1.0). | CCOMBEST | 2.40 |
| 08/25/14 | Confer with D. Eggert of Freeborn & Peters (Trustee's special litigation counsel) re 8-27 hearing on motion to settle jobber adversary and Atlas claim dispute (0.2); analysis to D. Eggert and Trustee re disposition of Graham deposit refund and effect of cash collateral settlement with Lender Capita Crossing on same (0.4). | CCOMBEST | 0.60 ⑦ -31.5 |
| 08/27/14 | Exchange e-mail messages with D. Eggert re resolution of jobber adversary and refund from Graham (0.2); finalize notice of voluntary dismissal per settlement order (0.2). | CCOMBEST | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 14.60 | 525.00 | 7,665.00 |
| Total | | 14.60 | | 7,665.00 |

Total Fees:                       $     7,665.00
                                - 73.50

-31.5

Philip V. Martino as Chapter 11 Trustee for RWJ RWJ Management Co.,    June 10, 2015
Inc.
RE: General/Costs - RWJ Chapter 11 Bankruptcy         Invoice Number: 2061621
Q & B Matter Number: 149728.00006               Page 2

**DISBURSEMENTS:**

|  |  |
|---|---|
| Copy charges | 296.90 |
| Pacer research charges | 13.00 |
| Total Disbursements: | $ 309.90 |
| Total Fees and Disbursements: | $ 309.90 |



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**INVOICE SUMMARY**

**Tax ID No. 39-0432630**

Invoice Number:    2061621
Invoice Date:       June 10, 2015

Privileged & Confidential

Philip V. Martino as Chapter 11 Trustee for RWJ
RWJ Management Co., Inc.
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 10, 2015
Re: General/Costs - RWJ Chapter 11 Bankruptcy
Q & B Matter Number: 149728.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 309.90 |
| Current Total Due: | $ | 309.90 |
| **TOTAL AMOUNT DUE:** | $ | 309.90 |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

945
11 286.50
6 982.50
6 741.00
+ 7665.00
_____
33,620.00

Requested: 34,250
Difference - 630        (14)

Total Requested: 34,250.00
Total Reduced: 1770.50
_____
Total Allowed $32,479.50