EUGENE R. WEDOFF

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWJ MANAGEMENT CO., INC., | § | Case No. 11-34845 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 49,506.68 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 933,148.66 | |

3) Total gross receipts of $ 696,272.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 696,272.42 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 615,293.92 | 611,133.42 | 563,650.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 558,345.34 | 558,345.34 | 369,498.24 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 33,840.39 | 33,840.39 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,961,285.20 | 53,936,851.07 | 7,010,661.02 | -493.32 |
| **TOTAL DISBURSEMENTS** | $ 1,961,285.20 | $ 55,194,330.72 | $ 8,263,980.17 | $ 982,655.34 |

4)  This case was originally filed under chapter 11 on  08/26/2011 , and it was converted to chapter 7 on  05/23/2014 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/07/2015                    By:/s/PHILIP V. MARTINO
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deductible Reimbursement | 1229-000 | 1,000.00 |
| Nicor Gas Refund | 1229-000 | 24.44 |
| Graham Enterprise Inc Deposit | 1229-000 | 10,000.00 |
| AVOIDANCE ACTIONS | 1241-000 | 313,250.00 |
| AVOIDANCE ACTIONS | 1249-000 | 86,000.00 |
| Other Receipts | 1290-000 | 30.50 |
| Chapter 11 banking account balance | 1290-000 | 285,927.61 |
| COMMISSIONS | 1290-000 | 39.87 |
| **TOTAL GROSS RECEIPTS** | | **$ 696,272.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL CROSSING SERVICING COMPANY | 4220-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, CHAPTER 7 TRUSTE | 2100-000 | NA | 38,154.02 | 38,154.02 | 38,154.02 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 900.00 | 900.00 | 900.00 |
| Associated Bank | 2600-000 | NA | 4,227.49 | 4,227.49 | 4,227.49 |
| U.S. TRUSTEE | 2950-000 | NA | 9,104.76 | 9,104.76 | 9,104.76 |
| PHILIP V. MARTINO, TRUSTEE FOR | 2990-000 | NA | 285,927.61 | 285,927.61 | 285,927.61 |
| QUARLES & BRADY LLP | 3110-000 | NA | 34,233.27 | 32,479.50 | 32,479.50 |
| QUARLES & BRADY LLP | 3120-000 | NA | 326.63 | 309.90 | 309.90 |
| FREEBORN & PETERS | 3210-000 | NA | 63,092.50 | 63,092.50 | 63,092.50 |
| FREEBORN & PETERS LLP | 3210-000 | NA | 109,059.36 | 106,737.50 | 59,254.50 |
| FREEBORN & PETERS | 3220-000 | NA | 1,505.20 | 1,505.20 | 1,505.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FREEBORN & PETERS LLP | 3220-000 | NA | 3,200.63 | 3,132.49 | 3,132.49 |
| CORPORATION SERVICE COMPANY | 3991-000 | NA | -82.36 | -82.36 | -82.36 |
| CORPORATION SERVICES COMPANY | 3991-000 | NA | 1,619.81 | 1,619.81 | 1,619.81 |
| FREEBORN & PETERS LLP | 3991-000 | NA | 14,025.00 | 14,025.00 | 14,025.00 |
| MONTY GRANTOR TRUST | 3991-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 615,293.92 | $ 611,133.42 | $ 563,650.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 6101-000 | NA | 8,154.60 | 8,154.60 | 8,154.60 |
| GLOBAL SURETY LLC | 6102-000 | NA | -777.00 | -777.00 | -777.00 |
| QUARLES & BRADY LLP | 6110-000 | NA | 15,806.50 | 15,806.50 | 15,806.50 |
| QUARLES & BRADY LLP | 6120-000 | NA | 2,558.30 | 2,558.30 | 2,558.30 |
| CAMPBELL ACCOUNT LLC | 6410-000 | NA | 1,193.40 | 1,193.40 | 1,193.40 |
| POPOWCER KATTEN LTD. | 6410-000 | NA | 6,817.00 | 6,817.00 | 6,817.00 |
| POPOWCER KATTEN LTD. | 6420-000 | NA | 46.94 | 46.94 | 46.94 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PROTIVITI INC. | 6700-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| FREEBORN & PETERS | 6910-000 | NA | 114,663.50 | 114,663.50 | 69,032.75 |
| PHILIP V. MARTINO | 6910-000 | NA | 35,380.80 | 35,380.80 | 21,300.89 |
| QUARLES & BRADY LLP | 6910-000 | NA | 110,454.50 | 110,454.50 | 66,498.74 |
| BOTTLING GROUP, LLC | 6990-000 | NA | 17,448.65 | 17,448.65 | 10,504.90 |
| S. ABRAHAM & SONS INC | 6990-000 | NA | 196,598.15 | 196,598.15 | 118,361.22 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 558,345.34 | $ 558,345.34 | $ 369,498.24 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DEPARTMENT OF TREASURY INTERNAL REV | 5800-000 | NA | 64.61 | 64.61 | 0.00 |
| 000018 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 1,012.00 | 1,012.00 | 0.00 |
| 000037 | INDIANA DEPARTMENT OF REVENUE | 5800-000 | NA | 32,763.78 | 32,763.78 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 33,840.39 | $ 33,840.39 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A1 Door and Heating Systems Inc. (American Express) 218 S. Chicago Street Joliet, IL 60436 | | 80.00 | NA | NA | 0.00 |
| | AT&T P.O. Box 5080 Carol Stream, IL | | 1,379.05 | NA | NA | 0.00 |
| | Alcohol and Tobacco Commission 302 W. Washington Street Room E114 Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | Arco 3333 E 143rd Street Burnham, IL 60633 | | 0.00 | NA | NA | 0.00 |
| | Atlas Oil Company 24501 Ecorse Rd. Taylor, IM 48180 | | 0.00 | NA | NA | 0.00 |
| | Austin Electric 131 Airport Drive Unit A Joliet, IL 60431 | | 0.00 | NA | NA | 0.00 |
| | Auto Trader Classics P.O. Box 935018 Atlanta, GA | | 89.35 | NA | NA | 0.00 |
| | B & K Equipment Company 2939 - 175th Street Lansing, IL | | 1,375.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Besam 1630 Jarvis Avenue P. O. Box 827375 Grove Village, IL 60007 | | 1,005.52 | NA | NA | 0.00 |
| | Blue Ribbon | | 285.05 | NA | NA | 0.00 |
| | Calumet Breweries Inc. 6535 Osborne Avenue Hammond, IN 46320-2914 | | 263.60 | NA | NA | 0.00 |
| | Campbell Accounting 5481 N. Milwaukee Ave Chicago, IL 60630 | | 975.00 | NA | NA | 0.00 |
| | Central Beverage 2601 South 25th Avenue Broadview, IL 60155 | | 223.23 | NA | NA | 0.00 |
| | Century Link Attn: Billing P.O. Box 4300 Carol Stream, IL 60197-4300 | | 45.77 | NA | NA | 0.00 |
| | City Beverage 2064 W 167th Street Markheim, IL 60428 | | 0.00 | NA | NA | 0.00 |
| | City Beverage 4841 S. California Avenue Chicago, IL 60632 | | 1,330.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coca Cola Refreshments USA, Inc. 2335 Paysphere Circle Chicago, IL 60674 | | 26,914.77 | NA | NA | 0.00 |
| | Coleman Law Firm 77 West Wacker Drive #4800 Chicago, IL 60601 | | 2,500.00 | NA | NA | 0.00 |
| | Comcast Cable P.O. Box 3004 Southeastern, PA | | 170.27 | NA | NA | 0.00 |
| | Commercial Appliance of Illinois 6 East County Line Road Grant Park, IL 60940 | | 0.00 | NA | NA | 0.00 |
| | CoreMark 1055 Salt River Road Lynchfield, KY 42754 | | 25,282.37 | NA | NA | 0.00 |
| | Delmares Produce, Inc. 1314 W 21st Street Chicago, IL | | 5,126.85 | NA | NA | 0.00 |
| | Dr. Pepper Snapple Group 21431 Network Place Chicago, IL 60673 | | 5,929.30 | NA | NA | 0.00 |
| | Faith Mechanical, Inc. P.O. Box 6045 Aurora, IL 60504 | | 7,915.45 | NA | NA | 0.00 |
| | Filter Services Illinois 2555 United Lane Elk Elk Grove Village, IL | | 156.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fintech 4720 West Cypress Street Tampa, FL 33607 | | 9,560.77 | NA | NA | 0.00 |
| | Fire King Security Products 1010 Security Parkway New Albany, IN 47150 | | 2,926.33 | NA | NA | 0.00 |
| | Garda CL Great Lakes, Inc. Dept 3100-190 Los Angeles, CA 90084-3100 | | 3,902.06 | NA | NA | 0.00 |
| | Grant Importing & Distributing 2701 W. 23rd Street Broadview, IL 60155-4563 | | 239.65 | NA | NA | 0.00 |
| | Hayes Beer Distributing 12160 S. Central Avenue Alsip, IL 60658 | | 3,244.93 | NA | NA | 0.00 |
| | Hinsdale Management c/o William Geimer, Esq. Law Offices of Snyder & Assoc. LLC 120 E. Ogden Ave., Ste. 17B Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Home City Ice P.O. Box 111116 Cincinnati, OH 45211 | | 14,800.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hoosier Lottery 201 S. Capital Suite 1100 Indianapolis, IN 46225 | | 1,295.78 | NA | NA | 0.00 |
| | Hughes, Justin 26 Red Hawk Drive Oswego, IL 60543 | | 0.00 | NA | NA | 0.00 |
| | IN. St. Dept Of Health Department of Weights and Measure 2525 N. Shadeland Suite 3D Indianpolis, IN 46219 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Transportation c/o Richard A. Redmond, Esq. Holland & Knight LLP 131 South Dearborn Street, 30th Floor Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Illinois Liquor Control Commission 100 W. Randolph Suite 7-499 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Illinois Lottery Illinois Dept. of Revenue  Corporate Acc 101 W. Jefferson St Springfield, IL 62702 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana State Egg Board Poultry Science Bldg. Purdue University West Layette, IN 467907 | | 0.00 | NA | NA | 0.00 |
| | JMM Management Group LLC 2496 Technology Drive Elgin, IL 60124 | | 2,624.98 | NA | NA | 0.00 |
| | Joe & Ross Ice Cream 6350 W. 38th Street Cicero, IL | | 2,368.75 | NA | NA | 0.00 |
| | Kozol Brothers 2010 S. Briggs Strteet Joliet, IL 60435 | | 1,153.75 | NA | NA | 0.00 |
| | L. Canelo Landscaping 5624 W 64th  Pl. Chicago, IL | | 0.00 | NA | NA | 0.00 |
| | L. Frances Caramel Company, LLC 2500C N. Lynndale Drive Appleton, WI | | 140.00 | NA | NA | 0.00 |
| | Lachnit-Citibank | | 84.50 | NA | NA | 0.00 |
| | Lake County Health Dept. 2293 N. Main Street Crown Point, IN 46307 | | 0.00 | NA | NA | 0.00 |
| | Mark O'Toole 321 N. Clark Street Suite 2450 Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nipsco P.O. Box 13007 Merrillville, IN | | 0.00 | NA | NA | 0.00 |
| | North Coast Distributing 705 Shiavy Road Valparaiso, IN 46384 | | 0.00 | NA | NA | 0.00 |
| | Office of the Illinois State Fire Marsha Office of Petroleum and Chemical Safety 1035 Stevenson Drive Springfield, IL 62703 | | 0.00 | NA | NA | 0.00 |
| | Olympic Signs 1130 N. Garfield Road Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Pepsi c/o Frank/Gecker, LLP Joseph D. Frank and Jeremy C. Kleinman 325 N. LaSalle, Suite 625 Chicago, IL 60654 | | 32,722.03 | NA | NA | 0.00 |
| | Prairie Farms P.O. Box 10419 Fort Wayne, IN 46852 | | 6,275.93 | NA | NA | 0.00 |
| | R. J. Olsen, Inc 41 Indian Ridge Road S. Natick, MA 01760 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RWJ Crestwood, LLC 13459 S. Cicero Ave. Crestwood, IL 60445 | | 119,332.56 | NA | NA | 0.00 |
| | RWJ Crestwood, LLC 13459 S. Cicero Avenue Crestwood, IL 60445 | | 50,313.71 | NA | NA | 0.00 |
| | RWJ Enterprise, Inc. 1010 Jorie Blvd. Suite 322 Oak Brook, IL 60523 | | 581,039.29 | NA | NA | 0.00 |
| | RWJ Forest View, LLC 4701 S. Central Chicago, IL 60638 | | 310,642.14 | NA | NA | 0.00 |
| | RWJ Forest View, LLC 4701 S. Central Chicago, IL 60638 | | 27,920.43 | NA | NA | 0.00 |
| | RWJ Munster, LLC 10444 Calumet Avenue Munster, IN 46321 | | 122,073.95 | NA | NA | 0.00 |
| | RWJ Munster, LLC 10444 Calumet Avenue Munster, IN 46321 | | 5,601.89 | NA | NA | 0.00 |
| | RWJ Plainfield, LLC 4802 Caton Farm Road Plainfield, IL 60586 | | 188,714.64 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RWJ Plainfield, LLC 4802 Caton Farm Road Plainfield, IL 60586 | | 6,513.20 | NA | NA | 0.00 |
| | RWJ Romeoville, LLC 418 Weber Road Romeoville, IL 60446 | | 85,733.20 | NA | NA | 0.00 |
| | RWJ Romeoville, LLC 418 Weber Road Romeoville, IL 60446 | | 2,270.28 | NA | NA | 0.00 |
| | Reliable Pump Service 16535 W. 159th St. Suite 228 Fort Wayne, IN | | 1,098.50 | NA | NA | 0.00 |
| | Romeo V. Development C/O Shiner Management Group, Inc. 3201 Old Glenview Road, Suite 301 Wilmette, IL 60091 | | 0.00 | NA | NA | 0.00 |
| | Rueth Develeopment Co., LLC 1006  165th Street Hammond, IN 46324 | | 0.00 | NA | NA | 0.00 |
| | Ryko Dept CH 16670 Palatine, IL 60055-6670 | | 4,727.65 | NA | NA | 0.00 |
| | SAS 4001 Three Mile Road NW Walhea, MN 49534 | | 196,598.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Soloray Sunglasses 620 South Linden Sapulpa, OK | | 840.50 | NA | NA | 0.00 |
| | Sure Payroll 2350 Ravine Way Suite 100 Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Tanknology 8501 N. Mopac Expressway Suite 400 Austin, TX 38759 | | 0.00 | NA | NA | 0.00 |
| | Thomas M. Tully, LTD 33 North Dearborn Street Suite 2450 Chicago, IL 60602 | | 10,247.00 | NA | NA | 0.00 |
| | Total Fire and Safety, Inc. 6808 Hobson Valley Drive #105 Woodridge, IL | | 179.82 | NA | NA | 0.00 |
| | Troopicana Chilled DSD Tropicana Products, Inc. P.O. Box 049003 Chicago, IL 60604 | | 1,259.95 | NA | NA | 0.00 |
| | VIP (Vega Industries Products) 2341 Copper Ct. Unit #2 Crest Hill, IL | | 2,336.64 | NA | NA | 0.00 |
| | Village of Forest View 7000 W. 46th Street Forest View, IL 60402 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Webit-Services 1870 Dean Street Unit A Saint Charles, IL 60174 | | 62.39 | NA | NA | 0.00 |
| | Xerox Corporation P.O.Box 66051 Dallas, TX | | 79.92 | NA | NA | 0.00 |
| 000030 | BOTTLING GROUP, LLC | 7100-000 | NA | 24,247.80 | 24,247.80 | 0.00 |
| 000041 | COMMONWEALTH EDISON CO. | 7100-000 | NA | 40,286.21 | 40,286.21 | 0.00 |
| 000001B | DEPARTMENT OF TREASURY | 7100-000 | NA | 3.93 | 3.93 | 0.00 |
| 000045 | NUCO2 | 7100-000 | NA | 2,667.93 | 2,667.93 | 0.00 |
| 000042 | TERBORG DISTRIBUTING, INC. | 7100-000 | NA | 1,613.01 | 1,613.01 | 0.00 |
| 000043 | TOWN OF MUNSTER | 7100-000 | NA | 313.04 | 313.04 | 0.00 |
| | WASTE MANAGEMENT | 7100-000 | NA | 0.00 | -493.32 | -493.32 |
| 000044 | WASTE MANAGEMENT - RMC | 7100-000 | NA | 4,380.76 | 4,380.76 | 0.00 |
| 000028 | B&R OIL COMPANY, INC. | 7100-900 | NA | 1,178,891.04 | 0.00 | 0.00 |
| 000039 | B&R OIL COMPANY, INC. | 7100-900 | NA | 27,485,404.73 | 0.00 | 0.00 |
| 000029 | BEREZ NY TRUST DTD | 7100-900 | NA | 399,732.01 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | BLUE RHINO | 7100-900 | 478.50 | 231.00 | 231.00 | 0.00 |
| 000026 | BP PRODUCTS NORTH AMERICA INC. | 7100-900 | 35,000.00 | 226,035.87 | 226,035.87 | 0.00 |
| 000038 | BP PRODUCTS NORTH AMERICA INC. | 7100-900 | NA | 1,935,349.59 | 1,935,349.59 | 0.00 |
| 000031 | CARMEN D. CARUSO P.C. | 7100-900 | NA | 48,748.26 | 48,748.26 | 0.00 |
| 000013 | CENTRAL AND 47TH ASSOCIATION | 7100-900 | 541.18 | 623.81 | 623.81 | 0.00 |
| 000011 | COMDATA | 7100-900 | 0.00 | 250.37 | 250.37 | 0.00 |
| 000009 | COMMONWEALTH EDISON COMPANY | 7100-900 | NA | 6,239.65 | 6,239.65 | 0.00 |
| 000036 | COOK COUNTY TREASURER | 7100-900 | NA | 0.00 | 0.00 | 0.00 |
| 000014 | EXELON ENERGY | 7100-900 | 25,227.88 | 36,543.34 | 36,543.34 | 0.00 |
| 000019 | FRITO LAY | 7100-900 | 16,606.06 | 2,224.42 | 0.00 | 0.00 |
| 000034A | GRAHAM ENTERPRISE, INC. | 7100-900 | NA | 81,475.21 | 0.00 | 0.00 |
| 000034B | GRAHAM ENTERPRISE, INC. | 7100-900 | NA | 81,325.21 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | ILLINOIS BELL TELEPHONE COMPANY | 7100-900 | NA | 1,885.59 | 1,885.59 | 0.00 |
| 000002 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-900 | NA | 3,471.18 | 3,471.18 | 0.00 |
| 000003 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-900 | NA | 1,735.59 | 1,735.59 | 0.00 |
| 000018A | ILLINOIS DEPARTMENT OF REVENUE | 7100-900 | NA | 776.70 | 776.70 | 0.00 |
| 000035 | INDIANA DEPARTMENT OF REVENUE | 7100-900 | NA | 250,000.00 | 250,000.00 | 0.00 |
| 000037A | INDIANA DEPARTMENT OF REVENUE | 7100-900 | NA | 2,797.37 | 2,797.37 | 0.00 |
| 000021A | INDIANA DEPARTMENT OF STATE REVENUE | 7100-900 | NA | 49,090.59 | 49,090.59 | 0.00 |
| 000022A | INDIANA DEPARTMENT OF STATE REVENUE | 7100-900 | NA | 15,036.59 | 15,036.59 | 0.00 |
| 000040 | INDIANA DEPARTMENT OF WORKFORCE DEV | 7100-900 | NA | 222.92 | 222.92 | 0.00 |
| 000010 | INDIANA DEPT OF REVENUE | 7100-900 | NA | 1,414.03 | 1,414.03 | 0.00 |
| 000005 | KEN'S BEVERAGE, INC. | 7100-900 | 459.26 | 1,897.65 | 1,897.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | KEN'S BEVERAGE, INC. | 7100-900 | NA | 1,682.88 | 1,682.88 | 0.00 |
| 000023 | MONTY SPV, LLC | 7100-900 | NA | 21,680,000.00 | 4,330,000.00 | 0.00 |
| 000020 | NICOR GAS | 7100-900 | 440.37 | 1,229.77 | 1,229.77 | 0.00 |
| 000007 | NUCO2 | 7100-900 | 945.94 | 1,250.03 | 1,250.03 | 0.00 |
| 000032 | PARENT PETROLEUM INC. | 7100-900 | NA | 28,085.46 | 0.00 | 0.00 |
| 000033 | PARENT PETROLEUM INC. | 7100-900 | NA | 36,960.50 | 0.00 | 0.00 |
| 000017 | SOLARY CORORATION | 7100-900 | NA | 1,376.00 | 1,376.00 | 0.00 |
| 000004 | SUPERIOR BEVERAGE INC. | 7100-900 | 0.00 | 850.85 | 850.85 | 0.00 |
| 000012 | TERBORG DISTRIBUTING INC | 7100-900 | 1,613.01 | 1,613.01 | 1,613.01 | 0.00 |
| 000006 | VILLAGE OF ROMEOVILLE | 7100-900 | NA | 2,188.76 | 2,188.76 | 0.00 |
| 000024 | WASTE MANAGEMENT | 7100-900 | 0.00 | 400.26 | 400.26 | 0.00 |
| 000008 | ZURICH AMERICAN INSURANCE COMPANY | 7100-900 | NA | 0.00 | 0.00 | 0.00 |
| 000048 | LOUISE BEREZNY, TRUSTEE | 7200-000 | NA | 85,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000047 | S. ABRAHAM & SONS, INC. | 7200-000 | NA | 196,598.15 | 0.00 | 0.00 |
| 000046 | THOMAS M. TULLY, LTD. | 7200-000 | NA | 14,700.00 | 14,700.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,961,285.20 | $ 53,936,851.07 | $ 7,010,661.02 | $ -493.32 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-34845 | ERW   Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | RWJ MANAGEMENT CO., INC., | | Date Filed (f) or Converted (c): | 05/23/14 (c) |
| | | | 341(a) Meeting Date: | 07/01/14 |
| For Period Ending: | 10/07/15 | | Claims Bar Date: | 08/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business Income Loss Insurance Glen Ellyn (u) | 0.00 | 19,386.00 | | 19,386.00 | FA |
| 2. Unpaid Invoices for Architect (u) | 0.00 | 8,262.97 | | 8,262.97 | FA |
| 3. Balance of RWJ Management Co Baytree Bank Account | 0.00 | 20,598.58 | | 20,598.58 | FA |
| Operating Bank account for RWJ I | | | | | |
| 4. RWJ Management Co. II Baytree Bank Account | 0.00 | 7,286.31 | | 7,286.31 | FA |
| Operating Account for RWJ Management II | | | | | |
| 5. CSC Service Works BP Amoco Commission Check (u) | 0.00 | 17.21 | | 17.21 | FA |
| 6. Chapter 11 banking account balance (u) | 0.00 | 285,927.61 | | 285,927.61 | FA |
| 7. AVOIDANCE ACTIONS (u) | 0.00 | 0.00 | | 399,250.00 | FA |
| Being prosecuted by special counsel. | | | | | |
| 8. Deductible Reimbursement (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 9. Nicor Gas Refund (u) | 0.00 | 24.44 | | 24.44 | FA |
| 10. Graham Enterprise Inc Deposit (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 11. Refund of Overpayment to Waste Management (u) | 0.00 | 493.32 | | 493.32 | FA |
| 12. COMMISSIONS (u) | 0.00 | 39.87 | | 39.87 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $353,036.31 | | $752,286.31 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Amended TFR filed 8/21/2015,  The last check cleared on 9/22/15.  TDR to be prepared in October upon receipt of bank

statements.

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No:         11-34845    ERW    Judge: EUGENE R. WEDOFF | Trustee Name:                    PHILIP V. MARTINO |
| Case Name:    RWJ MANAGEMENT CO., INC., | Date Filed (f) or Converted (c):    05/23/14 (c) |
| | 341(a) Meeting Date:    07/01/14 |
| | Claims Bar Date:    08/29/14 |

Initial Projected Date of Final Report (TFR): 12/31/15         Current Projected Date of Final Report (TFR): 12/31/15


/s/    PHILIP V. MARTINO

_____ Date: 10/07/15

PHILIP V. MARTINO

Ver: 19.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-34845 -ERW | |
| Case Name: | RWJ MANAGEMENT CO., INC., | |

Trustee Name: PHILIP V. MARTINO
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******9929 Checking Account (Non-Interest Earn

Taxpayer ID No: *******3538
For Period Ending: 10/07/15

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/27/14 | 6 | Philip V. Martino, Trustee for RWJ Management Co. Cha[ter 11 | Chapter 11 account transfer to Ch 7 | 1290-000 | 285,927.61 | | 285,927.61 |
| C 05/29/14 | | Freeborn & Peters | Wire transfer for retainer dkt 1062 | 3210-000 | | 50,000.00 | 235,927.61 |
| C 05/29/14 | | Monty Grantor Trust | Wire Transfer for Retainer dkt 1062 | 3991-000 | | 50,000.00 | 185,927.61 |
| C 05/30/14 | 005001 | Campbell Account LLC | 90% of August 2013 invoice dkt 132 Interim Payment | 6410-000 | | 1,193.40 | 184,734.21 |
| C 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 483.86 | 184,250.35 |
| C 06/11/14 | 005002 | U.S. Trustee | 4th quarter 2013, 1st quarter 2014 U.S. Trustee quarterly fees | 2950-000 | | 9,104.76 | 175,145.59 |
| * C 06/13/14 | | Associated Bank | Bank Charges | 2600-003 | | 60.00 | 175,085.59 |
| * C 06/17/14 | | Reverses Adjustment OUT on 06/13/14 | Bank Charges Wire transfer fees that bank has reversed. | 2600-003 | | -60.00 | 175,145.59 |
| C 06/20/14 | 005003 | International Sureties, Ltd. | Chapter 11 Bond - 016052304 | 2300-000 | | 900.00 | 174,245.59 |
| C 07/01/14 | | Account Transfer to 2221659929 | Transfer from account 2221644699 | 9999-000 | 455.31 | | 174,700.90 |
| C 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 261.56 | 174,439.34 |
| * C 07/17/14 | 005004 | Protiviti Inc. | Final Fees and costs pursuant to 7/16/14 Order | 6700-003 | | 75,000.00 | 99,439.34 |
| C 07/17/14 | 005005 | Philip V. Martino, Trustee Chapter 11 | Final Compensation for Ch 11 Trustee pursuant to 7/16/14 Order/Motion | 6101-000 | | 8,154.60 | 91,284.74 |
| C 07/17/14 | 005006 | Quarles & Brady LLP | Final fees and costs pursuant to 7/16/14 court order/motion | | | 18,364.80 | 72,919.94 |
| | | | Fees          15,806.50 | 6110-000 | | | |
| | | | Expenses      2,558.30 | 6120-000 | | | |
| C 07/17/14 | 005007 | Popowcer Katten Ltd. | Final Fees and Costs pursuant to 7/16/14 court order | | | 6,863.94 | 66,056.00 |
| | | | Fees          6,817.00 | 6410-000 | | | |
| | | | Expenses      46.94 | 6420-000 | | | |

Page Subtotals     286,382.92     220,326.92

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-34845 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9929  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | |
| For Period Ending: | 10/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C  07/18/14 | 005004 | Protiviti Inc. | Final Fees and costs | 6700-003 | | -75,000.00 | 141,056.00 |
| | | | Retainer - check should be $50,000. | | | | |
| C  07/18/14 | 005008 | Freeborn & Peters | Final Chapter 11 fees and costs | | | 14,597.70 | 126,458.30 |
| | | | Fees          13,092.50 | 3210-000 | | | |
| | | | Expenses      1,505.20 | 3220-000 | | | |
| C  07/18/14 | 005009 | Protiviti Inc. | Final Fees and costs | 6700-000 | | 50,000.00 | 76,458.30 |
| C  07/22/14 | 8 | Depositors Insurance Company | | 1229-000 | 1,000.00 | | 77,458.30 |
| * C  07/22/14 | 9 | Nicor Gas | | 1229-000 | 22.44 | | 77,480.74 |
| * C  07/22/14 | 9 | Nicor Gas | VOID | 1229-003 | -22.44 | | 77,458.30 |
| | | | Wrong amount.  Check was 24.44 | | | | |
| C  07/22/14 | 9 | Nicor Gas | | 1229-000 | 24.44 | | 77,482.74 |
| C  08/05/14 | | Popowcer Katten Ltd. | Overpayment of fees to accountant | 1290-000 | 30.50 | | 77,513.24 |
| C  08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 245.82 | 77,267.42 |
| C  08/28/14 | 005010 | Freeborn & Peters LLP | Contingency Fee per 8/27/14 Order | 3991-000 | | 14,025.00 | 63,242.42 |
| C  08/28/14 | 005011 | Capital Crossing Servicint Company and Monty SPV, LLC | Cash Collateral per 8/27/14 Order | 4220-000 | | 50,000.00 | 13,242.42 |
| C  08/29/14 | 7 | Louise W Berezny Trust | Settlement payment | 1249-000 | 85,000.00 | | 98,242.42 |
| C  08/29/14 | 10 | Graham Enterprise, Inc. | Return of Deposit | 1229-000 | 10,000.00 | | 108,242.42 |
| C  09/05/14 | 7 | Kozol Bros., Inc. | | 1249-000 | 1,000.00 | | 109,242.42 |
| C  09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 169.24 | 109,073.18 |
| C  09/24/14 | | Global Surety LLC | Refund of CH 11 Bond Premium | 6102-000 | | -777.00 | 109,850.18 |
| C  10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 178.21 | 109,671.97 |
| C  10/08/14 | 7 | Core-Mark Mid-Continent Inc. | Settlement payment | 1241-000 | 7,500.00 | | 117,171.97 |
| C  10/17/14 | 7 | Hayes Beer Dist. Co. | | 1241-000 | 3,000.00 | | 120,171.97 |
| C  10/17/14 | 11 | Waste Management | Refund of Overpayment | 7100-000 | 493.32 | | 120,665.29 |
| C  10/27/14 | 12 | CSC ServiceWorks | Commission Check | 1290-000 | 39.87 | | 120,705.16 |
| C  11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.21 | 120,530.95 |
| C  12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.42 | 120,357.53 |
| C  01/07/15 | 7 | Superior Beverage Co. | Settlement payment | 1241-000 | 1,250.00 | | 121,607.53 |

Page Subtotals     109,338.13     53,786.60

Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-34845  -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |
| | |
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 10/07/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9929  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 178.92 | 121,428.61 |
| C | 02/03/15 | 7 | Louise M. Juckniess<br>4209 Wythe Ln.<br>Indianapolis, IN  46250 | Settlement payment | 1241-000 | 300,000.00 | | 421,428.61 |
| C | 02/04/15 | 005012 | Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606-6677 | contingency fee 10/14/14 ($450)<br>and 1/28/15 (45,187.50) Orders | 3210-000 | | 45,637.50 | 375,791.11 |
| C | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.18 | 375,610.93 |
| C | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 536.79 | 375,074.14 |
| C | 03/24/15 | 7 | Pepsico | Settlement payment | 1241-000 | 1,500.00 | | 376,574.14 |
| C | 03/24/15 | 005013 | Freeborn & Peters | Contingency Fee for Frito-Lay Claim<br>$1500 Settlement (15% contingency) | 3210-000 | | 225.00 | 376,349.14 |
| C | 03/24/15 | 005014 | Corporation Services Company | Payment for annual and filing fees | 3991-000 | | 1,619.81 | 374,729.33 |
| C | 04/01/15 | 005015 | Freeborn & Peters | Final Fees/Costs per 3/31/15 Order<br>49,982.49 approved<br>33,458 Retainer<br>Total owed $16,524.49 | | | 16,524.49 | 358,204.84 |
| | | | | Fees         13,392.00 | 3210-000 | | | |
| | | | | Expenses       3,132.49 | 3220-000 | | | |
| C | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 595.37 | 357,609.47 |
| C | 05/06/15 | | Corporation Service Company | Overpayment on Invoice<br>Overpayment on CSC invoices made 3/24/15 with<br>Check #5014. | 3991-000 | 82.36 | | 357,691.83 |
| C | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 518.91 | 357,172.92 |
| C | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 531.00 | 356,641.92 |
| C | 09/03/15 | 005016 | Philip V. Martino, Chapter 7 Trustee | Trustee Compensation | 2100-000 | | 38,154.02 | 318,487.90 |
| C | 09/03/15 | 005017 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 32,789.40 | 285,698.50 |
| | | | | Fees         32,479.50 | 3110-000 | | | |
| | | | | Expenses        309.90 | 3120-000 | | | |

Page Subtotals         301,582.36         137,491.39

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*

FORM 2                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-34845  -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | RWJ MANAGEMENT CO., INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9929  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | |
| For Period Ending: | 10/07/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 09/03/15 | 005018 | Philip V. Martino<br>Chapter 11 Trustee | Trade Debt (Chapter 11) | 6910-000 | | 21,300.89 | 264,397.61 |
| C | 09/03/15 | 005019 | Quarles & Brady LLP<br>Chapter 11 Attorney for Trustee | Trade Debt (Chapter 11) | 6910-000 | | 66,498.74 | 197,898.87 |
| C | 09/03/15 | 005020 | Freeborn & Peters<br>Committee Counsel | Trade Debt (Chapter 11) | 6910-000 | | 69,032.75 | 128,866.12 |
| C | 09/03/15 | 005021 | S. Abraham & Sons Inc<br><B>(ADMINISTRATIVE)</B><br>PO Box 1768<br>Grand Rapids, MI 49501-1768 | Claim 000027A, Payment 60.20465% | 6990-000 | | 118,361.22 | 10,504.90 |
| C | 09/03/15 | 005022 | Bottling Group, LLC<br>c/o Joseph D. Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Claim 000030A, Payment 60.20466%<br>(30-1) goods sold<br>(30-1) see<br>attached Addendum to Proof of Claim | 6990-000 | | 10,504.90 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 697,303.41 | 697,303.41 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 697,303.41 | 697,303.41 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 697,303.41 | 697,303.41 | |

\*  **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

Page Subtotals                    0.00            285,698.50

Ver: 19.00

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 11-34845  -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |
| | |
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 10/07/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 07/23/13 | | Wire Transfer from Closing | Funds to be held for professional s | 1290-000 | 1,414,276.00 | | 1,414,276.00 |
| C | 07/23/13 | 003001 | Philip V. Martino, Trustee | Trustee Fees | 6101-000 | | 46,070.10 | 1,368,205.90 |
| C | 07/23/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (May) | 6110-000 | | 111,296.21 | 1,256,909.69 |
| C | 07/23/13 | 003003 | Freeborn & Peters | Freeborn & Peters | 6700-000 | | 15,561.55 | 1,241,348.14 |
| * C | 08/01/13 | 003004 | U.S. Trustee Region 11 Room 873 219 South Dearborn Chicago, IL  60604 | RWJ 2nd Quarterly Fees | 2950-003 | | 29,474.23 | 1,211,873.91 |
| * C | 08/01/13 | 003004 | U.S. Trustee Region 11 Room 873 219 South Dearborn Chicago, IL  60604 | RWJ 2nd Quarterly Fees Wrong Amount.  Should be $29,774.23. | 2950-003 | | -29,474.23 | 1,241,348.14 |
| C | 08/01/13 | 003005 | U.S. Trustee Region 11 Room 873 219 South Dearborn Chicago, IL  60604 | 2nd Quarterly Fees for RWJ | 2950-000 | | 29,774.23 | 1,211,573.91 |
| C | 08/02/13 | 003006 | U.S. Trustee Region 11 Room 873 219 South Dearborn Chicago, IL  60604 | RWJ Management II 11-34915 2nd quarterly fee | 2950-000 | | 13,047.19 | 1,198,526.72 |
| C | 08/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 428.64 | 1,198,098.08 |
| C | 08/20/13 | 003007 | Philip V. Martino, Trustee | Trustee Fees | 6101-000 | | 49,060.08 | 1,149,038.00 |
| * C | 08/20/13 | 003008 | Quarles & Brady LLP | Attorney for Trustee Fees and Costs      Fees          95,821.08 | 3110-003 | | 100,878.95 | 1,048,159.05 |

Page Subtotals    1,414,276.00    366,116.95

Ver: 19.00

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

FORM 2                                                                                           Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| Case No: | 11-34845 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RWJ MANAGEMENT CO., INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3538 | | | |
| For Period Ending: | 10/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          5,057.87 | 3120-003 | | | |
| C  08/20/13 | 003009 | Freeborn & Peters | Attorney for Committee Fees | 3991-000 | | 38,774.25 | 1,009,384.80 |
| * C  08/21/13 | 003008 | Quarles & Brady LLP | Attorney for Trustee Fees and Costs | | | -100,878.95 | 1,110,263.75 |
| | | | Wrong amount. | | | | |
| | | | Fees          (    95,821.08 ) | 3110-003 | | | |
| | | | Expenses     (     5,057.87 ) | 3120-003 | | | |
| C  08/21/13 | 003010 | Philip V. Martino, Trustee | 1st Interim Holdback | 6101-000 | | 20,570.52 | 1,089,693.23 |
| C  08/21/13 | 003011 | McGladrey LLP | Fees per 8/8/13 Court Order | 3991-000 | | 48,161.00 | 1,041,532.23 |
| C  08/21/13 | 003012 | Freeborn & Peters | 7th Interim Holdback | 3991-000 | | 4,933.75 | 1,036,598.48 |
| C  08/21/13 | 003013 | Quarles & Brady LLP | Fees and Costs for Attorney for Tru | | | 96,326.82 | 940,271.66 |
| | | | Fees          91,269.45 | 3110-000 | | | |
| | | | Expenses      5,057.37 | 3120-000 | | | |
| C  08/30/13 | 1 | Depositors Insurance Company | Insurance for Loss of Business | 1290-000 | 19,386.00 | | 959,657.66 |
| C  09/09/13 | 003014 | Quarles & Brady LLP | 10% holdback through June 2013 | 3110-000 | | 41,172.55 | 918,485.11 |
| C  09/09/13 | | Associated Bank | Bank Charges | 2600-000 | | 1,729.39 | 916,755.72 |
| C  09/11/13 | 003015 | Philip V. Martino as Trustee | 90% July Payment | 2100-000 | | 37,832.40 | 878,923.32 |
| C  09/11/13 | 003016 | Quarles & Brady LLP | 90% July fees, 100% costs | | | 81,146.67 | 797,776.65 |
| | | | Fees          80,497.80 | 3110-000 | | | |
| | | | Expenses         648.87 | 3120-000 | | | |
| C  09/11/13 | 003017 | Freeborn & Peters | Balance of Holdback | 3991-000 | | 10,730.45 | 787,046.20 |
| C  09/17/13 | 003018 | Adelman & Gettleman Ltd. | Fees and Costs from Carve-out Attorney for Debtor | 6700-000 | | 306,115.00 | 480,931.20 |
| C  10/03/13 | 2 | Depositors Insurance Company | Unpaid Invoices for Architect | 1290-000 | 8,262.97 | | 489,194.17 |
| C  10/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 1,151.97 | 488,042.20 |
| C  10/10/13 | 003019 | Quarles & Brady LLP | Attorney fees and costs | | | 17,775.14 | 470,267.06 |
| | | | Fees          17,624.70 | 3110-000 | | | |
| | | | Expenses         150.44 | 3120-000 | | | |
| C  10/10/13 | 003020 | Philip V. Martino, Trustee | Trustee fees (90%) | 6101-000 | | 12,448.08 | 457,818.98 |
| C  10/17/13 | 003021 | Popowcer Katten, Ltd. | Accountant fees | 3410-000 | | 6,817.00 | 451,001.98 |

Page Subtotals    27,648.97    624,806.04

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

Page: 7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-34845 -ERW | |
| Case Name: | RWJ MANAGEMENT CO., INC., | |
| | | |
| Taxpayer ID No: | *******3538 | |
| For Period Ending: | 10/07/15 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******4699 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/07/13 | | Associated Bank | Bank Charges | 2600-000 | | 700.42 | 450,301.56 |
| C 11/12/13 | 003022 | Quarles & Brady LLP | September 90% fees | 3110-000 | | 6,925.50 | 443,376.06 |
| C 11/12/13 | 003023 | Philip V> Martino, Trustee | Trustee Fees (90% September) | 6101-000 | | 8,115.66 | 435,260.40 |
| C 11/22/13 | 003024 | Freeborn & Peters | July, August, September 2013 | 3991-000 | | 65,331.38 | 369,929.02 |
| C 11/27/13 | 003025 | U.S. Trustee | Third Quarterly Fees | 2950-000 | | 22,746.97 | 347,182.05 |
| C 12/06/13 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 636.36 | 346,545.69 |
| C 12/20/13 | 003026 | Sorce Architecture, P.C. | Invoice 13104-01 3/22/13 Paid In | 6700-000 | | 3,000.99 | 343,544.70 |
| | | 3030 W. Salt Creek Lane, Suite 122 | Full | | | | |
| | | Arlington Heights, IL 60005 | | | | | |
| C 12/20/13 | 003027 | RMJ Construction Ltd. | Invoice 2013-00819 8/19/13 Paid | 6710-000 | | 5,261.98 | 338,282.72 |
| | | 1610 W. Augusta Boulevard | In Full | | | | |
| | | Chicago, IL 60622 | | | | | |
| C 01/08/14 | | Associated Bank | Bank Charges | 2600-000 | | 541.93 | 337,740.79 |
| C 02/07/14 | | Congressional | Bank Charges | 2600-000 | | 505.19 | 337,235.60 |
| C 03/07/14 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 452.87 | 336,782.73 |
| C 04/07/14 | | Associated Bank | Bank Charges | 2600-000 | | 500.69 | 336,282.04 |
| C 04/29/14 | 3 | RWJ Management Co. Inc. | | 1129-000 | 20,598.58 | | 356,880.62 |
| C 04/29/14 | 4 | RWJ Management Co, Inc. II | | 1129-000 | 7,286.31 | | 364,166.93 |
| C 05/07/14 | | ASSOCIATED BANK | Bank Charges | 2600-000 | | 486.51 | 363,680.42 |
| C 05/19/14 | 003028 | Prairie Farms, Peoria Division | BP RWJ Crestwood | 6910-000 | | 1,090.28 | 362,590.14 |
| C 05/19/14 | 003029 | Stealth Security/Total Fire Safety | Account No. 10829/Invoice R73532 | 6910-000 | | 165.00 | 362,425.14 |
| C 05/19/14 | 003030 | Downers Grove Sanitary District | Account OA 518743143 | 6910-000 | | 138.87 | 362,286.27 |
| C 05/19/14 | 003031 | Downers Grove Sanitary District | Account OA518743144 | 6910-000 | | 318.54 | 361,967.73 |
| C 05/19/14 | 003032 | Dunbar Armored | Account 99000254 | 6910-000 | | 326.04 | 361,641.69 |
| * C 05/19/14 | 003033 | AT&T | Account 125975299 | 6910-003 | | 20.00 | 361,621.69 |
| * C 05/19/14 | 003033 | AT&T | Account 125975299 | 6910-003 | | -20.00 | 361,641.69 |
| | | | Wrong amount | | | | |
| C 05/19/14 | 003034 | AT&T | Account 125975299 | 6910-000 | | 70.00 | 361,571.69 |
| C 05/19/14 | 003035 | AT&T | Account 630 553-3880-511 1 | 6910-000 | | 41.65 | 361,530.04 |

| | | |
|---|---|---|
| Page Subtotals | 27,884.89 | 117,356.83 |

Ver: 19.00

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         11-34845 -ERW
Case Name:       RWJ MANAGEMENT CO., INC.,

Taxpayer ID No:  *******3538
For Period Ending: 10/07/15

Trustee Name:    PHILIP V. MARTINO
Bank Name:       ASSOCIATED BANK
Account Number / CD #:   *******4699 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 05/19/14 | 003036 | AT&T | 126130925 | 6910-000 | | 40.00 | 361,490.04 |
| C | 05/19/14 | 003037 | AT&T | Account 125975302 | 6910-000 | | 15.00 | 361,475.04 |
| C | 05/19/14 | 003038 | AT&T | Account 63079039013602/<br>Invoice 630790390108 | 6910-000 | | 96.25 | 361,378.79 |
| * C | 05/19/14 | 003039 | Secure Products | Invoice No. 0413-609 | 6910-003 | | 124.52 | 361,254.27 |
| * C | 05/19/14 | 003040 | Secure Products | Invoice 0213-391 | 6910-003 | | 148.49 | 361,105.78 |
| * C | 05/19/14 | 003041 | Secure Products | Invoice #0113-693 | 6910-003 | | 182.30 | 360,923.48 |
| C | 05/19/14 | 003042 | Nicor Gas | Account No. 87280384857 | 6910-000 | | 29.30 | 360,894.18 |
| C | 05/19/14 | 003043 | Nicor Gas | Account No. 54497175189 | 6910-000 | | 11.71 | 360,882.47 |
| C | 05/19/14 | 003044 | Nicor Gas | Account No. 97954069650 | 6910-000 | | 16.95 | 360,865.52 |
| C | 05/19/14 | 003045 | Nicor Gas | Account No. 39363851435 | 6910-000 | | 55.96 | 360,809.56 |
| C | 05/19/14 | 003046 | Nicor Gas | Account No. 49723196876 | 6910-000 | | 8.09 | 360,801.47 |
| * C | 05/19/14 | 003047 | Nicor Gas | Account No. 52672965903 | 6910-003 | | 10.67 | 360,790.80 |
| * C | 05/19/14 | 003047 | Nicor Gas | Account No. 52672965903<br>Wrong amount. | 6910-003 | | -10.67 | 360,801.47 |
| C | 05/19/14 | 003048 | Nicor Gas | Account No. 52672965903 | 6910-000 | | 10.83 | 360,790.64 |
| C | 05/19/14 | 003049 | City of Elmhurst | Account No. 58591-2220 | 6910-000 | | 25.09 | 360,765.55 |
| C | 05/19/14 | 003050 | United City of Yorkville, Illinois | Account No. 010601010001 | 6910-000 | | 277.89 | 360,487.66 |
| C | 05/19/14 | 003051 | Village of Glen Ellyn | Account No. 410080 | 6910-000 | | 699.50 | 359,788.16 |
| C | 05/19/14 | 003052 | Village of Romeoville | Account No. 600828500002 | 6910-000 | | 865.24 | 358,922.92 |
| C | 05/19/14 | 003053 | Village of Crestwood | Account No. 4803459 | 6910-000 | | 207.72 | 358,715.20 |
| C | 05/19/14 | 003054 | Village of Downers Grove | Account No. A5187431402 | 6910-000 | | 1,811.62 | 356,903.58 |
| C | 05/19/14 | 003055 | Joe and Ross Ice Cream | Account No. 1010 | 6910-000 | | 774.40 | 356,129.18 |
| C | 05/19/14 | 003056 | Blue Rhino | Account No. 1002932 | 6910-000 | | 808.50 | 355,320.68 |
| C | 05/19/14 | 003057 | JMM Global | Invoice No. 1041735 | 6910-000 | | 59.70 | 355,260.98 |
| C | 05/19/14 | 003058 | NuCo2 | Invoice 38815500 | 6910-000 | | 84.32 | 355,176.66 |
| C | 05/19/14 | 003059 | Waste Management | Invoice 275596320083 | 6910-000 | | 493.32 | 354,683.34 |
| C | 05/19/14 | 003060 | Ice Mount Direct | Account No. 0120908579 | 6910-000 | | 200.67 | 354,482.67 |
| C | 05/19/14 | 003061 | Ryko Solutions Inc. | Invoice 0306000302 | 6910-000 | | 883.80 | 353,598.87 |

Page Subtotals         0.00         7,931.17

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 31)*

FORM 2                                                                                                                Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-34845  -ERW | |
| Case Name: | RWJ MANAGEMENT CO., INC., | |
| | | |
| Taxpayer ID No: | *******3538 | |
| For Period Ending: | 10/07/15 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 05/19/14 | 003062 | RGIS | Account No. 80990/ | 6910-000 | | 3,000.00 | 350,598.87 |
| | | | | Invoice No. 01-733638 | | | | |
| C | 05/19/14 | 003063 | Home City Ice | RWJ Management | 6910-000 | | 926.34 | 349,672.53 |
| | | | | Invoices: 2882130241; 1810136769; 2242131897; | | | | |
| | | | | 2351134840; 497130357; 2289131455; 1833135994; | | | | |
| | | | | 2301134630 | | | | |
| C | 05/19/14 | 003064 | Retail Data Systems of Kentucky | Customer #6970 | 6910-000 | | 37.50 | 349,635.03 |
| | | | | Invoice No. 31922 | | | | |
| C | 05/19/14 | | Capital Markets Group | Wire Transfer | 6910-000 | | 63,724.63 | 285,910.40 |
| C | 05/22/14 | 5 | CSC Service Works | | 1290-000 | 17.21 | | 285,927.61 |
| | | | Commission Check | | | | | |
| C | 05/26/14 | 003065 | Philip V. Martino, Trustee for | Chapter 11 Balance of Checking Acco | 2990-000 | | 285,927.61 | 0.00 |
| | | | RWJ Management Co. | | | | | |
| | | | Case No. 11-34845 | | | | | |
| * C | 06/25/14 | 003039 | Secure Products | Invoice No. 0413-609 | 6910-003 | | -124.52 | 124.52 |
| | | | | Creditor returned check - account paid by credit card | | | | |
| * C | 06/25/14 | 003040 | Secure Products | Invoice 0213-391 | 6910-003 | | -148.49 | 273.01 |
| | | | | Creditor returned check - paid with credit card. | | | | |
| * C | 06/25/14 | 003041 | Secure Products | Invoice #0113-693 | 6910-003 | | -182.30 | 455.31 |
| | | | | Creditor returned check - paid with credit card | | | | |
| C | 07/01/14 | | Associated Bank | Fund Transfer to Ch 7 checking acct | 9999-000 | | 455.31 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 17.21 | 353,616.08 |

Ver: 19.00

FORM 2                                                                                                Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 11-34845  -ERW |
| Case Name: | RWJ MANAGEMENT CO., INC., |
| Taxpayer ID No: | *******3538 |
| For Period Ending: | 10/07/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******4699  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,469,827.07 | 1,469,827.07 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,469,827.07 | 1,469,827.07 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,469,827.07 | 1,469,827.07 | |

* Reversed
t  Funds Transfer
C  Bank Cleared

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9929 | 697,303.41 | 697,303.41 | 0.00 |
| Checking Account (Non-Interest Earn - ********4699 | 1,469,827.07 | 1,469,827.07 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,167,130.48 | 2,167,130.48 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                            0.00                    0.00

Ver: 19.00